Thomas V. Marino, Esq. (TM 7397)
Dunnington Bartholow & Miller LLP
Attorneys for Plaintiffs
477 Madison Avenue – 12th Floor
New York, New York 10022
(212) 682-8811

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHEA DEVELOPMENT CORP., BRAVERA,
INC., and IP HOLDING OF NEVADA CORP.,

        Plaintiffs,   07 Civ.

 - against -         **RULE 7.1**
              **STATEMENT**
CHRISTOPHER WATSON, and ELIZABETH ANNE
CONLEY,

        Defendants.
------------------------------------------------------------------X

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs Shea Development Corp., Bravera Inc., and IP Holding of Neveda Corp. (private non-governmental parties), certifies as follows:

  1.  There are no publicly held companies which own Shea Development Corp., a publicly held company;

  2.  Bravera Inc., is a wholly owned subsidiary of Shea Development Corp.,

  3.  IP Holding of Nevada Corp., is a wholly owned subsidiary of Shea Development Corp.

Dated:  New York, New York
       December 12, 2007

DUNNINGTON, BARTHOLOW & MILLER LLP

By: _____
Thomas V. Marino, Esq. (TM 7397)
Attorneys for Plaintiffs
477 Madison Avenue – 12th Floor
New York, New York 10017
(212) 682-8811

2