**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHEA DEVELOPMENT CORP., BRAVERA,
INC., and IP HOLDING OF NEVADA CORP.,

        Plaintiffs,

    -against-

CHRISTOPHER WATSON, and ELIZABETH ANNE
CONLEY,

        Defendants.
------------------------------------------------------------X

Case No. 07 CIV 11201

AFFIDAVIT OF SERVICE

STATE OF SOUTH CAROLINA  )
        S.S.:
COUNTY OF CHARLESTON     )

    RODERICK K. SULLIVAN, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party of this action.

    That on the 18th day of December, 2007, at approximately the time of 6:30 P.M., deponent served a true copy of the SUMMONS AND COMPLAINT upon ELIZABETH ANNE CONLEY at 1147 Blakeway Street, Daniel Island, SC, by personally delivering and leaving the same with ELIZABETH ANNE CONLEY at that address. At the time of service, deponent asked ELIZABETH ANNE CONLEY if she is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

    ELIZABETH ANNE CONLEY is a white female, approximately 33 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 110 pounds with brown hair and blue eyes.

*[signature]*
RODERICK K. SULLIVAN

Sworn to before me this
28th day of December, 2007

*[signature]*
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com