```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-7-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEA DEVELOPMENT CORP., BRAVERA,
INC., and IP HOLDING OF NEVADA CORP.,

          Plaintiffs,

-against-

CHRISTOPHER WATSON and ELIZABETH
ANNE CONLEY,

          Defendants.

07 CV 11201 (DLC)

***STIPULATION OF ADJOURNMENT***

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys that the time in which defendant Elizabeth Anne Conley may answer or move with respect to the Complaint herein is hereby extended to and including January 28, 2008.

Dated:    New York, New York
           January 3, 2008

DUNNINGTON
BARTHOLOW & MILLER LLP

By: _____
    Thomas V. Marino (TM 7397)
Attorneys for Plaintiffs
477 Madison Avenue, 12th Floor
New York, New York 10022
Tel. (212) 682-8811

DERFNER & GILLETT, LLP

By: _____
    Donald A. Derfner (DD 0696)
    David P. Gillett (DG 5305)
Attorneys for Defendant
    Elizabeth Anne Conley
600 Third Avenue, 26th Floor
New York, New York 10016
Tel. (212) 697-8100

So ordered.

_____
January 7, 2008