UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SHEA DEVELOPMENT CORP., BRAVERA, INC., :
and IP HOLDING OF NEVADA CORP.,                             :
                                                            :
                      Plaintiffs,    :   Civil Action No. 07-CV-11201 (DLC)
                                                            :
                      v.             :
                                                            :
CHRISTOPHER WATSON and ELIZABETH                            :
ANNE CONLEY,                                                :
                                                            :
                      Defendants.    :
                                                            :
------------------------------------------------------------X

## DECLARATION OF DEFENDANT CHRISTOPHER WATSON

CHRISTOPHER WATSON, the undersigned, hereby declares and says:

1.     I am Christopher Watson and have been named as a Defendant in this action.

2.     I reside in the State of Florida and was residing in the State of Florida at the time the Complaint was filed. My permanent address is 3910 South Roosevelt, Key West, Florida 33040.

3.     My driver's license is issued by the State of Florida.

4.     I have registered to vote in the State of Florida.

5.     I file tax returns with the State of Florida.

I declare that the foregoing is correct under the penalties of perjury. Executed this 11'th day of January 2008.

                                                                                   *Christopher Watson*
                                                                                   Christopher Watson

