**Electronically Filed.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEA DEVELOPMENT CORP., BRAVERA, INC., and IP HOLDING OF NEVADA CORP.,

        Plaintiffs,

-against-

CHRISTOPHER WATSON and ELIZABETH ANNE CONLEY,

        Defendants.

07 CV 11201 (DLC)

**Notice of Appearance**

PLEASE TAKE NOTICE that the undersigned attorneys hereby appear as counsel of record for defendant Elizabeth Anne Conley, and demand that all papers served herein be served upon them. Defendant Conley reserves all rights and defenses, including without limitation the right to challenge jurisdiction and venue.

Dated:    New York, New York
           January 17, 2008

           DERFNER & GILLETT, LLP

           By: _/s/_____
               Donald A. Derfner (DD 0696)
               David P. Gillett (DG 5305)
           Attorneys for Defendant
               Elizabeth Anne Conley
           600 Third Avenue, 26th Floor
           New York, New York 10016
           Tel. (212) 697-8100