Thomas V. Marino, Esq. (TM 7397)
Dunnington Bartholow & Miller LLP
Attorneys for Plaintiffs
477 Madison Avenue – 12th Floor
New York, New York 10022
(212) 682-8811

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHEA DEVELOPMENT CORP., BRAVERA,
INC., and IP HOLDING OF NEVADA CORP.,

                                  Plaintiffs,        07 Civ. 11201(DLC)(GWG)

    -   against -
CHRISTOPHER WATSON, and ELIZABETH ANNE
CONLEY,
                                  Defendants.
-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

       I hereby certify that the attached letter notifying counsel for defendants of the Initial Conference and enclosing a true copy of the Notice of Initial Pretrial Conference and a copy of the Court's Individual Practices, was served via first-class mail postage pre-paid on January 14, 2008 upon the following attorneys:

        Jeffrey A. Simes, Esq.
        Goodwin Procter LLP
        Attorneys for Defendant Christopher Watson
        599 Lexington Avenue
        New York, New York 10022

        Donald A. Derfner, Esq.
        Derfner & Gillett, LLP
        Attorneys for Defendant Elizabeth Anne Conley
        800 Third Avenue – 26th Floor
        New York, New York 10066

                                        /s/ Thomas V. Marino
                                        Thomas V. Marino (TVM 7397)

Dated: January 17, 2008

## DUNNINGTON, BARTHOLOW & MILLER LLP

ATTORNEYS AT LAW

477 MADISON AVENUE

NEW YORK, N.Y. 10022

TELEPHONE: (212) 682-8811
FACSIMILE: (212) 661-7769
DBM@DUNNINGTON.COM
WWW.DUNNINGTON.COM

MARVIN M. BROWN
RAYMOND J. DOWD
JOHN T. DUNLAP
GEORGE W. GOWEN
MICHAEL J. KOPCSAK
STEVEN E. LEWIS
ROBERT T. LINCOLN
ALBERT L. LINGELBACH
THOMAS V. MARINO
JOSEPH MICHAELS IV
C. FREDERICK ROGGE, III
JOHN W. SHROYER
CAROL A. SIGMOND
LOUIS E. TEITEL

FREDERICK W. LONDON
FRANCIS J. MOONEY, JR.
JOHN I. FORRY
OF COUNSEL

tmarino@dunnington.com

January 14, 2008

Jeffrey A. Simes, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, New York 10022

Donald A. Derfner, Esq.
Derfner & Gillett, LLP
800 Third Avenue – 26th Floor
New York, New York 10066

Re: *Shea Development Corp. et al v. Christopher Watson and Elizabeth Anne Conley*
<u>Index No. 07 CIV. 11201</u>

Dear Counselor:

Enclosed herewith please find a copy of the Notice of Initial Pretrial Conference scheduled for February 8, 2008 before Justice Cote and a copy of the Court's Individual Practices.

Very truly yours,

Thomas V. Marino

TVM/st

encl.