UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――

SHEA DEVELOPMENT CORP., BRAVERA,
INC., and IP HOLDING OF NEVADA CORP.

                            Plaintiffs,                Civil Action No.: 07 CV 11201 (DLC)

       -against-

CHRISTOPHER WATSON and
ELIZABETH ANNE CONLEY

                            Defendants
―――――――――――――――――――――――――――

**NOTICE OF MOTION OF DEFENDANT ELIZABETH ANNE CONLEY TO DISMISS
FOR LACK OF PERSONAL JURISDICTION; OR IN THE ALTERNATIVE, MOTION
TO STAY AND REFER ALL CLAIMS TO ARBITRATION; OR IN THE
ALTERNATIVE, MOTION FOR TRANSFER OF VENUE TO SOUTH CAROLINA.**

       PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, and the

Affidavit of Elizabeth Anne Conley, sworn to on January 25, 2008, and upon all the pleadings

and prior proceedings heretofore had, served and/or filed herein, Defendant Elizabeth Anne

Conley, by her undersigned counsel, will move this Court, before the Honorable Denise L. Cote,

U.S.D.J, S.D.N.Y., located at the United States Courthouse, 500 Pearl Street, New York, New

York 10007, on a date and time to be determined by the Court, for an order:

      a)   dismissing the claims brought by Shea Development Corp., Bravera, Inc., and IP
           Holding of Nevada Corp., filed December 12, 2007 as to Defendant Elizabeth Anne
           Conley, pursuant to Fed.R.Civ.P. 12(b)(2) for lack of jurisdiction over the person;

      b)   in the alternative, staying the action in this case, and referring to arbitration all claims
           brought by Shea Development Corp., Bravera, Inc., and IP Holding of Nevada Corp.,
           filed December 12, 2007, pursuant to 9 U.S.C. § 3;

      c)   in the alternative, transferring the claims brought by Shea Development Corp.,
           Bravera, Inc., and IP Holding of Nevada Corp., filed December 12, 2007, to the U.S.
           District Court of South Carolina, Charleston Division, pursuant to Fed.R.Civ.P.
           12(b)(3) based on improper venue;

d)  granting such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that pursuant to Local Civil Rule 6.1(b)(2)

of the Local Rules of the United States District Court for the Southern District of New

York, any opposing affidavits and answering memorandum of law shall be served within

ten business days after service of the moving papers.

Respectfully submitted

Derfner & Gillett, LLP

S/  David P. Gillett
Donald A. Derfner (DD 0696)
David P. Gillett (DG 5305)
600 Third Avenue, 26th Floor
New York, New York 10016
(212) 697-8100

Terry Ann Rickson
Anne E. Mjaatvedt
102 Wappoo Creek Drive, No. 8
Charleston, South Carolina 29412
(843) 722-1500
(Application for Admission Pro Hac Vice pending)

Allan R. Holmes
Gibbs & Holmes
171 Church Street, Suite 110
Charleston SC 29402
(843) 722-0033
(Application for Admission Pro Hac Vice pending)

ATTORNEYS FOR DEFENDANT
ELIZABETH ANNE CONLEY

New York, New York
January 28, 2008