UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEA DEVELOPMENT CORP., BRAVERA,
INC., and IP HOLDING OF NEVADA CORP.          07 cv 11201 (DLC)

        -against-

                                    MOTION TO ADMIT COUNSEL
CHRISTOPHER WATSON and                  PRO HAC VICE
ELIZABETH ANNE CONLEY

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts of the Southern and Eastern Districts of New York, I, Donald A. Derfner a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Anne E. Mjaatvedt
    Rickson & Mjaatvedt
    102 Wappoo Creek Drive, # 8
    Charleston, SC 29412
    (843) 722-1500 Telephone
    (843) 722-7080 Fax

Anne E. Mjaatvedt is a member in good standing of the Bar of the State of South Carolina. She was admitted to the Bar of the State of South Carolina on November 17, 2003; the Federal District Court of South Carolina on March 2, 2004; and the 4th Circuit Court of Appeals on July 23, 2007.

There are no pending disciplinary proceedings against Anne E. Mjaatvedt in any State or Federal court.

Dated:  New York, New York
           January 18, 2008

                                                  Respectfully submitted,

                                                  Donald A. Derfner (DD-0696)
                                                  Derfner & Gillett, LLP
                                                  Attorneys for Defendant
                                                       Elizabeth Anne Conley
                                                  600 Third Avenue, 26th Floor
                                                  New York, NY 10016
                                                  Tel (212) 697-8100
                                                  Fax (212) 681-9122

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEA DEVELOPMENT CORP., BRAVERA, INC.,and IP HOLDING OF NEVADA CORP.<br><br>-against-<br><br>CHRISTOPHER WATSON and ELIZABETH ANNE CONLEY | 07 cv 11201 (DLC)<br><br>AFFIDAVIT OF<br>DONALD A. DERFNER<br>IN SUPPORT OF MOTION<br>TO ADMIT COUNSEL<br>PRO HAC VICE |

State of New York   )
                    ) ss:
County of New York  )

Donald A. Derfner, being duly sworn, hereby deposes and says as follows:

1. I am a member of Derfner & Gillett, LLP, counsel for Defendant Elizabeth Anne Conley in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant Elizabeth Anne Conley's motion to admit Anne E. Mjaatvedt as counsel pro hac vice to represent Defendant Elizabeth Anne Conley in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1969. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Anne E. Mjaatvedt, and worked with her on the captioned action, starting in December 2007.

4. Ms. Mjaatvedt is an attorney at Rickson & Mjaatvedt, in Charleston, South Carolina.

5. I have found Ms. Mjaatvedt to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Anne E. Mjaatvedt, pro hac vice.

7. I submit a proposed order granting the admission of Anne E. Mjaatvedt, pro hac vice, which is attached hereto as Exhibit A. I annex a Certificate of Good Standing for Anne E. Mjaatvedt from the Supreme Court of South Carolina as Exhibit B.

WHEREFORE it is requested that the motion to admit Anne E. Mjaatvedt, pro hac vice, to represent Defendant Elizabeth Anne Conley in the above captioned matter, be granted.

Dated: New York, New York
       January 18, 2008

_____
Donald A. Derfner (DD 0696)

Sworn to before me this 18th
day of January 2008

_____
Notary Public

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEA DEVELOPMENT CORP., BRAVERA,   07 cv 11201 (DLC)
INC. and IP HOLDING OF NEVADA CORP.

       -against-                **ORDER FOR ADMISSION**
                                      **PRO HAC VICE**
CHRISTOPHER WATSON and      **ON WRITTEN MOTION**
ELIZABETH ANNE CONLEY

Upon the motion of Donald A. Derfner, attorney for Elizabeth Anne Conley, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Anne E. Mjaatvedt
    Rickson & Mjaatvedt
    102 Wappoo Creek Drive, # 8
    Charleston, SC 29412
    (843) 722-1500 Telephone
    (843) 722-7080 Fax
    amjaatvedt@ricksonlaw.com

is admitted to practice pro hac vice as counsel for Elizabeth Anne Conley in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:  January ___, 2008

                                                                   _____
                                                                   United States District/Magistrate Judge

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that Anne E. Mjaatvedt was duly sworn and admitted as an attorney in this state on November 17, 2003, and is currently an active member of the South Carolina Bar.

DANIEL E. SHEAROUSE, CLERK

BY *Gayle S. Watts*
DEPUTY CLERK FOR BAR ADMISSIONS

Columbia, South Carolina

January 7, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEA DEVELOPMENT CORP., BRAVERA, INC., and IP HOLDING OF NEVADA CORP.,

        Plaintiffs,

-against-

CHRISTOPHER WATSON and ELIZABETH ANNE CONLEY,

        Defendants.

07 CV 11201 (DLC)

**Certificate of Service**

    David P. Gillett, an attorney duly admitted to practice in the United States District Court for the Southern District of New York, certifies as follows:

On January 18, 2008, I served a copy of the annexed Notice of Motion for Admission Pro Hac Vice and Supporting Affidavit upon:

| | |
|---|---|
| Thomas V. Marino, Esq.<br>Counsel for Plaintiffs<br>Dunnington, Bartholow & Miller LLP<br>477 Madison Avenue, 12th Floor<br>New York, New York 10022 | Jeffrey A. Simes, Esq.<br>Counsel for Defendant<br>Christopher Watson<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, New York 10022 |

by placing true and complete copies of same in properly addressed, first-class postage paid envelopes and depositing them in an official repository of the U.S. Postal Service.

Dated:    New York, New York
               January 18, 2008

                                                              David P. Gillett (DG 5305)