Thomas V. Marino, Esq. (TM 7397)
Dunnington Bartholow & Miller LLP
Attorneys for Plaintiffs
477 Madison Avenue – 12th Floor
New York, New York 10022
(212) 682-8811

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHEA DEVELOPMENT CORP., BRAVERA,
INC., and IP HOLDING OF NEVADA CORP.,

                                    Plaintiffs,        07 Civ. 11201(DLC) (GWG)

          - against -
CHRISTOPHER WATSON, and ELIZABETH ANNE
CONLEY,
                                    Defendants.
------------------------------------------------------------X

### AFFIDAVIT OF R. DODGE FREDERICK IN OPPOSITION TO DEFENDANT CHRISTOPHER WATSON'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

STATE OF SOUTH CAROLINA    )
                                                    )  ss.:
COUNTY OF RICHLAND          )

          R. DODGE FREDERICK, being duly sworn deposes and says:

          1.        I am one of principle partners of The Quantico Group, Inc. ("The Quantico

Group"), a private investigation security consulting agency headquartered in Columbia, South

Carolina.  The Quantico Group has been retained by counsel for Riptide Worldwide, Inc., f/k/a

Shea Development Corp. ("Riptide"), to investigate facts related to Christopher Watson's

("Watson") alleged domicile in Key West, Florida. The Quantico Group was asked to determine

Watson's connection to South Carolina and Florida.

          2.        The Quantico Group is an experienced agency designed to meet investigative

needs of law firms, corporations, and individuals.  The Quantico Group is associated with a

nationwide network of former Special Agents of the FBI and other law enforcement professionals who are similarly engaged in national and international investigations and security consulting. Through this network we are able to rapidly access an extensive network of resources and tools for any investigative or consulting need.

3.      Personally, during the course of a 29 year career as a Special Agent of the FBI, I have literally traveled coast to coast. As an investigator, I have worked in Springfield and Peoria Illinois, Newark and Philadelphia. Upon joining the management ranks of the FBI, I served in Washington, D.C. (twice), Los Angeles, San Antonio, Philadelphia, and finally in Columbia, where I was the Special Agent in Charge of the FBI in South Carolina.

4.      I have extensive experience in the area of Foreign Counterintelligence and have held numerous high level security clearances. I have successfully led investigations of fraud, drugs, organized crime, public corruption, gambling, espionage, and terrorism. I have considerable experience in conducting internal audits while evaluating the overall effectiveness and efficiency of FBI operations. I have conducted and directed sensitive background investigations regarding Federal judges, Presidential appointees, etc.

5.      Following my retirement from the FBI, I was named the Interim Director of the South Carolina Department of Corrections where I restored credibility and confidence to the beleaguered agency, following revelations of illegal/unethical activities by a number of employees of that agency.

## THE INVESTIGATION

6.      The investigation was conducted by or at the request of the Quantico Group.

7.      The search of public records in both South Carolina and Florida revealed that Watson has very little connection with the State of Florida.

8.      Defendant Watson owns no property in the State of Florida.  The address that he identified as his permanent address in a sworn declaration executed on January 11, 2008, 3910 South Roosevelt, Key West, Florida, is a rental property.  Our investigation revealed that Watson has leased Apartment 203W, which is the apartment listed on his driver's license, only since May 2007.  There is no telephone service listed in his name in Key West.  Further, a review of records at Monroe County, Florida, which includes Key West, revealed that Watson owns no property there.  No filing for a "homestead exemption" of $25,000 has been found in the County to which Watson would have been entitled had he owned property.  Finally, there are no vehicles registered in his name or the name of his company, Daniel Island Partners LLC in Florida.

9.      On the other hand, a review of public records revealed that Watson owned directly or indirectly several properties in South Carolina, including a family house located at 1054 Blakeway Street, in Charleston, South Carolina, which he has recently transferred for a token consideration to his wife.  Similarly, Watson transferred other property for a token consideration to Daniel Island Partners, LLC of which he is the organizer and only listed officer, in the records of the South Carolina Secretary of State.

10.     According to the public records, the house located at 1054 Blakeway Street, was purchased on December 12, 2003 by Christopher Watson and Carmen S. Watson, for the sum of $499,900.  (*See* Exhibit A, hereto.)  This residential property is located in an upscale neighborhood.  According to the Clerk of the Court for Berkeley County there are no public records of a divorce or separation between Christopher Watson and Carmen S. Watson and Carmen Watson lists herself as being "married" in her Myspace.com listing.  (*See* Exhibit B, hereto).  In fact, Carmen Watson's blog which can be found on her Myspace.com listing describes her family life with Chris and their two children.  (*See* Exhibit C, hereto.)

3

11.     On October 1, 2007, defendant Watson transferred his title to 1054 Blakeway Street to Carmen Watson by a Quit Claim Deed for the sum of $5.00. (*See* Exhibit D, hereto.) The documents executed by Watson in connection with the conveyance in October 2007, list his address as 1054 Blakeway Street, Daniel Island, South Carolina.  Daniel Island is located within metropolitan Charleston area.  (*See id.*).

12.     Current Directory assistance for Charleston, South Carolina, shows a listing for Christopher Watson at 1054 Blakeway Street, with a telephone number (843) 278-1906.

13.     On January 24, 2008, our investigation also revealed that Watson and his wife were listed as members of the Daniel Island Golf Club. The Daniel Island Gold Club is a private club, open only to members and guests of members only; it is not open to the general public.  We were informed by a known member of the Club that Chris and Carmen Watson were listed as members of the Daniel Island Golf Club in his copy of the directory.  We were also able to determine that day that Watson is known by the staff at the Club by asking Sarah at the golf pro shop whether Watson was at the course.  She advised the investigator that Watson was not seen that day and further confirmed with another employee that Watson was not playing golf that day.

14.     Watson's wife, Carmen Watson, was observed exiting a student drop-off area in a Toyota Sienna minivan at 7:38 a.m. on Thursday, January 24, 2008 at Ashley Hall, a girls' school in Charleston, South Carolina.  In addition, neighbors have reported seeing the Watson's children in the front of their home.  Based on this observation and the reports of the neighbors, I believe Watson's children live on Daniel Island.

15.     Although there appears to be no record of Watson ever having a South Carolina driver's license, there is on file with the Department of Motor Vehicles a record for Customer Number 31330070 in the name of Christopher Watson. This might be as a result of Watson

either receiving a ticket or having been involved in an accident in South Carolina. (*See* Exhibit E, hereto.)

16.     There is no record of any vehicles registered in Watson's name in South Carolina. There was a car, 2005 MIN[I] Cooper, registered in the name of Workflow Systems LLC, a company he controlled through July of 2007, at 1054 Blakeway Street, Daniel Island, South Carolina.  According to the representative at the Department of Vehicles (E. Davis) the plate for this vehicle was turned in 2006, a year prior to the time when his registration on the car was to expire on June 30, 2007.[1]  (*See* Exhibit F, hereto.)

17.     On Wednesday, January 23, 2008, our investigator observed a Toyota Sienna minivan with South Carolina license plate 318VSH which is registered to Carmen Souza Watson parked in a garage at 1054 Blakesway Street, South Carolina where there was a Girl Scouts Cookies For Sale Sign posted at the front of the house.  (*See* Exhibits G and H, hereto.)

18.     Watson, however, does operate a personal airplane, Columbia 400 (Tail Number N999TJ.)  I have determined that Watson keeps this airplane at Atlantic Aviation Services, a fixed-base operation ("FBO") at the Charleston International Airport.  The investigation revealed that throughout 2007 Watson reportedly flew his airplane into and out of this FBO.  I also have a reason to believe that Interstate Turbine, a repair facility located at the Charleston International Airport, most likely performs maintenance of this airplane.

19.     Our review of the flight plans filed for this aircraft indicated that in the period January 24, 2007 through December 21, 2007 38 flights originated in Charleston; 5 in Key West; 37 flights had Charleston as a destination and 5 had Key West as a destination.  (See Exhibit, I hereto.)  No flight plan could be located between December 21, 2007 and January 24, 2008.  The

---

[1]  I have been advised by counsel for Riptide that Workflow Systems, LLC, became Bravera, Inc., plaintiff in this action.

airplane appears to have been located at the airport in Charleston International Airport since then.

20.     From the published Flight Plans for his personal airplane, it appears that Watson has been to Key West three times in May 2007.  The first time he flew to Key West was on May 1, 2007.  On May 2, 2007, the Florida Department of Motor Vehicles issued a license to Christopher R.J. Watson, a copy of which is attached to his declaration submitted in support of this motion.  He flew to Key West again on Sunday, May 6, 2007.  He spent 3 days in Florida, stopping over in Orlando, where I am informed Riptide's headquarters are located.  Watson did not fly to Key West, Florida until Friday, October 19, 2007.  The flight plan shows that the flight originated in Charleston, South Carolina with Miami as the same day destination, and then to Key West.  He stayed in Key West for two days and then flew to Miami and back to Key West. He returned to Charleston, South Carolina on October 22, 2007.  The other few times that Watson flew to Florida they were mainly to Orlando where Riptide has its headquarters with a week long stop over in the Bahamas.  (*See* Exhibit I, hereto).

21.     On November 12, 2007, Watson filed a personal lawsuit for $130,000 in Charleston Court of Common Pleas.  (*See* Exhibit J, hereto.)  Watson is represented in that lawsuit by Ryan A. Earhart, Esq. with Nelson Mullins Riley & Scarborough LLP, a South Carolina law firm.  In addition, Watson has consistently been using the services of David G. Pagliarini, Esq. of Hinchey, Murray & Pagliarini, LLC, another South Carolina law firm, in connection with his real estate transactions.  (*See* Exhibits M - Q, hereto.)

22.     Our investigation also revealed that Watson directly and indirectly owns two apartments on Daniel Island.  These two apartments, Unit 305 and Unit 306, are located on the

top floor of a 12 unit apartment building, at 300 Bucksley Lane, in an apartment complex located in the heart of the Daniel Island business district.

23.     On Sunday, January 27, 2008, a model 530 BMW, with Maryland plates 8AFB07, was parked in front of 300 Bucksley Lane, Daniel Island. That license is registered to Workflow Systems, LLC, 5454 Wisconsin Avenue, Chevy Chase, Maryland. While Watson was employed by Workflow Systems LLC, I am advised also that he had the use of this same vehicle. I am informed by counsel for Riptide, plaintiff Bravera, Inc. is the successor in interest to Workflow Systems, LLC.

24.     Watson purchased property located at 300 Bucksley Lane, Unit 305, Daniel Island, South Carolina on or about February 11, 2005, for the purchase price of $177,500. Watson granted special power of attorney in connection with this transaction to a real estate agent, Brian E. Connolly, of Daniel Island Real Estate Co., L.L.C., 101 River Landing Drive, Daniel Island, Charleston, South Carolina. Watson listed as his "principal address" on the special power of attorney 1054 Blakeway Street, Daniel Island, South Carolina.

25.     Subsequently, on or about March 15, 2006, Watson transferred title to Unit 305 by Quit Claim Deed to Daniel Island Partners, LLC for $5.00. (Copies of the documents are annexed as Exhibit K, hereto.)

26.     In connection with this transfer, Watson claimed Exemption #8 as to the Deed recording fee. Exemption #8 provides in full:

> Transferring realty to a corporation, a partnership, or a trust in order to become, or as, a stockholder, partner, or trust beneficiary of the entity provided no consideration is paid for the transfer other than stock in the corporation, interest in the partnerships, beneficiary interest in the trust, or the increase in value in such stock or interest held by the grantor. However, the transfer of realty from a corporation, a partnership, or a trust to a stockholder, partner, or trust beneficiary of the entity is subject to the fee even if the realty is transferred to another corporation, a partnership, or trust;

(*See* Exhibit L hereto).

27.    Watson purchased the property located at 300 Bucksley Lane, Unit 306, Daniel Island, South Carolina on or about February 1, 2007, for the purchase price of $227,500. Watson granted special power of attorney in connection with this transaction to his attorney. David G. Pagliarini, Esq., of 895 Island Park Drive, Suite 203, Charleston, South Carolina. Watson listed his "principal address" on the power of attorney at 1054 Blakeway Street, Daniel Island, South Carolina. (*See* Exhibit M, hereto.) As of January 24, 2008, this apartment is still in Watson's name.

28.    In addition to the family house at 1054 Blakeway Street on Daniel Island and the two apartments discussed above, a review of the records at the Berkeley County Administration Building regarding Charleston area properties that had been purchased by Watson revealed the following:

(a)    On September 16, 2005, Watson purchased property located at 303 South Ladd Court, Daniel Island, South Carolina for the purchase price of $445,000. In connection with this transaction, Watson granted special power of attorney to David G. Pagliarini, Esq., of 895 Island Park Drive, Suite 203, Charleston, South Carolina, which was recorded in the Berkely County Records on September 23, 2005. On or about March 17, 2006, Watson executed a Quit Claim Deed transferring this property to Daniel Island Partners LLC, for the sum of $5.00. A review of records at the office of the Secretary of State for South Carolina revealed that Watson is the registered agent and originator of Daniel Island Partners, LLC and that there are no other persons listed as officers of the LLC. On the Quit Claim Deed, which was recorded on March 17, 2006, Watson listed his address as 300 Bucksley Lane, Unite 305, Charleston, South Carolina. (Copies of these documents are annexed as Exhibit N, hereto.)

     (b)     On or about August 3, 2005, Watson purchased a property located at 304 Hidden Bottom Lane, Daniel Island, South Carolina, for the purchase price of $525,000. This is an expensive undeveloped lot located in the Daniel Island Golf course area. The homes located in this are "high end" and include guest houses and/or maids quarters, court yards, porticos, etc., built with high end building materials and high end landscaping. The lot purchased by Watson is an interior lot surrounded by the golf course, but not on the golf course. On or about March 17, 2006, Watson executed a Quit Claim Deed transferring this property to Daniel Island Partners LLC, for the sum of $5.00. Then on November 8, 2007, Watson granted special power of attorney in connection with this property to his attorney, David G. Pagliarini, Esq., of 895 Island Park Drive, Suite 203, Charleston, South Carolina. The power of attorney listed Watson's address as 300 Bucksley Lane, Unit 305, Charleston, South Carolina. By a Quit Claim Deed, Daniel Island Partners LLC transferred the 304 Hidden Bottom Lane, Daniel Island, property back to Watson for $5.00. (Copies of these documents are annexed hereto as Exhibit O.)

     (c)     On or about September 6, 2005, Watson purchased property located at 853 Center Park, Daniel Island, South Carolina for the purchase price of $227,500. This is a town home unit of a four unit building. Watson granted special power of attorney in connection with this transaction to his attorney. David G. Pagliarini, Esq., of 895 Island Park Drive, Suite 203, Charleston, South Carolina. Watson transferred this property to Daniel Island Partners, LLC by a Quit Claim Deed for the sum of $5.00. (Copies of these documents are annexed hereto as Exhibit P.)

(d)     On or about September 11, 2005, Watson purchased property located at 1162 Barfield Street, Daniel Island, South Carolina for the purchase price of $410,000. This is a multi-plex town home, five units to the building, very "high end" with the front entrance having a phenomenal view of a natural marsh and oak tree area looking toward the Wando River. At the time of the purchase, Watson listed his/grantee's address as 1054 Blakeway Street, Charelston, South Carolina.  Watson granted special power of attorney in connection with this transaction to his attorney. David G. Pagliarini, Esq., of 895 Island Park Drive, Suite 203, Charleston, South Carolina. On or about March 17, 2006, Watson transferred title to this property by Quit Claim Deed to Daniel Island Partners LLC, for $5.00.  (Copies of these documents are annexed hereto as Exhibit Q.)

_____
R. Dodge Frederick

Sworn to before me
this 31 day of January 2008

NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission Expires:  12/3/2011

# EXHIBIT A

**State of South Carolina,**   000040408 Bk:03745 PG:00003

County of    Berkeley          **TITLE TO REAL ESTATE**

FILED, RECORDED, INDEXED
12/16/2003 04:26:14PM
Rec Fee: 10.00      St Fee: 1300.00
Co Fee: 550.00      Pages: 4
Issued to: BUIST,BYARS,PEARCE & TAYLOR
Resister of Deeds Berkeley Co., SC
Cynthia B. Forte

RECEIVED

12/16/2003

ASSESSOR
BERKELEY COUNTY SC

KNOW ALL MEN BY THESE PRESENTS, THAT

Passailaigue Homes, Inc.

in the State aforesaid for/and in consideration of the sum of

Four Hundred Ninety Nine Thousand Nine Hundred Dollars & No/100          DOLLARS,

to    it    in hand paid at and before the sealing of these presents by

Christopher R. J. Watson and Carmen S. Watson

in the State aforesaid, County aforesaid the receipt whereof is hereby acknowledged, have granted, bargained, sold and released,

and by these Presents to grant, bargain, sell and release unto the said

Christopher R. J. Watson and Carmen S. Watson, their Heirs and Assigns forever

the following described property to wit:

All that certain lot, piece, parcel of land and all improvements
thereon, located on Daniel Island, situate, lying and being in
the City of Charleston, Berkeley County, SC and known as Lot 12
Block A, in Parcel T as shown and designated on a plat by
Thomas & Hutton Engineering Co. entitled "Final Subdivision Plat
of Parcel T, Block A, Lots 5-24, Block B, Lots 1-9 & 18-24,
Block C, Lots 21-29, Owned by Daniel Island Associates, LLC"
dated April 11, 2002 and recorded in the ROD Office for Berkeley
County in Plat Cabinet O, pages 293-B, 294-A, 294-B and 295-A,
said lot having such size, shape, dimensions, buttings and
boundings as will by reference to said plat more fully appear.

This being the same property conveyed to the Grantor herein by
deed of Daniel Island Associates, L.L.C. dated December 20,
2002 and filed in the ROD Office for Berkeley County in Book
3079 at page 186.

TMS No. 275-10-01-_008_

Grantees' Address: _1054 Blakeway Street, Charleston, SC 29492_

Subject, nevertheless, to all restrictions and easements of
record.

4

000040408  Bk:03745  PG:00004

TOGETHER with all and singular, the Rights, Members, Hereditaments and Appurtenances to the said Premises

belonging, or in anywise incident or appertaining.

TO HAVE AND TO HOLD, all and singular, the said Premises before mentioned unto the said
**Christopher R. J. Watson and Carmen S. Watson**

**their**                   Heirs and Assigns forever.

000040408  Bk=03745  PG=00005

AND                     do hereby bind           its Successors,              Heirs, Assigns,

Executors and Administrators, to warrant and forever defend, all and singular, the said Premises unto the said

Christopher R. J. Watson and Carmen S. Watson, their

Heirs and Assigns, against      it      and      its/      Heirs, and all persons whomsoever as may be lawfully claiming,

or to claim the same or any part thereof.                    Successors,

WITNESS    its    Hand    and Seal    , this                    day of    December

in the year of our Lord Two Thousand Three                              and in the two hundred and

Twenty Eighth                    year of the Sovereignty and Independence of the United States of America.

SIGNED, SEALED AND DELIVERED
IN THE PRESENCE OF

_____                    Passailaigue Homes, Inc.

                                    By: _____ (L.S.)
                                    Sandi L. McGovern
_____                    Its Director of Operations

                                    _____ (L.S.)


The State of South Carolina,

Charleston                County.


PERSONALLY appeared before me      the undersigned witness

and made oath that      he/she      saw the within named

Sandi L. McGovern, as Director of Operations of Passailaigue Homes, Inc.

sign, seal, and as            its                    act and deed, deliver the within written Deed, and that

he/she      with      the other witness

witnessed the execution thereof.

SWORN to before me, this  12th

day of  December            AD. 2003

_____ (SEAL)          _____
Notary Public of South Carolina
My Comission Expires:  1/30/11          _____
                                        Kathy V. Slee


PREPARED BY: The Wooddy Law Firm
RECORD & RETURN TO:
The Wooddy Law Firm
622 Johnnie Dodds Blvd.
Mt. Pleasant, S.C. 29464
File No: 03REL1030

000040408  Bk:03745  PG:00006

# STATE OF SOUTH CAROLINA          ) AFFIDAVIT

COUNTY OF  BERKELEY                                )

PERSONALLY appeared before me the undersigned, who being duly sworn, deposes and says:

1. Property located at Lot 12, Block A, Parcel T Daniel Island,  Berkeley County, Charleston, SC bearing County Tax Map Number 275-10-01-008 _____ was transferred by Passailaigue Homes, Inc. to Christopher R. J. Watson and Carmen S. Watson on 12/12/03 .

The transaction was (Check one):

_____x__  an arm's length real property transaction and the sales price paid or to be paid in money or money's worth was $ 499,900.00

_____ not an arm's length real property transaction and the fair market value of the property is $_____.

_____ The above transaction is exempt, or partially exempt, from the recording fee as set forth in S. C. Code Ann. Section 12-24-10 et.seq. because the deed is:_____
_____
_____.

As required by Code Section 12-24-70, I state that I am a responsible person who was connected with the transaction as: _____.

I further understand that a person required to furnish this affidavit who willfully furnishes a false or fraudulent affidavit is guilty of a misdemeanor and, upon conviction, must be fined not more than one thousand dollars or imprisoned not more than one year, or both.

                     _____
                     Purchaser, Legal Representative
                     of the Purchaser, or other Responsible
                     Person Connected with the Transaction

SWORN to before me this 12
day of DEC , 2003.

_____
Notary Public for SC
My Commission Expires: 1/30/11


*The fee is based on the real property's value.  Value means the realty's fair market value.  In arm's length real property transactions, this value is the sales price to be paid in money or money's worth (e.g. stocks, personal property, other realty, forgiveness of debt, mortgage assumed or placed on the realty as a result of the transaction).  However, a deduction is allowed from this value for the amount of any lien or encumbrance existing on land, tenement, or realty before the transfer and remaining on it after the transfer.

000040407  Bk:03745  PG:00001

| STATE OF SOUTH CAROLINA | ) | |
|---|---|---|
| COUNTY OF BERKELEY | ) | POWER OF ATTORNEY |
| | ) | |

KNOW ALL MEN BY THESE PRESENTS, that I, **CARMEN S. WATSON**, of Bethesda, MD, have made, constituted and appointed, and by these presents do make, constitute and appoint **CHRISTOPHER R.J. WATSON**, true and lawful attorney for me and in my name and stead, to conclude the financing of a $399,920 mortgage loan under such terms and conditions as are set forth in the commitment from Wachovia Mortgage Corporation and a $49,900 second mortgage to Wachovia Bank, N.A. dated December 12, 2003, to be secured by a first mortgage on 1054 Blakeway Street, City of Charleston, Berkeley County, S.C., and to execute and deliver all instruments necessary for the completion of said transaction, including specifically, the power to endorse any checks made out to my order, to sign any and all RESPA forms, including specifically a note, mortgage, and any and all other closing documents.

GIVING AND GRANTING unto my attorney by these presents, full power and authority in and about the premises for me and in my name, to do and execute the same as fully and amply to all intents and purposes as I might or could do if I were personally present, or if the matter requires more special authority, that is hereby given, and I hereby ratify and confirm all and whatsoever my said attorney shall lawfully do in and about the premises by virtue thereof.

IF this Power of Attorney has not been sooner revoked, it shall in any event be automatically revoked and terminated and shall become null and void and without any further action at 11:59 p.m., E.S.T., on the 12th day of January, 2004.

FILED, RECORDED, INDEXED
12/16/2003 04:25:25PM
Rec Fee: 15.00      St Fee: 0.00
Co Fee: 0.00        Pages: 2
Issued to: BUIST,BYARS,PEARCE & TAYLOR
Register of Deeds Berkeley Co., SC
Cynthia B. Forte

2

**State of South Carolina,**       000040408 Bk:03745 PG:00003

County of   Berkeley            **TITLE TO REAL ESTATE**

FILED, RECORDED, INDEXED
12/16/2003 04:26:14PM
Rec Fee: 10.00       St Fee: 1300.00
Co Fee: 550.00       Pages: 4
Issued to: BUIST,BYARS,PEARCE & TAYLOR
Register of Deeds Berkeley Co., SC
Cynthia B. Forte

RECEIVED

12/16/2003

ASSESSOR
BERKELEY COUNTY SC

KNOW ALL MEN BY THESE PRESENTS, THAT

Passailaigue Homes, Inc.

in the State aforesaid for/and in consideration of the sum of

Four Hundred Ninety Nine Thousand Nine Hundred Dollars & No/100

DOLLARS,

to   it   in hand paid at and before the sealing of these presents by

Christopher R. J. Watson and Carmen S. Watson

in the State aforesaid, County aforesaid the receipt whereof is hereby acknowledged, have granted, bargained, sold and released,

and by these Presents to grant, bargain, sell and release unto the said

Christopher R. J. Watson and Carmen S. Watson, their Heirs and Assigns forever

the following described property to wit:

All that certain lot, piece, parcel of land and all improvements thereon, located on Daniel Island, situate, lying and being in the City of Charleston, Berkeley County, SC and known as Lot 12 Block A, in Parcel T as shown and designated on a plat by Thomas & Hutton Engineering Co. entitled "Final Subdivision Plat of Parcel T, Block A, Lots 5-24, Block B, Lots 1-9 & 18-24, Block C, Lots 21-29, Owned by Daniel Island Associates, LLC" dated April 11, 2002 and recorded in the ROD Office for Berkeley County in Plat Cabinet O, pages 293-B, 294-A, 294-B and 295-A, said lot having such size, shape, dimensions, buttings and boundings as will by reference to said plat more fully appear.

This being the same property conveyed to the Grantor herein by deed of Daniel Island Associates, L.L.C. dated December 20, 2002 and filed in the ROD Office for Berkeley County in Book 3079 at page 186.

TMS No. 275-10-01-_008___

Grantees' Address: _1054 Blakeway Street, Charleston, SC 29492___

Subject, nevertheless, to all restrictions and easements of record.

4

# EXHIBIT B



| User Shortcuts: ▼ | | People ▼ | Search |

Home | Browse | Search | Invite | Film | Mail | Blogs | Favorites | Forum | Groups | Events | MySpace TV | Music | Cor

# Carmen



"No matter where you go, there you are."

Female
45 years old
CHARLESTON, SOUTH CAROLINA
United States

Last Login:
1/20/2008

View My: **Pics | Videos**

## Contacting Carmen

✉ **Send Message**          ✉ **Forward to Friend**

**Add to Friends**          **Add to Favorites**

**IM / Call**          **Block User**

**Add to Group**          **Rank User**

Hello, you either have JavaScript turned off or an old version of Macromedia's Flash Player. **Click here** to get the latest flash player.

## Carmen's Interests

| General | My kids. I'm a Brownie leader. Cooking. Photography. Creating scrapbooks. Filing my iPod with a much great music as possible. LiveJournal. Keeping in touch with my friends. Travel. Going to Duran Duran concerts. Second Life. |
| Music | Duran Duran, Sonique, Pink, Roxy Music, The Killers, Kaiser Chiefs, Orson, Santana, Depeche Mode, Voice Farm, Violent Femmes, T. Rex, Poe, Franz Ferdinand, Jeff Buckley, Jimmy Eat World, Blondie, Shriekback, Moby, Sarah McLachlin, Adam Ant, Power |

## Carmen is in your extended net

**Carmen's Latest Blog Entry [Subscribe to this Blog]**

Silly things  **(view more)**

Zoe and French  **(view more)**

But WHY is the grid down?  **(view more)**

Plot Bunnies  **(view more)**

Monday  **(view more)**

**[View All Blog Entries]**

### Carmen's Blurbs

**About me:**
I live on an island. My life is my kids, at least much of the ti
I shake things up where ever I go. Some of the time I live a
Avalon's Bunny. Fear me.



**Who I'd like to meet:**
You.

### Carmen's Friend Space

**Carmen has** 71 **friends.**

| | |
|---|---|
| | Station, Arcadia, Loreena McKennitt, U2, Talking Heads, The Cars, The Clash, The Dandy Warhols, Devo, The B-52's, Lush, Dire Straits, Alphaville, Love and Rockets, Eurythmics, New Order, SCOTS, Ofra Haza, R.E.M., Pizzicato Five, Pet Shop Boys, Clannad, Silly Wizard, ELO, Erasure, Himekami, Queen, The Ramones, Yaz |
| **Movies** | Casablanca, The Rocky Horror Picture Show, Dangerous Beauty, Knight's Tale, The Blues Brothers, My Neighbor Totoro, The Emperor's New Groove, Mulan, Buckaroo Banzai, Star Trek:WOK |
| **Television** | I watch what the kids watch. Other than that I don't have time. Right now I've banned TV in the house. |
| **Books** | The Diamond Age by Neal Stephenson, Stranger in a Strange Land by Robert A. Heinlein, Chitty-Chitty-Bang-Bang by Ian Fleming, Bridge of Birds by Barry Hughart |
| **Heroes** | Jimmy Carter, Mother Teresa, Thich Nhat Hanh, Robert A. Heinlein, John Taylor, C.S. Lewis, Anne Frank, Harvey Milk, Winston Churchill, Pope John Paul II, Franklin Delano Roosevelt, Jean Piaget, John Adams |

## Carmen's Details

| | |
|---|---|
| **Status:** | Married |
| **Here for:** | Friends |
| **Orientation:** | Straight |
| **Hometown:** | Novato, CA |
| **Body type:** | 5' 7" / Some extra baggage |
| **Ethnicity:** | White / Caucasian |
| **Religion:** | Catholic |
| **Zodiac Sign:** | **Pisces** |
| **Smoke / Drink:** | No / No |
| **Children:** | Proud parent |
| **Education:** | College graduate |
| **Occupation:** | Teacher |

## Carmen's Schools

| | |
|---|---|
| **San Francisco State University** | 1980 to |
| San Francisco,California | 1985 |

**Chris**



**Silent**



**DURAN DURAN**



**Bad Heart; Rotten Soul**



**Julie**



**Lawrax**



**dom brown**



**Barry Andrews**



**Andy Taylor Studios Ibiza - Studio 1**



**Jason**



**Ask A Ninja**



**LITHIUM PICNIC studio**



**View Carmen's Friends:**

## Carmen's Friends Comments

Displaying 7 of 13 comments ( View All | Add Comme

| Motus | **Jan 23 2008 8:42 AM** |
|---|---|
| | HI Carmen |
| | just wanna say hi and thanks t In return our first song "Leave |

Graduated: **1985**
Student status: Alumni
Degree: Bachelor's Degree
Major: Communications
Minor: Anthropology
Clubs: Campus Radio Station

**San Marin High**                    1976 to
Novato,California                     1980
Graduated: **1980**
Student status: Alumni
Degree: High School Diploma
Clubs: Yearbook



available as free download at (
side...

Keep on

Motus

---

**Tinhuviel**



**Sep 23 2007 4:15 AM**



---

**Loki Santana**



**Sep 16 2007 3:50 AM**

Thanks for the Add

---

**Julie**



**May 1 2007 9:41 AM**

*hugs*

---

**Skirt!**

**Mar 13 2007 7:39 AM**

Happy (slightly belated) Birth(

---

**Laura**

**Oct 30 2006 10:18 A**

New myspace because my cur
been o'ertaken by The Office f
turned into an actual fan page
personal page:
http://www.myspace.com/ilov
Please request me as a friend!



**Bad Heart; Rotten Soul**

**Mar 13 2006 3:32 PM**

HAPPY BIRTHDAY, BAYBEEEEE

Tell me all about it. I want det

About | FAQ | Terms | Privacy | Safety Tips | Contact MySpace | Report Abuse | Advertise | MySpace International |
**MySpace Latino**

©2003-2008 MySpace.com. All Rights Reserved.

# EXHIBIT C



MySpace.com | rss | sign in | sign out

**Carmen**



**Last Updated:**
Feb 12, 2007
Send Message
Instant Message
Email to a Friend
Subscribe

**Gender:** Female
**Status:** Married
**Age:** 45
**Sign:** Pisces

**City:** CHARLESTON
**State:** SOUTH CAROLINA
**Country:** US

**Signup Date:** 03/09/06

**Blog Archive**
[ Older    Newer ]
1  30  2008  Go

**Friday, February 02, 2007**

**Silly things**
**Current mood:** 😖 sore
**Category:** Blogging

I am so getting one of these, just to fuck with TSA next trip.

We had been thinking about going to Asia this summer, but saner thoughts have prevailed (the idea of Kyoto in August, what was I thinking??)  So, maybe we will go to Norway, I dunno.  But I will be going to DragonCon.  Just look at the guest list.

I'm missing Chris.  There was some issues with his work that will require his staying in DC until Wednesday.  He was supposed to go to California this next week but that's called off.  The kids and I are going to SoCal for Prez. Day weekend and maybe, just maybe, he'll be able to join us.  But don't hold your breath, this situation with his work is a nasty one and will require a great deal of his time and energy.

**6:12 PM** - **0 Comments** - **0 Kudos** - **Add Comment**

**Wednesday, January 31, 2007**

**Zoe and French**
**Current mood:** ☺ cheerful
**Category:** Blogging

Huzzah!

So, that's good news.  Now some news that causes me to retch.  I am disgusted.  I really feel that police are not working for the public good.  Yeah, that reminds me, last week after dropped Zoe off at school TJ and I came upon the scene of an accident.  I boy, in his early teens, if that, was lying on the ground, covered with a blanket.  A young woman, obviously freaked, was leaning up against a car, weeping, while trying to make a call on her

cell phone.  One police officer was directing traffic, the other two where hanging out, chatting, with the construction workers nearby.  Neither officer was bothering themselves about the boy.  If I hadn't had TJ with me I would have parked the car and been all over those officers.  Way to go Charleston P.D.

This just makes my brain hurt.  Of course, at the rate the public school systems are going down hill, the US won't be able to turn out any scientist in another 10 years or so.  Me=jaded, much.  Link nicked from 👤**wcg**

**10:33 AM** - **1 Comments** - **2 Kudos** - **Add Comment**


**But WHY is the grid down?**
**Current mood:** 😑 **cold**
**Category:** **Blogging**

Planning on spending a huge amount of time on SL today since we are having the twice monthly stoopid update shut down tomorrow.  I go to sign on and the grid is down.  Bother.  Wankers aren't even giving a reason for being down.  I'm noticing that groups that meet weekly on Wednesdays say, "we will meet at our usual time, or whenever SL is back up, whichever comes sooner."  It's a pity that SL being down so much is just part of the deal.

EDIT:  It **is** Wednesday.  Duh.  Of course the grid is down.  Doh!

Now what?

I want to get this USB Hub for Chris, only there are none available currently.

I'm going to make French Toast for supper.  The Graham Cracker French Toast I posted about a few weeks ago was a waste, nobody liked it much at all.  Thank you, 👤**merina**, for the recipe for *real* French Toast (it sounds soooo yummy!)

TJ is home ill again today.  He's enjoying himself playing computer games.  I like having him here, but I tell you, I don't think I'd ever be able to homeschool him like I could Zoe.  He's the same age as Zoe was when I started homeschooling her and she loved nothing better than to cuddle with me and we'd work on puzzles, artwork, read books, etc.  TJ is always challenging me (not that Zoe

didn't, it's just she could be reasoned with).

I guess, while I wait for SL to get its act together, I'll go research private schools.

But first, lunch!

**10:32 AM** - **0 Comments** - **0 Kudos** - **Add Comment**

**Plot Bunnies**
**Current mood:** 😎 **cold**
**Category:** **Blogging**

Evil plot bunnies have escaped my head.  In droves.  Blame 👤**danjite**, it's all his fault for pointing me here.

**10:31 AM** - **0 Comments** - **0 Kudos** - **Add Comment**

### Monday, January 29, 2007

**Monday**
**Current mood:** 🌐 **chipper**
**Category:** **Blogging**

**Monday, and a fairly slow one**

- Jan. 29th, 2007 at 9:44 AM

..
Chris took Zoe to school this morning.  He's finally getting over the cold that's plagued him this last week.  I know he's on the mend when he tells me, "Today I will workout."  Zoe continues to fuss in the morning but she's getting into the swing of schooling at Ashley Hall.  I know I keep saying this, but it's so much saner than the public school.  With TJ's increasing temper tantrums I'm beginning to think I *won't* send him to the public school.  I've missed the cut off for just about every school for kindergarten is the thing.  It would be nice if I could find a school within a few blocks of Zoe's school.  Time for research.

My eldest cat, Tigger, is starting to really feel his age (going on 18).  He wants love and cuddles, much more than he as ever done before.  This would be great except for two issues: 1) he drools, copiously and 2) I'm allergic to him.  Within 10 minutes of having him in my lap, drooling, getting

his dander on me, I'm sneezing, my eyes are swollen shut, I'm itching all over.  I'm trying to reach a compromise with him, I come upstairs each morning and do my computer time in the room he likes to sleep in.  He's not happy unless he's in my lap, but he likes that I'm upstairs.

I really feel sorry for this guy.  If I won this contest I know Chris would take out a second mortgage, or sell his plane, or something equally drastic.  We're hella lucky, we could do that.  This poor schmuck gave up on his dream.  Sad.

I'd heard about this priest when I was in college.  I think I would have liked to get to know him.

Hey, ⚇**qwertytigger**
If you didn't see this story about the tiny horses I thought you'd want to.

So, the airport in Bangkok is being moved, again.  Chris really didn't like the new airport.  I've processed through the old airport a few times, I'm really not sure why the new one was necessary.  Whatever, I'm not there often enough.  The story about ghosts always makes me think of Chris' days at T-bird, and the story about the goat and the clean room.  That's one for another day.

This duck, she makes her luck roll again.

I may get this little tangle tamer thingy.  It's said to make the whole tangle removal thing much easier, and Zoe could use something like that.  Poor kid, she never brushes her hair, because it hurts (yes, I know, I could insist she get it cut, I've got issues there, let's just leave that alone, ok?).

Hope y'all are having a great day

**12:00 AM** - **0 Comments** - **0 Kudos** - **Add Comment**

©2003-2008 MySpace.com. All Rights Reserved.

# EXHIBIT D

Recorded On-2007-Nov-06　As-35598



Berkeley County
Cynthia B. Forte
Register of Deeds
Moncks Corner 294616120

00035598 Vol: 6972 Ps: 145

*Quit claim deed from chris watson to carmen watson for 1054 Blaker*

53 2007 00035598

---

Instrument Number: 2007- 00035598

As
Deed

**Recorded On:** November 06, 2007

**Parties:** WATSON CHRISTOPHER R J
　　　　　To
　　　　　WATSON CARMEN S

**Recorded By:** HINCHEY MURRAY & PAGLIARINI LLC　　　　　　**Num Of Pages:**　　4

**Comment:**

---

** Examined and Charged as Follows: **

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Deed | 10.00 | | | | | | |
| Recording Charge: | 10.00 | | | | | | |

| | Tax Amount | Consideration Amount | RS#/CS# | | | Deed County Tax | 0.00 |
|---|---|---|---|---|---|---|---|
| Deed Tax | 0.00 | | D 7906 | | | | |
| | | | | Deed State Tax | 0.00 | | |

EXEMPT

**Tax Charge:**　0.00

RECEIVED

Nov 06, 2007

ASSESSOR
BERKELEY COUNTY SC
JANET B. JUROSKO
AUDITOR BERKELEY COUNTY SC

---

** THIS PAGE IS PART OF THE INSTRUMENT **

I hereby certify that the within and foregoing was recorded in the Clerk's Office For: Berkeley County, SC

**File Information:**

Document Number: 2007- 00035598
Receipt Number: 149661
Recorded Date/Time: November 06, 2007 03:19:15P
Book-Vol/Pg: Bk-R Vl-6972 Pg-145
Cashier / Station: H Sexton / Cash Station 2

**Record and Return To:**

HINCHEY MURRAY & PAGLIARINI LLC
895 ISLAND DR
STE 203
CHARLESTON SC 29492

---

REGISTER OF DEEDS
SEAL
BERKELEY COUNTY

*Cynthia B. Forte*

Cynthia B Forte - Register of Deeds

Recorded On-2007-Nov-06 As-35598

Doc # 00035598

STATE OF SOUTH CAROLINA )

COUNTY OF BERKELEY )

**QUIT CLAIM DEED**
**TITLE TO REAL ESTATE**

00035598 Vol: 6972 Pg: 146

KNOW ALL PERSONS BY THESE PRESENTS THAT **CHRISTOPHER R. J.**

**WATSON** in the state aforesaid, for and in consideration of the sum of Five and 00/100ths

Dollars ($5.00) to me in hand paid at and before the sealing of these presents by **CARMEN S.**

**WATSON,** in the state aforesaid, the receipt whereof is hereby acknowledged, have granted,

bargained, sold and released, and by these presents, do grant, bargain, sell and release any and all

interest unto the said **CARMEN S. WATSON,** her heirs and assigns, the following described

property, to wit:

> All that certain lot, piece, parcel of land and all improvements thereon, located on
> Daniel Island, situate, lying and being in the City of Charleston, Berkeley County, SC
> and known as Lot 12, Block A, in Parcel T as shown and designated on a plat by
> Thomas & Hutton Engineering Co. entitled "Final Subdivision Plat of Parcel T,
> Block A, Lots 5-24, Block B, Lots 1-9 & 18-24, Block C, Lots 21-29, owned by
> Daniel Island Associates, LLC" dated April 11, 2002 and recorded in the ROD Office
> for Berkeley County in Plat Cabinet 0, pages 293-B, 294-A, 294-B and 295-A, said
> lot having such size, shape, dimensions, buttings and boundings as will by reference
> to said plat more fully appear.
>
> Subject, nevertheless, to all restrictions and easements of record.
>
> This being the same property conveyed to Christopher R. J. Watson and Carmen S.
> Watson by deed of Passailaigue Homes, Inc. dated December 12, 2003 and recorded
> in the ROD Office for Berkeley County in Book 3745 at page 003 on December 16,
> 2003..
>
> TMS No. 275-10-01- 008
> Property Address: 1054 Blakeway Street, Daniel Island, Charleston, SC 29492
>
> Grantees Address: 1054 Blakeway Street, Daniel Island SC
> 29492

TOGETHER with all and singular, the rights, members, hereditaments and appurtenances

to the said Premises belonging, or in anywise incident or appertaining,

3

Recorded On 2007-Nov-06 As 35598

00035598 Vol: 6972 Pg: 147

TO HAVE AND TO HOLD all and singular, the said Premises before mentioned unto the said **CARMEN S. WATSON,** her heirs and assigns and it does hereby bind myself, my heirs, executors and administrators, to warrant and forever defend, all and singular, the said premises unto the said **CARMEN S. WATSON,** her heirs and assigns, against me and my assigns, and all persons whomsoever lawfully claiming, or to claim the same or any part thereof.

WITNESS my hand and seal this ___1___ day of October, 2007, and in the two hundred and thirty-first (231st) year of the Sovereignty and Independence of the United States of America.

SIGNED, SEALED AND DELIVERED
IN THE PRESENCE OF:

Witness
Print Name: ANN B. JACKSON

CHRISTOPHER R. J. WATSON

Witness
Print Name: DAVID G. PAGLIARINI


STATE OF SOUTH CAROLINA )
                                                     )
COUNTY OF BERKELEY        )

I, the undersigned witness Notary Public for the State of South Carolina, do hereby certify that the Grantor personally appeared before me this day and acknowledged the due execution of the foregoing instrument.


Witness my hand and official seal
this ___1___ day of October, 2007.

Notary Public for the State of South Carolina
Print Name: DAVID G. PAGLIARINI
My Commission Expires: 1/12/14

Recorded On-2007-Nov-06  As-35598

00035598 Vol: 6972 Pg: 148

STATE OF SOUTH CAROLINA     )        **AFFIDAVIT**

                                    )

COUNTY OF BERKELEY          )

      PERSONALLY appeared before me the undersigned, who being duly sworn, deposes and says:

1.     I have read the information on this Affidavit and understand such information.

2.     The property known as Lot 12, Block A, Parcel T, 1054 Blakeway Street, Daniel Island, Charleston, Charleston County, South Carolina, is being transferred by Christopher R. J. Watson to Carmen S. Watson on October _____, 1007.

3.     The Deed is subject to the recording fee as a transfer for consideration paid or to be paid in money or money's worth.

4.     Fee computed on consideration paid or to be paid in money or money's worth in the amount of $0.00.

5.     Check YES ____ or NO __X__ to the following: A lien or encumbrance existed on the land, tenement or realty before the transfer and remained on the land, tenement or realty after the transfer. If "YES", the amount of the outstanding balance of this lien or encumbrance is $_____.

6.     The DEED recording fee is computed as follows:

         a)     $0.00          the amount listed in item 4 above.
         b)     - 0 -          the amount listed in item 5 above
         c)     $0.00          subtract Line 6(b) from Line 6(a)

7.     As required by Code Section 12-24-70, I state I am a responsible person who was connected with the transaction as grantees.

8.     I understand that a person required to finish this affidavit who willfully furnishes a false or fraudulent affidavit is guilty of a misdemeanor and upon conviction must be find not more than one thousand dollars or imprisoned not more than one year, or both.

                                 CHRISTOPHER R. J. WATSON

SWORN to and subscribed to before me this
__ day of October, 2007.

_____
Notary Public for the State of South Carolina
Print Name: _____
My commission expires: __1__1__2__1__4

# EXHIBIT E




# OFFICIAL 10 YEAR DRIVER RECORD

| | |
|---|---|
| **Customer No.:** 31330070 - | **Driver License No.:** |
| **Name** : WATSON, CHRISTOPHER ROBERT | |
| **Address** : 1054 BLAKEWAY ST | |
| **City** : DANIEL ISLAND   **State:** SC   **Zip:** 294927946 | |
| **County** : BERKELEY | |
| **DOB:** 02/28/1965   **Sex:**   **Driver Training:** N | |

**Status - DL:** NO SUSPENSION      **CDL:** NO DISQUALIFICATION

**Point Summary**
Total Current Points:          0
Driver Credit:            -    0
Adjusted Current Points:       0

*1/23/08*
*Per Ashley Johnson, DMV-*
*He has never been issued*
*a SC. DL .*

**End of Report**

Certified to be a true and correct
copy of the original document on file
with the South Carolina Department of
Motor Vehicles.

*D. L. Phelps*

Driver Services, Deputy Director

1/18/2008-12:39:29 PM                                         Page 1

# EXHIBIT F

# VEHICLES BY CUSTOMER



Customer Number: 30542822
Customer Name: WORKFLOW SYSTEMS LLC
Owner Address: 1054 BLAKEWAY ST DANIEL ISLAND SC 294927846

| VIN | Year | Make | Model | BS | Plate | Class | Type | Status | Issue Date | Exp Date |
|---|---|---|---|---|---|---|---|---|---|---|
| WMWRE33517TL11148 | 2005 | MINC | COOPER | 2S | 301UFB | RP | 1 | PVOL | 06/16/2005 | 06/30/2007 |

Owner Number: 0
Owner Name: N/A
Owner Relationship:
Owner Address:
Owner Number: 0
Owner Name: N/A
Owner Relationship:

**End of Report**

*Per E. Davis, this plate was turned in in 2006*

# EXHIBIT G

# VEHICLES BY CUSTOMER

Customer Number: 31134737
Customer Name: WATSON, CARMEN SOUZA
Owner Address: 1054 BLAKEWAY ST DANIEL ISLAND SC 294927946

| VIN | Year | Make | Model | BS | Plate | Class | Type | Status | Issue Date | Exp Date |
|-----|------|------|-------|-----|-------|-------|------|--------|-----------|----------|
| 4T3ZF13C71U322455 | 2001 | TOYT | SIENNA | VN | 318VSH | RP | 1 | ACT | 09/18/2006 | 09/30/2008 |

Owner Number: 0
Owner Name: N/A
Owner Relationship: 0
Owner Address: N/A
Owner Number: 0
Owner Name: N/A
Owner Relationship: N/A

**End of Report**

1/22/2008-12:30:30 PM

# EXHIBIT H



**EXHIBIT I**

| Ident | Type | Origin | Origin Name | Origin City | Destination | Destination Name | Destination City | Departure Time | Arrival Time | Enroute |
|---|---|---|---|---|---|---|---|---|---|---|
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-01-24 01:22PM EST | 2007-01-24 03:29PM EST | 2:07 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-01-26 02:39PM EST | 2007-01-26 04:48PM EST | 2:09 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-01-31 09:32AM EST | 2007-01-31 09:32AM EST | n/a |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-02-20 02:49PM EST | 2007-02-20 04:50PM EST | 2:01 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-02-23 05:45PM EST | 2007-02-23 07:50PM EST | 2:05 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-02-28 12:07PM EST | 2007-02-28 02:16PM EST | 2:09 |
| N999TJ | COL4 | KFAY | Fayetteville Rgnl | Fayetteville, NC | KFAY | Fayetteville Rgnl | Fayetteville, NC | 2007-03-02 02:15PM EST | 2007-03-02 03:19PM EST | 1:04 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-03-02 02:15PM EST | 2007-03-02 04:12PM EST | 1:57 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-03-06 03:25PM EST | 2007-03-06 05:34PM EST | 0:43 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-03-10 10:30AM EST | 2007-03-10 12:46PM EST | 2:16 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-03-18 02:38PM EDT | 2007-03-18 04:55PM EDT | 2:16 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-03-24 11:42AM EDT | 2007-03-24 02:00PM EDT | 2:17 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-03-26 02:58PM EDT | 2007-03-26 05:04PM EDT | 2:18 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KTUL | Tulsa Intl | Tulsa, OK | 2007-03-27 06:44PM EDT | 2007-03-27 09:00PM EDT | 2:06 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KFYV | Drake Field | Fayetteville, AR | 2007-03-31 03:02PM EDT | 2007-03-31 05:48PM CDT | 2:16 |
| N999TJ | COL4 | KFYV | Drake Field | Fayetteville, AR | 4M2 | Booneville Muni | Booneville, AR | 2007-03-31 03:02PM EDT | 2007-03-31 06:30PM CDT | 3:46 |
| N999TJ | CL4 | KFMN | Four Corners Rgnl | Farmington, NM | KFMN | Four Corners Rgnl | Farmington, NM | 2007-03-31 03:02PM EDT | 2007-03-31 04:23PM CDT | 4:28 |
| N999TJ | COL4 | KOAK | Metropolitan Oakland Intl | Oakland, CA | KBFI | Boeing Field Intl | Seattle, WA | 2007-03-31 08:01PM CDT | 2007-03-31 11:10PM MDT | 2:21 |
| N999TJ | COL4 | KBFI | Boeing Field Intl | Seattle, WA | KOAK | Metropolitan Oakland Intl | Oakland, CA | 2007-04-01 01:03PM MDT | 2007-04-01 04:16PM PDT | 4:09 |
| N999TJ | COL4 | KOAK | Metropolitan Oakland Intl | Oakland, CA | KLGB | Daugherty Field | Long Beach, CA | 2007-04-03 03:19PM PDT | 2007-04-03 07:29PM PDT | 4:13 |
| N999TJ | COL4 | KLGB | Daugherty Field | Long Beach, CA | KSAN | San Diego Intl | San Diego, CA | 2007-04-07 03:05PM PDT | 2007-04-07 06:22PM PDT | 3:08 |
| N999TJ | COL4 | KSAN | San Diego Intl | San Diego, CA | KDTO | Denton Muni | Denton, TX | 2007-04-08 11:50AM PDT | 2007-04-08 01:32PM PDT | 3:17 |
| N999TJ | COL4 | KDTO | Denton Muni | Denton, TX | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-04-10 12:07PM PDT | 2007-04-10 02:31PM PDT | 1:42 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KRDU | Raleigh-Durham Intl | Raleigh/Durham, NC | 2007-04-11 02:40PM CDT | 2007-04-11 08:46PM CDT | 0:24 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-04-12 07:38AM CDT | 2007-04-12 12:16PM EDT | 4:06 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-04-17 02:20PM EDT | 2007-04-17 03:29PM EDT | 3:38 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-04-18 10:43AM EDT | 2007-04-18 12:54PM EDT | 1:09 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-04-21 01:55PM EDT | 2007-04-21 04:04PM EDT | 2:11 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-04-22 05:26PM EDT | 2007-04-22 07:37PM EDT | 2:09 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KRDU | Raleigh-Durham Intl | Raleigh/Durham, NC | 2007-04-24 03:21PM EDT | 2007-04-24 05:37PM EDT | 2:11 |
| N999TJ | COL4 | KRDU | Raleigh-Durham Intl | Raleigh/Durham, NC | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-04-26 07:21AM EDT | 2007-04-26 08:15AM EDT | 2:16 |
| N999TJ | COL4 | KRDU | Raleigh-Durham Intl | Raleigh/Durham, NC | KISM | Kissimmee Gateway | Orlando, FL | 2007-04-26 07:03PM EDT | 2007-04-26 07:17PM EDT | 0:54 |
| N999TJ | COL4 | KISM | Kissimmee Gateway | Orlando, FL | KEYW | Key West Intl | Key West, FL | 2007-04-26 07:03PM EDT | 2007-04-26 09:42PM EDT | 0:14 |
| N999TJ | COL4 | KEYW | Key West Intl | Key West, FL | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-05-01 01:57PM EDT | 2007-05-01 03:12PM EDT | 2:39 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KEYW | Key West Intl | Key West, FL | 2007-05-02 12:41PM EDT | 2007-05-02 03:35PM EDT | 1:15 |
| N999TJ | COL4 | KEYW | Key West Intl | Key West, FL | KOPF | Opa Locka | Miami, FL | 2007-05-06 03:05PM EDT | 2007-05-06 06:31PM EDT | 2:54 |
| N999TJ | COL4 | KOPF | Opa Locka | Miami, FL | KEYW | Key West Intl | Key West, FL | 2007-05-07 08:19AM EDT | 2007-05-07 09:05AM EDT | 3:26 |
| N999TJ | COL4 | KEYW | Key West Intl | Key West, FL | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-05-08 07:01PM EDT | 2007-05-08 07:47PM EDT | 0:46 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-05-09 01:50PM EDT | 2007-05-09 05:12PM EDT | 0:46 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KRIC | Richmond Intl | Richmond, VA | 2007-05-10 01:38PM EDT | 2007-05-10 03:41PM EDT | 3:22 |
| N999TJ | COL4 | KRIC | Richmond Intl | Richmond, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-05-11 05:49PM EDT | 2007-05-11 06:20PM EDT | 2:03 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KRIC | Richmond Intl | Richmond, VA | 2007-05-11 06:49PM EDT | 2007-05-11 08:30PM EDT | 0:31 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-05-13 05:37PM EDT | 2007-05-13 07:29PM EDT | 1:41 |
| N999TJ | COL4 | KRIC | Richmond Intl | Richmond, VA | KJYO | Leesburg Executive | Leesburg, VA | 2007-05-13 05:37PM EDT | 2007-05-13 07:05PM EDT | 1:52 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-05-13 07:48PM EDT | 2007-05-13 08:22PM EDT | 1:28 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KDAL | Dallas Love Field | Dallas, TX | 2007-05-15 06:14PM EDT | 2007-05-15 08:32PM EDT | 0:34 |
| N999TJ | COL4 | 6A2 | Griffin-Spalding County | Griffin, GA | KDAL | Dallas Love Field | Dallas, TX | 2007-05-18 07:36AM EDT | 2007-05-18 07:03AM CDT | 2:18 |
| N999TJ | CL4 | 6A2 | Griffin-Spalding County | Griffin, GA | 6A2 | Griffin-Spalding County | Griffin, GA | 2007-05-18 07:36AM EDT | 2007-05-18 08:42AM EDT | 0:27 |
| N999TJ | COL4 | KDAL | Dallas Love Field | Dallas, TX | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-05-18 09:35AM CDT | 2007-05-18 11:52AM CDT | 1:06 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-05-19 12:03PM CDT | 2007-05-19 05:11PM EDT | 3:27 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-05-21 09:46AM EDT | 2007-05-21 11:54AM EDT | 4:08 |
| N999TJ | COL4 | | | | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-05-23 07:09PM EDT | 2007-05-23 09:07PM EDT | 2:08 |

| Tail | Type | Dep | Departure | Dep City | Arr | Arrival | Arr City | Departure Time | Arrival Time | Dur |
|---|---|---|---|---|---|---|---|---|---|---|
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KOPF | Opa Locka | Miami, FL | | | |
| N999TJ | COL4 | KOPF | Opa Locka | Miami, FL | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-05-29 09:13AM EDT | 2007-05-29 11:48AM EDT | 2:35 |
| N999TJ | COL4 | KPBI | Palm Beach Intl | West Palm Beach, FL | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-05-29 04:54PM EDT | 2007-05-29 04:54PM EDT | n/a |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-05-29 08:04PM EDT | | 3:10 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-05-31 07:02AM EDT | 2007-05-31 09:14AM EDT | 2:12 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KRDU | Raleigh-Durham Intl | Raleigh/Durham, NC | 2007-06-02 11:20AM EDT | 2007-06-02 02:01PM EDT | 2:24 |
| N999TJ | COL4 | KRDU | Raleigh-Durham Intl | Raleigh/Durham, NC | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-06-08 07:48AM EDT | 2007-06-08 08:43AM EDT | 0:55 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KISM | Kissimmee Gateway | Orlando, FL | 2007-06-08 02:14PM EDT | 2007-06-08 03:23PM EDT | 1:09 |
| N999TJ | C210 | KISM | Kissimmee Gateway | Orlando, FL | MYAM | Marsh Harbour | | 2007-07-09 10:54AM EDT | 2007-07-09 12:44PM EDT | 1:50 |
| N999TJ | COL4 | MYAM | Marsh Harbour | | KFPR | St Lucie County Intl | Fort Pierce, FL | 2007-07-09 02:12PM EDT | 2007-07-09 07:39PM GMT | 1:27 |
| N999TJ | COL4 | KFPR | St Lucie County Intl | Fort Pierce, FL | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-07-15 03:20PM GMT | 2007-07-15 12:22PM EDT | 1:02 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-07-16 01:31PM EDT | 2007-07-16 03:30PM EDT | 1:59 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KROC | Greater Rochester Intl | Rochester, NY | 2007-07-25 10:44AM EDT | 2007-07-25 12:51PM EDT | 2:07 |
| N999TJ | COL4 | KROC | Greater Rochester Intl | Rochester, NY | KJYO | Leesburg Executive | Leesburg, VA | 2007-07-26 11:24AM EDT | 2007-07-26 12:44PM EDT | 1:20 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KORL | Executive | Orlando, FL | 2007-07-26 06:29PM EDT | 2007-07-26 08:05PM EDT | 1:36 |
| N999TJ | COL4 | KORL | Executive | Orlando, FL | KSUA | Witham Field | Stuart, FL | 2007-07-27 07:55AM EDT | 2007-07-27 11:25AM EDT | 3:30 |
| N999TJ | COL4 | KSUA | Witham Field | Stuart, FL | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-07-28 11:47AM EDT | 2007-07-28 12:31PM EDT | 0:44 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-07-28 03:03PM EDT | 2007-07-28 06:17PM EDT | 3:14 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KMQJ | Mount Comfort | Indianapolis, IN | 2007-08-06 06:56PM EDT | 2007-08-06 09:17PM EDT | 2:21 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KOKK | Kokomo Muni | Kokomo, IN | 2007-08-09 03:15PM EDT | 2007-08-09 05:45PM EDT | 2:30 |
| N999TJ | CLO4 | KMQJ | Mount Comfort | Indianapolis, IN | 0K7 | Humboldt Muni | Humboldt, IA | 2007-08-09 03:15PM EDT | 2007-08-09 05:25PM EDT | 2:10 |
| N999TJ | COL4 | 0K7 | Humboldt Muni | Humboldt, IA | KJYO | Leesburg Executive | Leesburg, VA | 2007-08-09 06:37PM EDT | 2007-08-09 08:06PM EDT | 2:29 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-08-12 12:11PM CDT | 2007-08-12 04:49PM EDT | 3:38 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KMQB | Macomb Muni | Macomb, IL | 2007-08-14 02:23PM EDT | 2007-08-14 04:33PM EDT | 2:10 |
| N999TJ | COL4 | KMQB | Macomb Muni | Macomb, IL | KRRQ | Rock Rapids Muni | Rock Rapids, IA | 2007-08-26 12:20PM EDT | 2007-08-26 03:02PM EDT | 3:42 |
| N999TJ | COL4 | KRRQ | Rock Rapids Muni | Rock Rapids, IA | KDTO | Denton Muni | Denton, TX | 2007-08-26 03:59PM EDT | 2007-08-26 05:43PM EDT | 1:44 |
| N999TJ | COL4 | KDTO | Denton Muni | Denton, TX | KCHA | Lovell Field | Chattanooga, TN | 2007-08-26 06:23PM EDT | 2007-08-26 09:56PM EDT | 3:33 |
| N999TJ | COL4 | KDTO | Denton Muni | Denton, TX | KMEM | Memphis Intl | Memphis, TN | 2007-08-27 04:27PM EDT | 2007-08-27 09:14PM EDT | 3:47 |
| N999TJ | COL4 | KCHA | Lovell Field | Chattanooga, TN | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-08-27 04:27PM EDT | 2007-08-27 06:29PM EDT | 2:02 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KMCO | Orlando Intl | Orlando, FL | 2007-08-27 10:12PM EDT | 2007-08-27 11:55PM EDT | 1:43 |
| N999TJ | COL4 | KMCO | Orlando Intl | Orlando, FL | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-08-28 06:04PM EDT | 2007-08-28 07:40PM EDT | 1:36 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-08-30 05:56PM EDT | 2007-08-30 07:41PM EDT | 1:45 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-09-03 05:32PM EDT | 2007-09-03 07:41PM EDT | 2:09 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-09-06 06:58PM EDT | 2007-09-06 09:11PM EDT | 2:13 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KLYH | Lynchburg Rgnl | Lynchburg, VA | 2007-09-12 07:28AM EDT | 2007-09-12 09:31AM EDT | 2:03 |
| N999TJ | COL4 | KROA | Roanoke Rgnl | Roanoke, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-09-14 05:52PM EDT | 2007-09-14 06:37PM EDT | 0:45 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-09-15 01:22PM EDT | 2007-09-15 02:40PM EDT | 1:18 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-09-20 05:21PM EDT | 2007-09-20 07:27PM EDT | 2:06 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-09-23 10:09AM EDT | 2007-09-23 12:20PM EDT | 2:11 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-09-25 10:09AM EDT | 2007-09-25 12:19PM EDT | 2:10 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-09-28 04:35PM EDT | 2007-09-28 06:43PM EDT | 2:08 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-10-16 02:45PM EDT | 2007-10-16 04:56PM EDT | 2:11 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KOPF | Opa Locka | Miami, FL | 2007-10-18 05:05PM EDT | 2007-10-18 07:24PM EDT | 2:19 |
| N999TJ | COL4 | KOPF | Opa Locka | Miami, FL | KEYW | Key West Intl | Key West, FL | 2007-10-19 10:25AM EDT | 2007-10-19 01:13PM EDT | 2:48 |
| N999TJ | COL4 | KEYW | Key West Intl | Key West, FL | KOPF | Opa Locka | Miami, FL | 2007-10-21 09:48AM EDT | 2007-10-21 10:36AM EDT | 0:46 |
| N999TJ | COL4 | KOPF | Opa Locka | Miami, FL | KEYW | Key West Intl | Key West, FL | 2007-10-21 11:55AM EDT | 2007-10-21 12:42PM EDT | 0:47 |
| N999TJ | COL4 | KEYW | Key West Intl | Key West, FL | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-10-22 04:26PM EDT | 2007-10-22 07:21PM EDT | 2:55 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KRDU | Raleigh-Durham Intl | Raleigh/Durham, NC | 2007-10-27 09:06AM EDT | 2007-10-27 10:01AM EDT | 0:55 |
| N999TJ | COL4 | KRDU | Raleigh-Durham Intl | Raleigh/Durham, NC | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-10-27 10:48AM EDT | 2007-10-27 12:05PM EDT | 1:17 |
| N999TJ | COL4 | KRDU | Raleigh-Durham Intl | Raleigh/Durham, NC | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-10-28 01:50PM EDT | 2007-10-28 02:49PM EDT | 0:59 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-10-28 03:28PM EDT | 2007-10-28 04:23PM EDT | 0:55 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-10-30 11:30AM EDT | 2007-10-30 01:40PM EDT | 2:10 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KORL | Executive | Orlando, FL | 2007-10-31 07:18PM EDT | 2007-10-31 09:43PM EDT | 2:25 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | | | | 2007-11-01 01:40PM EDT | 2007-11-01 03:07PM EDT | 1:27 |

| N999TJ | COL4 | KORL | Executive | Orlando, FL | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-11-04 03:53PM EST | 2007-11-04 05:35PM EST | 1:42 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KMEM | Memphis Intl | Memphis, TN | 2007-11-05 05:03PM EST | 2007-11-05 06:36PM CST | 2:33 |
| N999TJ | COL4 | KTUP | Tupelo Rgnl | Tupelo, MS | KTUP | Tupelo Rgnl | Tupelo, MS | 2007-11-05 05:03PM CST | 2007-11-05 06:57PM CST | 2:54 |
| N999TJ | COL4 | KSGF | Springfield Arpt | Springfield, MO | KSGF | Springfield Arpt | Springfield, MO | 2007-11-05 08:05PM CST | 2007-11-05 10:25PM CST | 2:20 |
| N999TJ | COL4 | KTRI | Tri-Cities Rgnl Tn/Va | Bristol/Johnson/Kingsport, TN | KTRI | Tri-Cities Rgnl Tn/Va | Bristol/Johnson/Kingsport, TN | 2007-11-07 02:47PM EST | 2007-11-07 06:25PM EST | 2:38 |
| N999TJ | COL4 | KIAD | Washington Dulles Intl | Washington, DC | KIAD | Washington Dulles Intl | Washington, DC | 2007-11-07 08:47PM EST | 2007-11-07 10:18PM EST | 1:31 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-11-09 04:27PM EST | 2007-11-09 06:38PM EST | 2:11 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-11-13 05:17PM EST | 2007-11-13 07:25PM EST | 2:08 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KPAH | Barkley Rgnl | Paducah, KY | 2007-11-16 12:12PM EST | 2007-11-16 02:10PM CST | 1:58 |
| N999TJ | COL4 | KPAH | Barkley Rgnl | Paducah, KY | KSLN | Salina Muni | Salina, KS | 2007-11-19 11:16AM EST | 2007-11-19 01:14PM CST | 2:58 |
| N999TJ | COL4 | KSLN | Salina Muni | Salina, KS | KFOM | Fillmore Muni | Fillmore, UT | 2007-11-19 01:54PM CST | 2007-11-19 04:22PM CST | 2:28 |
| N999TJ | COL4 | KSLN | Salina Muni | Salina, KS | KCNY | Canyonlands Field | Moab, UT | 2007-12-15 12:35PM CST | 2007-12-15 08:31PM GMT | 1:56 |
| N999TJ | COL4 | KCNY | Canyonlands Field | Moab, UT | KOAK | Metropolitan Oakland Intl | Oakland, CA | 2007-12-15 12:35PM CST | 2007-12-15 02:46PM MST | 3:11 |
| N999TJ | COL4 | KOAK | Metropolitan Oakland Intl | Oakland, CA | KLGB | Daugherty Field | Long Beach, CA | 2007-12-15 03:54PM MST | 2007-12-15 06:35PM PST | 3:41 |
| N999TJ | COL4 | KLGB | Daugherty Field | Long Beach, CA | KSAF | Santa Fe Muni | Santa Fe, NM | 2007-12-19 11:52AM PST | 2007-12-19 01:43PM PST | 1:51 |
| N999TJ | COL4 | KSAF | Santa Fe Muni | Santa Fe, NM | KTUL | Tulsa Intl | Tulsa, OK | 2007-12-20 12:51PM PST | 2007-12-20 04:28PM MST | 2:37 |
| N999TJ | COL4 | KTUL | Tulsa Intl | Tulsa, OK | KMSL | Northwest Alabama Rgnl | Muscle Shoals, AL | 2007-12-20 05:09PM MST | 2007-12-20 08:25PM CST | 2:16 |
| N999TJ | COL4 | KTUL | Tulsa Intl | Tulsa, OK | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-12-21 01:35PM CST | 2007-12-21 02:12PM CST | 0:37 |
| | | | | | | | | 2007-12-21 01:35PM CST | 2007-12-21 06:27PM CST | 3:52 |

# EXHIBIT J

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| COUNTY OF CHARLESTON | ) | |
| CHRIS WATSON | ) | CIVIL ACTION COVERSHEET |
| Plaintiff(s) | ) | 2007- CP -10 - 5074 |
| vs. | ) | |
| BRAVERA, INC. and SHEA DEVELOPMENT CORPORATION, | ) | |
| Defendant(s) | ) | |

| (Please Print) | | |
|---|---|---|
| Submitted By: Ryan A. Earhart, Esquire | SC Bar #: | 16597 |
| Address: 151 Meeting Street, Suite 600 | Telephone #: | (843) 583-5200 |
| Charleston, SC 29401 | Fax #: | (843) 720-4391 |
| | Other: | |
| | E-mail: | ryan.earhart@nelsonmullins.com |

NOTE: The cover sheet and information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of docketing. It must be filled out completely, signed, and dated. A copy of this cover sheet must be served on the defendant(s) along with the Summons and Complaint.

## DOCKETING INFORMATION  (Check all that apply)
### *If Action is Judgment/Settlement do not complete

- [ ] **JURY TRIAL** demanded in complaint.  [ ] **NON-JURY TRIAL** demanded in complaint.
- [ ] This case is subject to **ARBITRATION** pursuant to the Court Annexed Alternative Dispute Resolution Rules.
- [ ] This case is subject to **MEDIATION** pursuant to the Court Annexed Alternative Dispute Resolution Rules.
- [ ] This case is exempt from ADR (certificate attached).

## NATURE OF ACTION (Check One Box Below)

| Contracts | Torts - Professional Malpractice | Torts – Personal Injury | Real Property |
|---|---|---|---|
| [ ] Constructions (100) | [ ] Dental Malpractice (200) | [ ] Assault/Slander/Libel (300) | [ ] Claim & Delivery (400) |
| [x] Debt Collection (110) | [ ] Legal Malpractice (210) | [ ] Conversion (310) | [ ] Condemnation (410) |
| [ ] Employment (120) | [ ] Medical Malpractice (220) | [ ] Motor Vehicle Accident (320) | [ ] Foreclosure (420) |
| [ ] General (130) | [ ] Notice/ File Med Mal (230) | [ ] Premises Liability (330) | [ ] Mechanic's Lien (430) |
| [ ] Breach of Contract (140) | [ ] Other (299) | [ ] Products Liability (340) | [ ] Partition (440) |
| [ ] Other (199) | | [ ] Personal Injury (350) | [ ] Possession (450) |
| | | [ ] Wrongful Death (360) | [ ] Building Code Violation (460) |
| | | [ ] Other (399) | [ ] Other (499) |

| Inmate Petitions | Judgments/Settlements | Administrative Law/Relief | Appeals |
|---|---|---|---|
| [ ] PCR (500) | [ ] Death Settlement (700) | [ ] Reinstate Driver's License (800) | [ ] Arbitration (900) |
| [ ] Sexual Predator (510) | [ ] Foreign Judgment (710) | [ ] Judicial Review (810) | [ ] Magistrate-Civil (910) |
| [ ] Mandamus (520) | [ ] Magistrate's Judgment (720) | [ ] Relief (820) | [ ] Magistrate-Criminal (920) |
| [ ] Habeas Corpus (530) | [ ] Minor Settlement (730) | [ ] Permanent Injunction (830) | [ ] Municipal (930) |
| [ ] Other (599) | [ ] Transcript Judgment (740) | [ ] Forfeiture (840) | [ ] Probate Court (940) |
| | [ ] Lis Pendens (750) | [ ] Other (899) | [ ] SCDOT (950) |
| | [ ] Other (799) | | [ ] Worker's Comp (960) |
| | | | [ ] Zoning Board (970) |
| | | | [ ] Administrative Law Judge (980) |
| | | | [ ] Public Service Commission (990) |
| | | | [ ] Employment Security Comm (991) |

| Special/Complex /Other | | Appeals |
|---|---|---|
| [ ] Environmental (600) | [ ] Pharmaceuticals (630) | [ ] Other (999) |
| [ ] Automobile Arb. (610) | [ ] Unfair Trade Practices (640) | |
| [ ] Medical (620) | [ ] Out-of State Depositions (650) | |
| [ ] Other (699) | | |

**Submitting Party Signature:** _[signature]_     **Date:** November 12, 2007

**Note:** Frivolous civil proceedings  may be subject to sanctions pursuant to SCRCP, Rule 11, and the South Carolina Frivolous Civil Proceedings Sanctions Act, S.C. Code Ann. §15-36-10 et. seq.

STATE OF SOUTH CAROLINA )
                        ) IN THE COURT OF COMMON PLEAS
COUNTY OF CHARLESTON    ) NINTH JUDICIAL CIRCUIT

CHRIS WATSON,              )  Civil Action No. 2007-CP-10-5074
                          )
              Plaintiff,  )
                          )
        vs.               )  **SUMMONS**
                          )  (Jury Trial Demanded)
BRAVERA, INC. AND SHEA    )
DEVELOPMENT CORPORATION,  )
                          )
              Defendants. )
_____)

TO THE DEFENDANTS ABOVE-NAMED:

        YOU ARE HEREBY SUMMONED and required to answer the complaint herein, a copy of
which is herewith served upon you, and to serve a copy of your answer to this complaint upon the
subscriber, at the address shown below, within thirty (30) days after service hereof, exclusive of the
day of such service, and if you fail to answer the complaint, judgment by default will be rendered
against you for the relief demanded in the complaint.

                        NELSON MULLINS RILEY & SCARBOROUGH LLP

                        By: _____
                            Ryan A. Earhart
                            SC Bar No. 16597
                            E-Mail: ryan.earhart@nelsonmullins.com
                            151 Meeting Street / Sixth Floor
                            Post Office Box 1806 (29402-1806)
                            Charleston, SC  29401-2239
                            (843) 853-5200

                        Attorneys for CHRIS WATSON

Charleston, South Carolina
November 12 , 2007

SCCA 401 (5/02)

STATE OF SOUTH CAROLINA    )
                             )    IN THE COURT OF COMMON PLEAS
COUNTY OF CHARLESTON       )    NINTH JUDICIAL CIRCUIT

CHRIS WATSON,                )    Civil Action No. 2007-CP-10-5014
                            )
            Plaintiff,   )
                            )
        vs.                  )    COMPLAINT
                            )
BRAVERA, INC. AND SHEA      )    Jury Trial Demanded
DEVELOPMENT CORPORATION,   )
                            )
           Defendants.   )
_____)

The Plaintiff complaining of the Defendants above named, would allege and show as follows:

1.      Defendant Bravera, Inc. ("Bravera") is a corporation which conducts business in Charleston County.

2.      Defendant Shea Development Corporation ("Shea") is, upon information and belief, a Nevada corporation performing business in Charleston County. Bravera is a wholly owned subsidiary of Shea.

3.      The Court has jurisdiction over the parties and the subject matters hereto and that all the allegations out of which this action arises involve a loan agreement to be paid in South Carolina.

## FOR A FIRST CAUSE OF ACTION
### (Breach of Contract)

4.      The Plaintiff reiterates each and every allegation of the above paragraphs and they are incorporated herein by reference.

5.    To cover a shortfall in funds that Shea had represented would be transferred to Bravera to fund the company's operations, the Plaintiff, Chris Watson, wired money into Bravera's bank account on a temporary basis, intending it as a short-term loan of one or two days. The Plaintiff, Shea, and Bravera agreed that the purpose of Watson's loan was to provide Shea with an additional day or two before it was required to transfer funds to Bravera equal to the loan amount. Bravera would then be able to use the transferred funds to repay the loan made by Plaintiff.

6.    The Plaintiff loaned the Defendants $130,000, pursuant to an agreement to repay the loan.

7.    The time for payment is past due and, despite repeated demands, the Defendants have failed to repay the debt.

8.    The Defendants have breached their contract with the Plaintiff and the Plaintiff is therefore entitled to recover $130,000, prejudgment and post judgment interest and attorneys' fees.

### FOR A SECOND CAUSE OF ACTION
(Breach of Contract with Fraudulent Intent)

9.    The Plaintiff reiterates each and every allegation of the above paragraphs and they are incorporated by reference herein.

10.    The Defendants induced the Plaintiff to enter into a contract which called for the Plaintiff to lend the Defendants $130,000. The Plaintiff, in fact, loaned the Defendants $130,000.

11.    The time for payment is past due and the Defendants have failed to pay the debt.

2

12.     The Plaintiff has made numerous inquiries with the Defendants regarding payment of the debt.

13.     The Defendants have acknowledged the debt and repeatedly assured the Plaintiff that payment would be made.

14.     In reliance on these representations, the Plaintiff held in abeyance this action.

15.     During such abeyance, the Defendants made payments to other entities, including themselves, thereby depleting their assets and creating the inability to pay the debts owed to the Plaintiff.

16.     That during said abeyance, the Defendants offered to make payment upon certain closings which never occurred, upon information and belief, because of the Defendants' intentional and/or negligent conduct in representing the time frame and likelihood of these closings, and thus induced Plaintiff to refrain from aggressively seeking repayment, despite the originally agreed upon timeframe for repayment being seriously past due.

17.     As of the date of this Complaint, the Defendants are now refusing to repay the owed $130,000 and indicate that they have no further willingness to enter into discussion as to when they might repay the monies owed.

18.     Defendants have breached their contract with Plaintiff with fraudulent intent thereby entitling the Plaintiff to judgment in the amount of $130,000, prejudgment and post judgment interest, attorney's fees, and punitive damages in an amount to determined by the trier of fact.

3

WHEREFORE, the Plaintiff, Chris Watson prays for judgment against the Defendants, jointly and severally, for $130,000, attorney's fees, prejudgment and post judgment interest and punitive damages in an amount to determined by the trier of fact.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: _____
Ryan A. Earhart
SC Bar No. 16597
E-Mail: ryan.earhart@nelsonmullins.com
151 Meeting Street / Sixth Floor
Post Office Box 1806 (29402-1806)
Charleston, SC  29401-2239
(843) 853-5200

Attorneys for CHRIS WATSON

Charleston, South Carolina

November 12, 2007

4

# EXHIBIT K

Recorded On-2006-Mar-17 As-52999

00052999 Vol: 5451 Ps: 67

| STATE OF SOUTH CAROLINA | ) | **QUIT CLAIM DEED** |
|---|---|---|
| | ) | **TITLE TO REAL ESTATE** |
| | ) | (Title Not Examined) |
| COUNTY OF BERKELEY | ) | Doc # 00052999 |

KNOW ALL PERSONS BY THESE PRESENTS THAT **CHRISTOPHER R. J. WATSON** in the state aforesaid, for and in consideration of the sum of Five and 00/100ths Dollars ($5.00) to me in hand paid at and before the sealing of these presents by **DANIEL ISLAND PARTNERS, LLC,** in the state aforesaid, the receipt whereof is hereby acknowledged, have granted, bargained, sold and released, and by these presents, do grant, bargain, sell and release any and all interest unto the said **DANIEL ISLAND PARTNERS, LLC,** its successors and assigns, the following described property, to wit:

### SEE ATTACHED "EXHIBIT A"

TOGETHER with all and singular, the rights, members, hereditaments and appurtenances to the said Premises belonging, or in anywise incident or appertaining,

TO HAVE AND TO HOLD all and singular, the said Premises before mentioned unto the said **DANIEL ISLAND PARTNERS, LLC,** its successors and assigns, executors and administrators, to warrant and forever defend, all and singular, the said premises unto the said **DANIEL ISLAND PARTNERS, LLC,** its successors and assigns, against us and our assigns, and all persons whomsoever lawfully claiming, or to claim the same or any part thereof.

Recorded On-2006-Mar-17 As-52999

00052999 Vol: 5451 Pg:   69

# EXHIBIT A
## LEGAL DESCRIPTION

ALL that certain piece, parcel or lot of land, lying and being in the City of Charleston, Berkeley County, State of South Carolina, known as **Unit 305, Building 7, Block E, Parcel R,** Daniel Island, as shown on a plat recorded in Plat Cabinet Q, pages 31-B; and as further set forth in the Master Deed recorded at Book 4447, page 1 on January 7, 2005, Berkeley County ROD. Said lot having such size, shape, dimensions, buttings and boundings as will by reference to said plat more fully appear.

SUBJECT TO all restrictions, covenants, easements and conditions listed in that certain Deed recorded at Book 4447, Page 1 on January 7, 2005, Berkeley County ROD.

BEING the same property conveyed to the Christopher R. J. Watson herein by deed of 254 Seven Farms Drive, Inc., dated February 11, 2005, and recorded in the RMC Office for Berkeley County in Book 4541 at page 133.

TMS #:  275-12-01-124

**Property Address:  300 Bucksley Lane, Unit 305, Charleston, SC 29492**

**Grantees Address: 1054 Blakeway Street, Charleston, SC 29492**

000006169  Bk:04541  PG:00131

STATE OF SOUTH CAROLINA    )    SPECIAL POWER OF ATTORNEY
                           )    FOR CLOSING REAL ESTATE
COUNTY OF BERKELEY         )    TRANSACTION

**KNOW ALL PERSONS BY THESE PRESENTS**, that as Principal, I,

**CHRISTOPHER J. WATSON** (hereinafter referred to as "Principal"), whose principal

address is 1054 Blakeway Street, Daniel Island, Charleston, SC 29492, desiring to

execute a SPECIAL POWER OF ATTORNEY, hereby appoint, **BRIAN E.**

**CONNOLLY**, of Daniel Island Real Estate Company, L.L.C., 101 River Landing Drive,

Daniel Island, Charleston, SC 29492, my true and lawful Attorney-in-Fact to act as

follows, GRANTING unto my Attorney-in-Fact full power to:

> To do all things necessary to convey the property commonly
> known **300 Bucksley Lane – Unit 305, Daniel Island, Charleston, SC**
> **29492** with full power and authority for me and in my name to execute
> any and all documents necessary to effect the settlement on said property,
> including but not limited to deeds, checks, receipts, releases, warranties,
> affidavits, contracts, addenda, settlement statements, loan commitments
> and disclosure statements, truths-in-lending statements, all forms of
> commercial papers, and any other such instrument or instruments in
> writing of whatever kind character and nature as may be necessary to
> complete the sale, financing agreements, and the settlement process.
> FURTHER GRANTING full power and authority to collect and receive
> funds or proceeds of said sale in any manner which, in his sole discretion,
> he sees fit.

I hereby ratify and affirm all that said attorney-in-fact shall lawfully do or cause

to be done by virtue of this SPECIAL POWER OF ATTORNEY and the rights and

powers herein granted.

All acts done by means of this power shall be done in my name, and all

instruments and decrements executed by my Attorney hereunder shall contain my name

followed by that of my attorney followed by the description "Attorney-in-Fact",

RECEIVED
02/28/2005
ASSESSOR
BERKELEY COUNTY SC
JANET BROWN JURDSKO
AUDITTOR BERKELEY COUNTY SC

2

000006170 Bk:04541 PG:00133

RECEIVED

02/28/2005

ASSESSOR
BERKELEY COUNTY SC
JANET BROWN JURDSKO
AUDITOR BERKELEY COUNTY SC

STATE OF SOUTH CAROLINA    )

                    )

COUNTY OF BERKELEY    )

TITLE TO REAL ESTATE

KNOW ALL PERSONS BY THESE PRESENTS THAT 254 SEVEN FARMS DRIVE

INC., A TEXAS CORPORATION, in the state aforesaid, for and in consideration of the sum

of One Hundred Seventy-Seven Thousand, Five Hundred and No/100ths Dollars ($177,500.00)

to us in hand paid at and before the sealing of these presents by CHRISTOPHER R. J.

WATSON, in the state aforesaid, the receipt whereof is hereby acknowledged, have granted,

bargained, sold and released, and by these presents, do grant, bargain, sell and release unto the

said CHRISTOPHER R. J. WATSON, his heirs and assigns, the following described property,

to wit:

FILED, RECORDED, INDEXED
02/28/2005 01:26:30PM
Rec Fee: 10.00    St Fee: 461.50
Co Fee: 195.25    Pages: 4
Issued to: HINCHEY MURRAY & PAGLIARINI
Register of Deeds Berkeley Co., SC
Cynthia B. Forte

           SEE ATTACHED EXHIBIT "A"

TOGETHER with all and singular, the rights, members, hereditaments and appurtenances

to the said Premises belonging, or in anywise incident or appertaining,

TO HAVE AND TO HOLD all and singular, the said Premises before mentioned unto

the said CHRISTOPHER R. J. WATSON, his heirs and assigns forever.

AND we do hereby bind ourselves, our heirs, executors and administrators, to warrant

and forever defend, all and singular, the said premises unto the said CHRISTOPHER R. J.

WATSON, his heirs and assigns, against and all persons and entities whomsoever lawfully

claiming, or to claim the same or any part thereof.

WITNESS my hand and seal this 11th day of February, 2005, and in the two hundred and

twenty-ninth (229th) year of the Sovereignty and Independence of the United States of America.

4

Recorded On 2006-Mar-17 As-52999



Berkeley County
Cynthia B. Forte
Register of Deeds
Moncks Corner 294616120

00052999 Vol: 5451 Ps: 66


*Quit claim deed for a 305 to Daniel Island Part.*

Instrument Number: 2006- 00052999
As
Deed

**Recorded On:** March 17, 2006

**Parties:** WATSON CHRISTOPHER R J
To
DANIEL ISLAND PARTNERS LLC

**Recorded By:** HINCHEY MURRAY & PAGLIARINI LLC        **Num Of Pages:** 5

**Comment:** DANIEL ISL PARTNERS LLC

### ** Examined and Charged as Follows: **

| Deed | 10.00 |
| Recording Charge: | 10.00 |

| | Tax Amount | Consideration Amount | RS#/CS# | | Deed County Tax | 0.00 |
|---|---|---|---|---|---|---|
| Deed Tax | 0.00 | | D 6635 | | | |
| | | | | Deed State Tax | 0.00 | |

EXEMPT

Tax Charge:        0.00

RECEIVED

Mar 17, 2006

ASSESSOR
BERKELEY COUNTY SC
JANET B. JUROSKO
AUDITOR BERKELEY COUNTY SC

### ** THIS PAGE IS PART OF THE INSTRUMENT **

I hereby certify that the within and foregoing was recorded in the Clerk's Office For:  Berkeley County, SC

**File Information:**

Document Number:  2006- 00052999
Receipt Number:  40348
Recorded Date/Time:  March 17, 2006 04:00:13P
Book-Vol/Pg:  Bk-R Vl-5451 Pg-66
Cashier / Station:  O Howell / Cash Station 6

**Record and Return To:**

HINCHEY MURRAY & PAGLIARINI LLC
895 ISLAND DR
STE 203
CHARLESTON SC 29492



*Cynthia B. Forte*
Cynthia B Forte - Register of Deeds

Recorded On-2006-Mar-17 As-52999

00052999 Vol: 5451 Pg:  67

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | **QUIT CLAIM DEED** |
| | ) | **TITLE TO REAL ESTATE** |
| | ) | (Title Not Examined) |
| COUNTY OF BERKELEY | ) | |
| | | Doc # 00052999 |

KNOW ALL PERSONS BY THESE PRESENTS THAT **CHRISTOPHER R. J. WATSON** in the state aforesaid, for and in consideration of the sum of Five  and 00/100ths Dollars ($5.00) to me in hand paid at and before the sealing of these presents by **DANIEL ISLAND PARTNERS, LLC,** in the state aforesaid, the receipt whereof is hereby acknowledged, have granted, bargained, sold and released, and by these presents, do grant, bargain, sell and release any and all interest unto the said **DANIEL ISLAND PARTNERS, LLC,** its successors and assigns, the following described property, to wit:

### SEE ATTACHED "EXHIBIT A"

TOGETHER with all and singular, the rights, members, hereditaments and appurtenances to the said Premises belonging, or in anywise incident or appertaining,

TO HAVE AND TO HOLD all and singular, the said Premises before mentioned unto the said **DANIEL ISLAND PARTNERS, LLC,** its successors and assigns, executors and administrators, to warrant and forever defend, all and singular, the said premises unto the said **DANIEL ISLAND PARTNERS, LLC,** its successors and assigns, against us and our assigns, and all persons whomsoever lawfully claiming, or to claim the same or any part thereof.

Recorded On-2006-Mar-17 As-52999

00052999 Vol: 5451 Ps: 68

WITNESS my hand and seal this ___15th___ day of March 2006, and in the two hundred and

thirty-first (231st) year of the Sovereignty and Independence of the United States of America.

SIGNED, SEALED AND DELIVERED
IN THE PRESENCE OF:

_____
Witness

_____
Witness

_____
CHRISTOPHER R. WATSON

STATE OF SOUTH CAROLINA    )
COUNTY OF ___Berkeley___    )

    I, the undersigned witness Notary Public for South Carolina, do hereby certify that the
Grantor personally appeared before me this day and acknowledged the due execution of the
foregoing instrument.

Witness my hand and official seal
this ___10___ day of March, 2006.

_____
Notary Public for South Carolina
My Commission Expires: ___01/27/10___

Recorded On 2006-Mar-17 As 52999

00052999 Vol: 5451 Pg:   69

# EXHIBIT A
## LEGAL DESCRIPTION

ALL that certain piece, parcel or lot of land, lying and being in the City of Charleston, Berkeley County, State of South Carolina, known as **Unit 305, Building 7, Block E, Parcel R,** Daniel Island, as shown on a plat recorded in Plat Cabinet Q, pages 31-B; and as further set forth in the Master Deed recorded at Book 4447, page 1 on January 7, 2005, Berkeley County ROD. Said lot having such size, shape, dimensions, buttings and boundings as will by reference to said plat more fully appear.

SUBJECT TO all restrictions, covenants, easements and conditions listed in that certain Deed recorded at Book 4447, Page 1 on January 7, 2005, Berkeley County ROD.

BEING the same property conveyed to the Christopher R. J. Watson herein by deed of 254 Seven Farms Drive, Inc., dated February 11, 2005, and recorded in the RMC Office for Berkeley County in Book 4541 at page 133.

TMS #: 275-12-01-124

**Property Address:  300 Bucksley Lane, Unit 305, Charleston, SC 29492**

**Grantees Address: 1054 Blakeway Street, Charleston, SC 29492**

00052999 Vol: 5451 Pg:   70

STATE OF SOUTH CAROLINA          )          **AFFIDAVIT**
                                 )
COUNTY OF BERKELEY               )

PERSONALLY appeared before me the undersigned, who being duly sworn, deposes and says:

1.   I have read the information on this Affidavit and understand such information.

2.   The property known Unit 305, Bldg 7, Daniel, 300 Bucksley Lane, Unit 305, Berkeley County, Charleston, SC 29492 is being transferred by Christopher R. J. Watson to Daniel Island Partners, LLC on March ___, 2006.

3.   The Deed is subject to the recording fee as a transfer for consideration paid or to be paid in money or money's worth.

4.   Fee computed on consideration paid or to be paid in money or money's worth in the amount of $0.00. Exemption # 8

5.   Check YES ____ or NO _X_ to the following: A lien or encumbrance existed on the land, tenement or realty before the transfer and remained on the land, tenement or realty after the transfer.  If "YES", the amount of the outstanding balance of this lien or encumbrance is $_____.

6.   The DEED recording fee is computed as follows:

     a)      $00       the amount listed in item 4 above.
     b)      - 0 -     the amount listed in item 5 above
     c)      $00       subtract Line 6(b) from Line 6(a)

7.   As required by Code Section 12-24-70, I state I am a responsible person who was connected with the transaction as grantees.

8.   I understand that a person required to finish this affidavit who willfully furnishes a false or fraudulent affidavit is guilty of a misdemeanor and upon conviction must be fined not more than one thousand dollars or imprisoned not more than one year, or both.

_____
Hinchey, Murray & Pagliarini
Attorney-David G. Pagliarini

SWORN to before me this
___ day of March, 2006

_____
Notary Public for South Carolina
My commission expires:_____

# EXHIBIT L

## INFORMATION

Except as provided in this paragraph, the term "value" means "the consideration paid or to be paid in money or money's worth for the realty." Consideration paid or to be paid in money's worth includes, but is not limited to, other realty, personal property, stocks, bonds, partnership interest and other intangible property, the forgiveness or cancellation of a debt, the assumption of a debt, and the surrendering of any right. The fair market value of the consideration must be used in calculating the consideration paid in money's worth. Taxpayers may elect to use the fair market value of the realty being transferred in determining fair market value of the consideration. In the case of realty transferred between a corporation, a partnership, or other entity and a stockholder, partner, or owner of the entity, and in the case of realty transferred to a trust or as a distribution to a trust beneficiary, "value" means the realty's fair market value. A deduction from value is allowed for the amount of any lien or encumbrance existing on the land, tenement, or realty before the transfer and remaining on the land, tenement, or realty after the transfer. Taxpayers may elect to use the fair market value for property tax purposes in determining fair market value under the provisions of the law

Exempted from the fee are deeds:

(1)     Transferring realty in which the value of the realty, as defined in Code Section 12-24-30, is equal to or less than one hundred dollars;
(2)     Transferring realty to the federal government or to a state, its agencies and departments, and its political subdivisions, including school districts;
(3)     That are otherwise exempted under the laws and Constitution of this State or of the United States;
(4)     Transferring realty in which no gain or loss is recognized by reason of Section 1041 of the Internal Revenue Code as defined in Section 12-6-40(A)
(5)     Transferring realty in order to partition realty as long as no consideration is paid for the transfer other than the interests in the realty that are being exchanged in order to partition the realty.
(6)     Transferring an individual grave space at a cemetery owned by a cemetery company licensed under Chapter 55 of Title 39;
(7)     That constitute a contract for the sale of timber to be cut;
(8)     Transferring realty to a corporation, a partnership, or a trust in order to become, or as, a stockholder, partner, or trust beneficiary of the entity provided no consideration is paid for the transfer other than stock in the corporation, interest in the partnership, beneficiary interest in the trust, or the increase in value in such stock or interest held by the grantor. However, the transfer of realty from a corporation , a partnership, or a trust to a stockholder, partner, or trust beneficiary of the entity is subject to the fee even if the realty is transferred to another corporation, a partnership, or trust;
(9)     Transferring realty from a family partnership to a partner or from a family trust to a beneficiary, provided no consideration is paid for the transfer other than a reduction in the grantor's interest in the partnership or trust. A "family partnership" is a partnership whose partners are all members of the same family. A "family trust" is a trust, in which the beneficiaries are all members of the same family. The beneficiaries of a family trust may also include charitable entities. "Family" means the grantor and the grantor's spouse, parents, grandparents, sisters, brothers, children, stepchildren, grandchildren, and the spouses and lineal descendents of any the above. A "charitable entity" means an entity which may receive deductible contributions under Section 170 of the Internal Revenue Code as defined in Section 12-6-40(A).
(10)   Transferring realty in a statutory merger or consolidation from a constituent corporation to the continuing or new corporation.
(11)   Transferring realty in a merger or consolidation from a constituent partnership to the continuing or new partnership; and,
(12)   That constitutes a corrective deed or a quitclaim deed used to confirm title already vested in the grantee, provided that no consideration of any kind is paid or is to be paid under the corrective or quitclaim deed.
(13)   Transferring realty subject to a mortgage to the mortgagee whether by a deed in lieu of foreclosure executed by the mortgagee or deed pursuant to foreclosure proceedings.
(14)   Transferring realty from an agent to the agent's principal in which the realty was purchased with funds of the principal, provided that a notarized document is also filed with the deed that establishes the fact that the agent and principal relationship existed at the time of the original purchase as well as for the purpose of purchasing the realty.

# EXHIBIT M

Recorded On 2007-Feb-09 As 4527

00004527 Vol: 6333 Pg: 210

STATE OF SOUTH CAROLINA    )        **SPECIAL POWER OF ATTORNEY**
                           )        **FOR CLOSING REAL ESTATE**
COUNTY OF BERKELEY         )        **TRANSACTION**
                                    Doc # 00004527

**KNOW ALL PERSONS BY THESE PRESENTS**, that as Principal, I, **CHRISTOPHER J. WATSON** (hereinafter referred to as "Principal"), whose principal address is 1054 Blakeway Street, Daniel Island, SC 29492 desiring to execute a SPECIAL POWER OF ATTORNEY, hereby appoint, **DAVID G. PAGLIARINI** of 895 Island Park Drive, Suite 203, Charleston, SC 29492, my true and lawful Attorney-in-Fact to act as follows, GRANTING unto my Attorney-in-Fact full power to:

> To do all things necessary to purchase the property at **300 Bucksley Lane, Unit 306, Daniel Island, Charleston, SC 29492** in Berkeley County, South Carolina, with full power and authority for me and in my name to execute any and all documents necessary to effect the settlement on said property, including but not limited to deeds, checks, receipts, releases, warranties, affidavits, contracts, addenda, settlement statements, loan commitments and disclosure statements, truths-in-lending statements, all forms of commercial papers, and any other such instrument or instruments in writing of whatever kind character and nature as may be necessary to complete the sale, financing agreements, and the settlement process. FURTHER GRANTING full power and authority to collect and receive funds or proceeds of said sale in any manner which, in his sole discretion, he sees fit.

I hereby ratify and affirm all that said attorney-in-fact shall lawfully do or cause to be done by virtue of this SPECIAL POWER OF ATTORNEY and the rights and powers herein granted.



Recorded On 2007-Feb-09 As 4526

**Berkeley County**
**Cynthia B. Forte**
**Register of Deeds**
**Moncks Corner 294616120**

00004526 Vol: 6333 Ps: 204    Deed &
d 306

53 2007 00004526

Instrument Number: 2007- 00004526
As
Deed

Recorded On: February 09, 2007

Parties: ARTIGUES CRAIG M
To
WATSON CHRISTOPHER J

Recorded By: HINCHEY MURRAY & PAGLIARINI LLC

Num Of Pages: 5

Comment: WATSON

## ** Examined and Charged as Follows: **

| | Tax Amount | Consideration Amount | RS#/CS# | | | | |
|---|---|---|---|---|---|---|---|
| Deed | 10.00 | | | | | | |
| Recording Charge: | 10.00 | | | | | | |
| Deed Tax | 841.75 | 227,500.00 | D 969 | | | Deed County Tax | 250.25 |
| | | | | Deed State Tax | 591.50 | | |
| Tax Charge: | 841.75 | | | | | | |

RECEIVED

Feb 09, 2007

ASSESSOR
BERKELEY COUNTY SC
JANET B. JURDSKO
AUDITOR BERKELEY COUNTY SC

## ** THIS PAGE IS PART OF THE INSTRUMENT **

I hereby certify that the within and foregoing was recorded in the Clerk's Office For: Berkeley County, SC

**File Information:**
Document Number: 2007- 00004526
Receipt Number: 102090
Recorded Date/Time: February 09, 2007 03:26:05P
Book-Vol/Pg: Bk-R VI-6333 Pg-204
Cashier / Station: O Howell / Cash Station 6

**Record and Return To:**
HINCHEY MURRAY & PAGLIARINI LLC
895 ISLAND DR
STE 203
CHARLESTON SC 29492

SEAL
REGISTER OF DEEDS
BERKELEY COUNTY

*Cynthia B. Forte*
Cynthia B Forte - Register of Deeds

Doc # 00004526

STATE OF SOUTH CAROLINA          )
                                 )          TITLE TO REAL ESTATE
COUNTY OF BERKELEY               )

      KNOW ALL MEN BY THESE PRESENTS, THAT I, **CRAIG M. ARTIGUES,** ("Grantor(s)") in the State aforesaid for and in consideration of the sum of -TWO HUNDRED TWENTY-SEVENTY THOUSAND FIVE HUNDRED and 00/100 ($227,500.00)DOLLARS to him in hand paid at and before the sealing of these presents by **CHRISTOPHER J. WATSON** the receipt of which is hereby acknowledged, has granted, bargained, sold and released, and by these presents does grant, bargain, sell and release unto the said **CHRISTOPHER J. WATSON**("Grantee(s)"), his heirs and assigns forever, the following described real property, to-wit:

      SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

      TOGETHER with all and singular the Rights, Members, Hereditaments and Appurtenances to said premises belonging or in any wise incident appertaining.

      TO HAVE AND TO HOLD, all and singular the premises before mentioned, subject to those matters set forth in Exhibit "A", unto the Grantee, and the Grantee's heirs and assigns, forever.

      AND, subject to those matters set forth in Exhibit "A", the Grantor does hereby bind the Grantor and Grantor's heirs, executors, administrators and assigns to warrant and forever defend all and singular said premises unto the Grantee and the Grantee's heirs and assigns, against Grantor and Grantor's heirs and assigns, and every person whomsoever lawfully claiming or to claim the same or any part thereof.

4

WITNESS the Grantor's hand(s) and seal(s) this _____ day of FEBRUARY, 2007.

SIGNED, sealed and delivered
in the presence of:

CRAIG M. ARTIGUES
BY MAURICE J. ARTIGUES, JR.
HIS ATTORNEY IN FACT

STATE OF SOUTH CAROLINA

COUNTY OF _____                    ACKNOWLEDGMENT

The foregoing instrument was acknowledged before me this _____ day of FEBRUARY, 2007  by the Grantor(s) who, executed the within written deed and is a person known to me.

Notary Public for SOUTH CAROLINA
My Comm. Expires: _____

00004526 Vol: 6333 Pg: 207

EXHIBIT "A"

ALL that certain condominium unit, situate, lying and being in the City of Charleston, Berkeley County, South Carolina, known as Unit 306, Building 7, 300 Bucksley Lane, of the 254 Seven Farms Drive Horizontal Property Regime, a Horizontal Property Regime established by 254 Seven Farms Drive, Inc., a Texas Corporation, pursuant to the South Carolina Horizontal Property Regime Act, Section 27-31-10, et. Seq., 1976, Code of Laws of South Carolina, by Master Deed dated January 5, 2005 and recorded January 6, 2005 in Book 4447 at Page 1 in the ROD Office for Berkeley County, South Carolina. Also, any additions or amendments thereto. Said unit being more fully described in said Master Deed.

TOGETHER WITH the undivided percentage interests in the general common elements and in the limited common elements of the property described in said Master Deed.

TOGETHER WITH all appurtenances thereto according to said Master Deed and Exhibits thereto.

SUBJECT to all restrictions, covenants, easements, options, rights-of-way, and any other matters of record, as stated in the above Master Deed and By-Laws of 254 Seven Farms Drive Horizontal Property Regime.

BEING the same property conveyed the within named Grantor(s) by deed of 254 Seven Farms Drive Inc., a Texas Corporation, dated March 1, 2005 and recorded March 2, 2005 in the ROD Office for Berkeley County, South Carolina in Book 4549 at Page 023.

TMS Number: 275-12-01-125

Grantee's Address:

Recorded On-2007-Feb-09 As-4526

00004526 Vol: 6333 Ps: 208

STATE OF SOUTH CAROLINA      )        **AFFIDAVIT**        (DATE OF TRANSFER OF TITLE
COUNTY OF BERKELEY           )                 (CLOSING DATE: FEBRUARY ___(___ , 2007

PERSONALLY appeared before me the undersigned, who being duly sworn, deposes and says:
1.   I have read the information on this Affidavit and I understand such information.
2.   The property being transferred BY <u>CRAIG M. ARTIGUES</u> TO <u>CHRISTOPHER J. WATSON</u> ON
FEBRUARY _____, 2007.
3.   Check one of the following:    **The DEED is**
     (a) __X__     subject to the deed recording fee as a transfer for consideration
                   paid or to be paid in money or money's worth.
     (b)_____    subject to the deed recording fee as a transfer between a
                   corporation, a partnership, or other entity and a stockholder,
                   partner, or owner of the entity, or is a transfer to a trust or as
                   a distribution to a trust beneficiary.
     (c)_____    EXEMPT from the deed recording fee because (exemptions 1-12) (If
                   exempt, please skip item 4-6, and go to item 7 of this affidavit.)
     _____
4.   Check one of the following if either item 3(a) or item 3(b) above has been checked.
     (a) __X__     The fee is computed on the consideration paid or to be paid in money
                   or money's worth in the amount of $<u>227,500.00</u> .
     (b)_____    The fee is computed on the fair market value of the realty which is
                   $_____.
     (c)_____    The fee is computed on the fair market value of the realty as
                   established for property tax purposes which is $_____
5.   Check YES____ or NO_X_ to the following:   A lien or encumbrance existed on the
     land, tenement, or realty before the transfer and remained on the land, tenement,
     or realty after the transfer. If "YES," the amount of the outstanding balance of
     this lien or encumbrance is $_____
6.   The DEED Recording Fee is computed as follows:
     (a) $<u>227,500.00</u>       the amount listed in item 4 above.
LESS (b) $_____       the amount listed in item 5 above (no amount place zero).
TOTAL (c) $<u>227,500.00</u>      Subtract Line 6(b) from Line 6(a) and place the result.
7.   As required by Code Section 12-24-70, I state that I am a responsible person who
     was connected with the transaction as:_<u>GRANTOR</u>
8.   Check if Property other than Real Property is being transferred on this Deed.
     (a) _____Mobile Home
     (b) _____Other
9.   _____DEED OF DISTRIBUTION - ATTORNEY'S AFFIDAVIT: Estate of_____deceased CASE
     NUMBER _____. Personally appeared before me the undersigned attorney who, being
     duly sworn, certified that (s)he is licensed to practice law in the State of South
     Carolina: that (s)he has prepared the Deed of Distribution for the Personal Rep.
     in the Estate of _____ deceased and that the grantee(s) therein are correct
     and confirm to the estate file for the above named decedent.
10.  I understand that a person required to furnish this affidavit who wilfully
     furnishes a false or fraudulent affidavit is guilty of a misdemeanor and, upon
     conviction, must be fined not more than one thousand dollars or imprisoned not more
     than one year, or both.

                                   SIGNED: _Craig M. Artigues_____
                                   CRAIG M. ARTIGUES
                                   (Grantor, Grantee, or Attorney that prepared form)

Sworn to before me this
day of _FEBRUARY_ 2007

_____
Notary Public for SOUTH Carolina
My Commission Expires:_____

# EXHIBIT N

Recorded On-2005-Sep-23 As-32238

Doc # 00032238

00032238 Vol: 5025 Ps: 182

STATE OF SOUTH CAROLINA   )   **SPECIAL POWER OF ATTORNEY**
   )   **FOR CLOSING REAL ESTATE**
COUNTY OF BERKELEY   )   **TRANSACTION**

      **KNOW ALL PERSONS BY THESE PRESENTS**, that as Principal, I,

**CHRISTOPHER J. WATSON** (hereinafter referred to as "Principal"), whose principal

address is 1054 Blakeway Street, Daniel Island, SC 29492 desiring to execute a

SPECIAL POWER OF ATTORNEY, hereby appoint, **DAVID G. PAGLIARINI** of 895

Island Park Drive, Suite 203, Charleston, SC 29492, my true and lawful Attorney-in-Fact

to act as follows, GRANTING unto my Attorney-in-Fact full power to:

      To do all things necessary to purchase the property at **303 South
Ladd Court, Daniel Island, Charleston, SC 29492** in Berkeley County,
South Carolina, with full power and authority for me and in my name to
execute any and all documents necessary to effect the settlement on said
property, including but not limited to deeds, checks, receipts, releases,
warranties, affidavits, contracts, addenda, settlement statements, loan
commitments and disclosure statements, truths-in-lending statements, all
forms of commercial papers, and any other such instrument or instruments
in writing of whatever kind character and nature as may be necessary to
complete the sale, financing agreements, and the settlement process.
FURTHER GRANTING full power and authority to collect and receive
funds or proceeds of said sale in any manner which, in his sole discretion,
he sees fit.

      I hereby ratify and affirm all that said attorney-in-fact shall lawfully do or cause

to be done by virtue of this SPECIAL POWER OF ATTORNEY and the rights and

powers herein granted.

Recorded On-2005-Sep-23  As-32239

Doc # 00032239

00032239 Vol: 5025 Pg: 185

| STATE OF SOUTH CAROLINA | ) | **TITLE TO REAL ESTATE** |
| COUNTY OF BERKELEY | ) | |

      KNOW ALL PERSONS BY THESE PRESENTS THAT **Jefferson T. Terkhorn**, in the state aforesaid, for and in consideration of the sum of Four Hundred and Forty-Five Thousand and No/100ths Dollars ($445,000.00) to me in hand paid at and before the sealing of these presents by **Christopher J. Watson**, in the state aforesaid, the receipt whereof is hereby acknowledged, have granted, bargained, sold and released, and by these presents, do grant, bargain, sell and release unto the said **Christopher J. Watson,** as his interest may appear, the following described property, to wit:

      ALL that certain lot, piece and parcel of land and all improvements thereon located on Daniel Island, situate, lying and being in the City of Charleston, Berkeley County, South Carolina, known as Lot 6, Block B, as shown and designated on a plat by Thomas & Hutton Engineering Co. entitled "A FINAL SUBDIVISION PLAT OF PARCEL M, PHASE 1A, DANIEL ISLAND, OWNED BY: DANIEL ISLAND ASSOCIATES, LLC, CITY OF CHARLESTON, BERKELEY COUNTY, S.C.", dated September 22, 1999 and recorded in the RMC Office for Berkeley County in Plat Cabinet O, Page 118-A; said lot having such size, shape, dimensions, buttings and boundings as will by reference to said plat more fully appear.

      SUBJECT to any and all easements, restrictions and rights of ways of public record and as shown and/or noted on the above referenced plat.

      SUBJECT, FURTHER, to any and all conditions, terms, easements, restrictions and rights of way of public record ect. as listed in that certain deed recorded in the RMC Office for Berkeley County in Book 2140 at Page 211.

      This conveyance is made subject to all covenants, restrictions, easements, and rights-of-way of record

      BEING the same property conveyed to Jefferson T. Terkhorn herein by deed of C. Richard Dobson Builders, Inc., dated January 26, 2001 and recorded in the RMC Office for Berkeley County in Book 2140 at Page 211.

      TMS #275-06-01-009  (Lot 6, Blk B)

      Property Address:  303 South Ladd Court, Charleston, SC 29492

      Grantees Address:  303 South Ladd Court, Charleston,SC 29492

Recorded On 2006-Mar-17 As 53001

00053001 Vol: 5451 Ps:   77

| STATE OF SOUTH CAROLINA | ) | **QUIT CLAIM DEED** |
|---|---|---|
| | ) | **TITLE TO REAL ESTATE** |
| | ) | (Title Not Examined) |
| COUNTY OF BERKELEY | ) | |

Doc # 00053001

KNOW ALL PERSONS BY THESE PRESENTS THAT **CHRISTOPHER J. WATSON** in the state aforesaid, for and in consideration of the sum of Five  and 00/100ths Dollars ($5.00) to me in hand paid at and before the sealing of these presents by **DANIEL ISLAND PARTNERS, LLC,** in the state aforesaid, the receipt whereof is hereby acknowledged, have granted, bargained, sold and released, and by these presents, do grant, bargain, sell and release any and all interest unto the said **DANIEL ISLAND PARTNERS, LLC,** its successors and assigns, the following described property, to wit:

**SEE ATTACHED "EXHIBIT A"**

TOGETHER with all and singular, the rights, members, hereditaments and appurtenances to the said Premises belonging, or in anywise incident or appertaining,

TO HAVE AND TO HOLD all and singular, the said Premises before mentioned unto the said **DANIEL ISLAND PARTNERS, LLC,** its successors and assigns, executors and administrators, to warrant and forever defend, all and singular, the said premises unto the said **DANIEL ISLAND PARTNERS, LLC,** its successors and assigns, against us and our assigns, and all persons whomsoever lawfully claiming, or to claim the same or any part thereof.

Recorded On-2006-Mar-17  As-53001

00053001 Vol: 5451 Pg:   79

# EXHIBIT A
## LEGAL DESCRIPTION

ALL that certain lot, piece and parcel of land and all improvements thereon located on Daniel Island, situate, lying and being in the City of Charleston, Berkeley County, South Carolina, known as Lot 6, Block B, as shown and designated on a plat by Thomas & Hutton Engineering Co. entitled "A FINAL SUBDIVISION PLAT OF PARCEL M, PHASE 1A, DANIEL ISLAND, OWNED BY: DANIEL ISLAND ASSOCIATES, LLC, CITY OF CHARLESTON, BERKELEY COUNTY, S.C.", dated September 22, 1999 and recorded in the RMC Office for Berkeley County in Plat Cabinet O, Page 118-A; said lot having such size, shape, dimensions, buttings and boundings as will by reference to said plat more fully appear.

SUBJECT to any and all easements, restrictions and rights of ways of public record and as shown and/or noted on the above referenced plat.

SUBJECT, FURTHER, to any and all conditions, terms, easements, restrictions and rights of way of public record ect. as listed in that certain deed recorded in the RMC Office for Berkeley County in Book 2140 at Page 211.

BEING the same property conveyed to Christopher J. Watson herein by deed of Jefferson T. Terkhorn, dated September 16, 2005 and recorded in the RMC Office for Berkeley County in Volume 5025 at Page 184.

TMS #: 275-06-01-009

**Property Address:  303 South Ladd Court, Charleston, SC 29492**

**Grantees Address: 1054 Blakeway Street, Charleston, SC 29492**

# EXHIBIT O



Recorded On:2005-Aug-17  As-2275

**Berkeley County**
Cynthia B. Forte
Register of Deeds
Moncks Corner 294616120

00027275 Vol: 4923 Ps: 209

53 2005 00027275

---

Instrument Number: 2005-00027275

Recorded On: August 17, 2005    As-Deed

Parties: BEER DANIELLE A

To    WATSON CHRISTOPHER                    # of Pages: 5

Comment: BEER

## **DO NOT REMOVE-THIS PAGE IS PART OF THE RECORDED DOCUMENT**

| | |
|---|---|
| Deed | 10.00 |
| # of Pages over 4 | 0 |
| | 0 |
| Total: | 10.00 |

FILED, RECORDED, INDEXED
Aus 17,2005 10:48A
Fee: 1,942.50
Resister of Deeds Berkeley Co., SC
Cynthia B. Forte

FILED, RECORDED, INDEXED
Aus 17,2005 10:48A
Fee: 10.00
Resister of Deeds Berkeley Co., SC
Cynthia B. Forte

RECEIVED

Aus 17,2005

ASSESSOR
BERKELEY COUNTY SC
JANET B. JUROSKO
AUDITOR BERKELEY COUNTY SC

*I hereby certify that the within and foregoing was recorded in the Recorder's Office in  Berkeley County, SC*

## **DO NOT REMOVE-THIS PAGE IS PART OF THE RECORDED DOCUMENT**

File Information:

Document Number: 2005-00027275
Receipt Number: 3328
Recorded Date/Time: August 17, 2005 10:48:30A
Book-Vol/Pg: BK-R  VL-4923  PG-209
User / Station: D Smith - Cash Station 9

Record and Return To:

HINCHEY MURRAY & PAGLIARINI LLC
865 ISLAND PARK DRIVE
STE 203
CHARLESTON SC 29492

Deed to
Hidden
304 Hidden Bottom

Doc # 00027275

| STATE OF SOUTH CAROLINA | ) | TITLE TO REAL ESTATE |
|---|---|---|
| | ) | |
| COUNTY OF BERKELEY | ) | |

00027275 Vol: 4923 Ps: 210

KNOW ALL MEN BY THESE PRESENTS that I, Danielle A. Beer in the State aforesaid for and in consideration of the sum of *Five Hundred Twenty Five Thousand and no/100 ($525,000.00) Dollars* to me in hand paid at and before the sealing of these presents by **Christopher Watson**, (herein referred to as "Grantee") in the state aforesaid, the receipt whereof is hereby acknowledged, has granted, bargained, sold and released, and by these presents do hereby grant, bargain, sell and release unto the said **Christopher Watson**, his heirs and assigns forever, the below described property, to wit:

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN BY EXPRESS REFERENCE THERETO

TMS Number: 271-11-0 1-072

Grantee's Address:    1054 Blakeway Street
                      Charlston, SC  29492

TOGETHER with all and singular, the Rights, Members, Hereditaments and Appurtenances to the same premises belonging or in anywise incident or appertaining.

TO HAVE AND TO HOLD all and singular, the said Premises before mentioned unto the said Grantee, Grantee's heirs and assigns, forever.

4

00027275 Vol: 4923 Ps: 211

**AND** I do hereby bind myself, my heirs and assigns, to warrant and forever defend, all and singular, the said premises unto the said **Grantee**, Grantee's heirs and assigns, against me, my heirs, successors and assigns, and all persons whomsoever lawfully claiming, or to claim the same or any part thereof.

**WITNESS** my hand and seal this _3_ day of August, 2005.

SIGNED, SEALED AND DELIVERED
IN THE PRESENCE OF:

_Danielle A. Beer_

STATE OF SOUTH CAROLINA )
COUNTY OF CHARLESTON    )

**PERSONALLY** appeared before me the undersigned witness and made oath that he/she saw the within named **Danielle A. Beer**, sign, seal and as her act and deed, deliver the within Deed, and that he/she with the other witness witnessed the execution thereof.

SWORN to before me this
_3_ day of August, 2005.
_____ (SEAL)
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission Expires: _7.22.13_

Recorded On 2005 Aug 17 As 27275

00027275 Vol: 4923 Ps: 212

EXHIBIT "A"

ALL that certain lot, piece and parcel of land and all improvements thereon located on Daniel Island, situate, lying and being in the City of Charleston, Berkeley County, South Carolina, known as **Lot 9, Block B, Parcel C, Daniel Island Park**, as shown and designated on a plat by Thomas & Hutton Engineering co. entitled ""A FINAL SUBDIVISION PLAT OF PARCEL C, DANIEL ISLAND; BLOCK B, LOTS 4 THROUGH 10; BLOCK C, LOTS 1 THROUGH 19; BLOCK G, LOTS 1 THROUGH 5 & 13 THROUGH 14, OWNED BY DANIEL ISLAND ASSOCIATES, L.L.C.," dated February 6, 2002 and recorded in the ROD Office for Berkeley County in Plat Cabinet P, Page 171-B, said lot having such size, shape, dimensions, buttings and boundings as will by reference to said plat more fully appear.

SUBJECT to any and all restrictions, conditions, and easements of record.

BEING the same property conveyed to Danielle A. Beer by deed of Sancor Realty, LP, on July 7, 2004, and recorded herewith in the ROD Office for Berkeley County in Book 4102 at page 0061.

TMS # 271-11-01-072

00027275 Vol: 4923 Ps: 213

STATE OF SOUTH CAROLINA                    AFFIDAVIT
COUNTY OF CHARLESTON

PERSONALLY appeared before me the undersigned, who being duly sworn,
deposes and says:
1.   I have read the information on this Affidavit and I understand
     such information.
2.   The property is being transferred by <u>Danielle A. Beer to Christopher</u>
<u>Watson on August 1, 2005.</u>

3.   Check one of the following:  The DEED is
     (a)__X___subject to the deed recording fee as a transfer for
     consideration paid or to be paid in money or money's worth.
     (b)_____subject to the deed recording fee as a transfer between
     a corporation, a partnership, or other entity and a stockholder,
     partner, or owner of the entity, or is a transfer to a trust or
     as distribution to a trust beneficiary.
     (c)_____EXEMPT from the deed recording fee because (exemption
     #_____)(Explanation If required)(If exempt, please skip items 4-
     6, and go to item 7 of this affidavit.)

4.   Check one of the following if either item 3(a) or item 3(b) above
     has been checked.
     (a)__XX__The fee is computed on the consideration paid or to be
     paid in money or money's worth in the amount of $525,000.00 _____

5.   Check YES__or NO_X_ to the following:  A lien or encumbrance
     existed on the land, tenement, or realty before the transfer and
     remained on the land, tenement, or realty after the transfer.  If
     "YES," the amount of the outstanding balance of this lien or
     encumbrance is $_____.

6.   The DEED Recording Fee is computed as follows:
     (a)___$525,000.00_the amount listed in item 4 above
     (b)_____0_____the amount listed in item 5 above
     (c)___$525,000.00_Subtract Line 6(b) from 6(a)and place result.

7.   As required by Code Section 12-24-70, I state that I am a
     responsible person who was connected with the transaction as:
     Grantor's Attorney .

8.   I understand that a person required to furnish this affidavit who
     willfully furnishes a false or fraudulent affidavit is guilty of a
     misdemeanor and, upon conviction, must be fined not more than one
     thousand dollars or imprisoned not more than one year, or both.

                                        _____
                                        Grantor, Grantee, or Legal Representative
                                        connected with this transaction

Sworn to before me this 3
day of August, 2005.
_____
Notary Public for South Carolina
My commission Expires: 12/19/2010

STATE OF SOUTH CAROLINA )    **QUIT CLAIM DEED**
)    **TITLE TO REAL ESTATE**
)    (Title Not Examined)
COUNTY OF BERKELEY )

00037318 Vol: 7006 Pg: 49

KNOW ALL PERSONS BY THESE PRESENTS THAT **DANIEL ISLAND PARTNERS, LLC** in the state aforesaid, for and in consideration of the sum of Five and 00/100ths Dollars ($5.00) to me in hand paid at and before the sealing of these presents by **CHRISTOPHER WATSON**, in the state aforesaid, the receipt whereof is hereby acknowledged, have granted, bargained, sold and released, and by these presents, do grant, bargain, sell and release any and all interest unto the said **CHRISTOPHER WATSON**, his successors and assigns, the following described property, to wit:

## SEE ATTACHED "EXHIBIT A"

TOGETHER with all and singular, the rights, members, hereditaments and appurtenances to the said Premises belonging, or in anywise incident or appertaining,

TO HAVE AND TO HOLD all and singular, the said Premises before mentioned unto the said **CHRISTOPHER WATSON**, his successors and assigns, executors and administrators, to warrant and forever defend, all and singular, the said premises unto the said **CHRISTOPHER WATSON**, his successors and assigns, against us and our assigns, and all persons whomsoever lawfully claiming, or to claim the same or any part thereof.

4

WITNESS my hand and seal this _8_ day of November, 2007.

SIGNED, SEALED AND DELIVERED
IN THE PRESENCE OF:

00037318 Vol: 7006 Pg:   50

DANIEL ISLAND PARTNERS, LLC

_____
Witness

By:  Christopher Watson
Its:  President

_____
Witness

STATE OF _South Carolina_

COUNTY OF _Berkeley_

    I, the undersigned witness Notary Public for South Carolina, do hereby certify that the Grantor personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal
this _8_ day of November, 2007.

_____
Notary Public for the State of
My Commission Expires: _____

Recorded On 2007-Nov-26 As-37318

**EXHIBIT A**
**LEGAL DESCRIPTION**

00037318 Vol: 7006 Pg:    51

ALL that certain piece, parcel or lot of land, together with the improvements thereon, lying and being on Daniel Island, City of Charleston, Berkeley County, State of South Carolina, known as Lot 9, Block B, Parcel C, Daniel Island, as shown on a plat by Thomas & Hutton Engineering entitled "FINAL SUBDIVISION PLAT OF PARCEL C-BLOCK B, LOTS 4 THROUGH 10; BLOCK C, LOTS 1 THROUGH 19; BLOCK G, LOTS 1 THROUGH 5 & 13 THROUGH 14, DANIEL ISLAND PARK OWNED BY DANIEL ISLAND ASSOCIATES, L.L.C." dated February 6, 2002, recorded in Plat Cabinet P, pages 171-B, Berkeley County ROD. Said lot having such size, shape, dimensions, buttings and boundings as will by reference to said plat more fully appear.

SUBJECT to any and all restrictions, conditions and easements of record.

BEING the same property conveyed to Christopher Watson herein by deed of Danielle A. Beer, dated August 3, 2005 and recorded in the ROD Office for Berkeley County in Volume 4923 at Page 209 on August 17, 2005; subsequently conveyed to Daniel Island Properties, LLC by quit claim deed of Christopher Watson dated March 15, 2006 and recorded in the ROD Office for Berkeley County in Volume R, Book 5451, Page 71 on March 17, 2006.

TMS #275-11-01-072
Property Address: 304 Hidden Bottom Lane, Daniel Island, Charleston, SC 29492

Grantees Address: 300 Bucksley Lane, Unit 305, Charleston, SC 29492

STATE OF SOUTH CAROLINA     )     **AFFIDAVIT**

                                       )                  00037318 Vol: 7006 Pg:     52

COUNTY OF BERKELEY         )

PERSONALLY appeared before me the undersigned, who being duly sworn, deposes and says:

1.     I have read the information on this Affidavit and understand such information.

2.     The property known Lot 9, Block B, Parcel C, Daniel Island Park, 304 Hidden Bottom Lane, Berkeley County, Charleston, SC 29492 is being transferred by Christopher Watson to Daniel Island Partners, LLC on November ___, 2007.

3.     The Deed is subject to the recording fee as a transfer for consideration paid or to be paid in money or money's worth.

4.     Fee computed on consideration paid or to be paid in money or money's worth in the amount of $0.00. Exemption # 8

5.     Check YES ____ or NO _X_ to the following: A lien or encumbrance existed on the land, tenement or realty before the transfer and remained on the land, tenement or realty after the transfer. If "YES", the amount of the outstanding balance of this lien or encumbrance is $_____.

6.     The DEED recording fee is computed as follows:

       a)     $00        the amount listed in item 4 above.
       b)     - 0 -       the amount listed in item 5 above
       c)     $00        subtract Line 6(b) from Line 6(a)

7.     As required by Code Section 12-24-70, I state I am a responsible person who was connected with the transaction as grantees.

8.     I understand that a person required to finish this affidavit who willfully furnishes a false or fraudulent affidavit is guilty of a misdemeanor and upon conviction must be find not more than one thousand dollars or imprisoned not more than one year, or both.

Hinchey, Murray & Pagliarini
Attorney-David G. Pagliarini

SWORN to before me this ___ day of
November, 2007

Notary Public for the State of South Carolina
My commission expires: 01/27/10

Recorded On-2007-Nov-26 As-37317

Doc # 00037317

00037317 Vol: 7006 Pg: 46

| STATE OF SOUTH CAROLINA | ) | **SPECIAL POWER OF ATTORNEY** |
|---|---|---|
| | ) | **FOR CLOSING REAL ESTATE** |
| COUNTY OF BERKELEY | ) | **TRANSACTION** |

**KNOW ALL PERSONS BY THESE PRESENTS**, that as Principal, I,

**CHRISTOPHER WATSON** (hereinafter referred to as "Principal"), whose principal

address is 300 Bucksley Lane, Unit 305, Daniel Island, Charleston, SC 29492, desiring to

execute a SPECIAL POWER OF ATTORNEY, hereby appoint, **DAVID G.**

**PAGLIARINI**, of 895 Island Park Drive, Suite 203, Charleston, SC 29492, my true and

lawful Attorney-in-Fact to act as follows, GRANTING unto my Attorney-in-Fact full

power to:

> To do all things necessary to refinance the property commonly
> known **304 Hidden Bottom Lane, Daniel Island Charleston, SC 29403**
> in Berkeley County, South Carolina, with full power and authority for me
> and in my name to execute any and all documents necessary to effect the
> settlement on said property, including but not limited to deeds, checks,
> receipts, releases, warranties, affidavits, contracts, addenda, settlement
> statements, loan commitments and disclosure statements, truths-in-lending
> statements, all forms of commercial papers, and any other such instrument
> or instruments in writing of whatever kind character and nature as may be
> necessary to complete the sale, financing agreements, and the settlement
> process. FURTHER GRANTING full power and authority to collect and
> receive funds or proceeds of said sale in any manner which, in his/her sole
> discretion, he/she sees fit.

I hereby ratify and affirm all that said attorney-in-fact shall lawfully do or cause

to be done by virtue of this SPECIAL POWER OF ATTORNEY and the rights and

powers herein granted.

All acts done by means of this power shall be done in my name, and all

instruments and decrements executed by my Attorney hereunder shall contain my name

followed by that of my attorney followed by the description "Attorney-in-Fact",

2

Recorded On 2007-Nov-26  As-37317

excepting any situation where local practice differs from the procedure set forth herein, in

that event local practice may be followed.

00037317 Vol: 7006 Pg:    47

DATED this _____ day of November, 2007.

Signed: _____

**CHRISTOPHER WATSON**

**WITNESSES:**

_____
Witness
Print Name: AWN B. JACKSON

_____
Witness
Print Name: Allison Chronister

STATE OF ___South Carolina___

COUNTY OF ___Berkeley___

The foregoing instrument was acknowledged before me this _____ day of
November, 2007, by **CHRISTOPHER WATSON**.

_____
Notary Public for the State of South Carolina
Print Name: Allison Chronister
My commission expires: 9/27/10

Recorded On 2006-Mar-17 As-53000

00053000 Vol: 5451 Pg: 72

| STATE OF SOUTH CAROLINA | ) | **QUIT CLAIM DEED** |
| | ) | **TITLE TO REAL ESTATE** |
| | ) | (Title Not Examined) |
| COUNTY OF BERKELEY | ) | |

Doc # 00053000

KNOW ALL PERSONS BY THESE PRESENTS THAT **CHRISTOPHER WATSON** in the state aforesaid, for and in consideration of the sum of Five and 00/100ths Dollars ($5.00) to me in hand paid at and before the sealing of these presents by **DANIEL ISLAND PARTNERS, LLC,** in the state aforesaid, the receipt whereof is hereby acknowledged, have granted, bargained, sold and released, and by these presents, do grant, bargain, sell and release any and all interest unto the said **DANIEL ISLAND PARTNERS, LLC,** its successors and assigns, the following described property, to wit:

### SEE ATTACHED "EXHIBIT A"

TOGETHER with all and singular, the rights, members, hereditaments and appurtenances to the said Premises belonging, or in anywise incident or appertaining,

TO HAVE AND TO HOLD all and singular, the said Premises before mentioned unto the said **DANIEL ISLAND PARTNERS, LLC,** its successors and assigns, executors and administrators, to warrant and forever defend, all and singular, the said premises unto the said **DANIEL ISLAND PARTNERS, LLC,** its successors and assigns, against us and our assigns, and all persons whomsoever lawfully claiming, or to claim the same or any part thereof.

Recorded On-2008-Mar-17 As-53000

00053000 Vol: 5451 Ps:   74

# EXHIBIT A
## LEGAL DESCRIPTION

ALL that certain piece, parcel or lot of land, together with the improvements thereon, lying and being on Daniel Island, City of Charleston, Berkeley County, State of South Carolina, known as **Lot 9, Block B, Parcel C**, Daniel Island, as shown on a plat by Thomas & Hutton Engineering entitled "FINAL SUBDIVISION PLAT OF PARCEL C-BLOCK B, LOTS 4 THROUGH 10; BLOCK C, LOTS 1 THROUGH 19; BLOCK G, LOTS 1 THROUGH 5 & 13 THROUGH 14, DANIEL ISLAND PARK OWNED BY DANIEL ISLAND ASSOCIATES, L.L.C." dated February 6, 2002, recorded in Plat Cabinet P, pages 171-B, Berkeley County ROD. Said lot having such size, shape, dimensions, buttings and boundings as will by reference to said plat more fully appear.

SUBJECT to any and all restrictions, conditions and easements of record.

BEING the same property conveyed to Christopher Watson herein by deed of Danielle A. Beer, dated August 3, 2005 and recorded in the ROD Office for Berkeley County in Volume 4923 at Page 209.

Property Address: 304 Hidden Bottom Lane, Charleston, SC 29492

Grantees Address: 1054 Blakeway Street, Charleston, SC 29492

TMS # 275-11-01-072

# EXHIBIT P

Recorded On-2005-Sep-23  As-32236

Doc # 00032236

| STATE OF SOUTH CAROLINA | ) | **TITLE TO REAL ESTATE** |
|---|---|---|
| | ) | |
| COUNTY OF BERKELEY | ) | 00032236 Vol: 5025 Pg: 155 |

KNOW ALL PERSONS BY THESE PRESENTS THAT **Joseph F. Russo and**

**Kathleen M. Russo,** in the state aforesaid, for and in consideration of the sum of Three-Hundred

and Twenty Thousand and No/100ths Dollars ($320,000.00) to me in hand paid at and before the

sealing of these presents by **Christopher J. Watson,** in the state aforesaid, the receipt whereof is

hereby acknowledged, have granted, bargained, sold and released, and by these presents, do

grant, bargain, sell and release unto the said **Christopher J. Watson,** his heirs and assigns, the

following described property, to wit:

> ALL that certain lot, piece, and parcel of land and all improvements thereon located on Daniel
> Island, situate, lying and being in the City of Charleston, Berkeley County, known as Lot 18,
> Block C, as shown and designated on a plat entitled "FINAL PLAT OF PARCEL U, BLOCK A,
> B, & BLOCK C, LOTS 9-24; & BLOCK D, LOTS 1-4 & PARCEL T, BLOCK C, LOTS 2-5,
> DANIEL ISLAND, OWEND BY DANIEL ISLAND ASSOCIATES, L.L.C." by Thomas &
> Hutton Engineering Co., dated February 23, 2000, last revised May 15, 2000, and recorded in the
> ROD Office for Berkeley county in Plat Cabinet O, ate page 237-A and 237-B, said lots having
> such size, shape, dimensions, buttings and boundings as will by reference to said plat more fully
> appear.

> BEING the same property conveyed to Joseph F. Russo and Kathleen M. Russo herein by deed of
> Greystar Homes, LLC, dated September 7, 2001 and recorded in the RMC Office for Berkeley
> County in Book 2408 at Page 42.

> Property Address: 853 Center Park, Charleston, SC 29492

> Grantee's Address: 1054 Blakeway Street, Charleston, SC 29492

> TMS# 275-11-02-068

TOGETHER with all and singular, the rights, members, hereditaments and appurtenances

to the said Premises belonging, or in anywise incident or appertaining,

TO HAVE AND TO HOLD all and singular, the said Premises before mentioned unto

the said **Christopher J. Watson,** his heirs and assign.

Recorded On-2006-Mar-17 As-52998

00052998 Vol: 5451 Pg:    62

| STATE OF SOUTH CAROLINA | ) | **QUIT CLAIM DEED** |
|---|---|---|
| | ) | **TITLE TO REAL ESTATE** |
| | ) | (Title Not Examined) |
| COUNTY OF BERKELEY | ) | Doc # 00052998 |

KNOW ALL PERSONS BY THESE PRESENTS THAT **CHRISTOPHER J. WATSON** in the state aforesaid, for and in consideration of the sum of Five  and 00/100ths Dollars ($5.00) to me in hand paid at and before the sealing of these presents by **DANIEL ISLAND PARTNERS, LLC,** in the state aforesaid, the receipt whereof is hereby acknowledged, have granted, bargained, sold and released, and by these presents, do grant, bargain, sell and release any and all interest unto the said **DANIEL ISLAND PARTNERS, LLC,** its successors and assigns, the following described property, to wit:

### SEE ATTACHED "EXHIBIT A"

TOGETHER with all and singular, the rights, members, hereditaments and appurtenances to the said Premises belonging, or in anywise incident or appertaining,

TO HAVE AND TO HOLD all and singular, the said Premises before mentioned unto the said **DANIEL ISLAND PARTNERS, LLC,** its successors and assigns, executors and administrators, to warrant and forever defend, all and singular, the said premises unto the said **DANIEL ISLAND PARTNERS, LLC,** its successors and assigns, against us and our assigns, and all persons whomsoever lawfully claiming, or to claim the same or any part thereof.

Recorded On-2006-Mar-17 As-52998

00052998 Vol: 5451 Pg:   64

# EXHIBIT A
## LEGAL DESCRIPTION


ALL that certain lot, piece, and parcel of land and all improvements thereon located on Daniel Island, situate, lying and being in the City of Charleston, Berkeley County, known as Lot 18, Block C, as shown and designated on a plat entitled "FINAL PLAT OF PARCEL U, BLOCK A, B, & BLOCK C, LOTS 9-24; & BLOCK D, LOTS 1-4 & PARCEL T, BLOCK C, LOTS 2-5, DANIEL ISLAND, OWEND BY DANIEL ISLAND ASSOCIATES, L.L.C." by Thomas & Hutton Engineering Co., dated February 23, 2000, last revised May 15, 2000, and recorded in the ROD Office for Berkeley county in Plat Cabinet O, ate page 237-A and 237-B, said lots having such size, shape, dimensions, buttings and boundings as will by reference to said plat more fully appear.

SUBJECT to restrictions, covenants, easements ect. of record.

BEING the same property conveyed to Christopher J. Watson herein by deed of Joseph F. Russo and Kathleen M. Russo, dated September 6, 2005 and recorded in the RMC Office for Berkeley County in Volume 5025 at Page 154.

Property Address: 853 Center Park, Charleston, SC 29492

Grantee's Address: 1054 Blakeway Street, Charleston, SC 29492

TMS# 275-11-02-068

Doc # 00032235

| STATE OF SOUTH CAROLINA | ) | **SPECIAL POWER OF ATTORNEY** |
| | ) | **FOR CLOSING REAL ESTATE** |
| COUNTY OF BERKELEY | ) | **TRANSACTION** |

00032235 Vol: 5025 Pg: 152

**KNOW ALL PERSONS BY THESE PRESENTS**, that as Principal, I,

**CHRISTOPHER J. WATSON** (hereinafter referred to as "Principal"), whose principal

address is 1054 Blakeway Street, Daniel Island, SC 29492 desiring to execute a

SPECIAL POWER OF ATTORNEY, hereby appoint, **DAVID G. PAGLIARINI** of 895

Island Park Drive, Suite 203, Charleston, SC 29492, my true and lawful Attorney-in-Fact

to act as follows, GRANTING unto my Attorney-in-Fact full power to:

> To do all things necessary to purchase the property at **853 Center Park Street, Daniel Island, Charleston, SC 29492** in Berkeley County, South Carolina, with full power and authority for me and in my name to execute any and all documents necessary to effect the settlement on said property, including but not limited to deeds, checks, receipts, releases, warranties, affidavits, contracts, addenda, settlement statements, loan commitments and disclosure statements, truths-in-lending statements, all forms of commercial papers, and any other such instrument or instruments in writing of whatever kind character and nature as may be necessary to complete the sale, financing agreements, and the settlement process. FURTHER GRANTING full power and authority to collect and receive funds or proceeds of said sale in any manner which, in his sole discretion, he sees fit.

I hereby ratify and affirm all that said attorney-in-fact shall lawfully do or cause

to be done by virtue of this SPECIAL POWER OF ATTORNEY and the rights and

powers herein granted.

# EXHIBIT Q

00030532 Vol: 4993 Ps: 82

STATE OF SOUTH CAROLINA   )     **SPECIAL POWER OF ATTORNEY**
                               )     **FOR CLOSING REAL ESTATE**
COUNTY OF BERKELEY         )     **TRANSACTION**    Doc # 00030532

      **KNOW ALL PERSONS BY THESE PRESENTS,** that as Principal, I,

**CHRISTOPHER J. WATSON** (hereinafter referred to as "Principal"), whose principal

address is 1054 Blakeway Street, Daniel Island, SC 29492 desiring to execute a

SPECIAL POWER OF ATTORNEY, hereby appoint, **DAVID G. PAGLIARINI** of 895

Island Park Drive, Suite 203, Charleston, SC 29492, my true and lawful Attorney-in-Fact

to act as follows, GRANTING unto my Attorney-in-Fact full power to:

        To do all things necessary to purchase the property at **1162
Barfield Street, Daniel Island, Charleston, SC 29492** in Berkeley
County, South Carolina, with full power and authority for me and in my
name to execute any and all documents necessary to effect the settlement
on said property, including but not limited to deeds, checks, receipts,
releases, warranties, affidavits, contracts, addenda, settlement statements,
loan commitments and disclosure statements, truths-in-lending statements,
all forms of commercial papers, and any other such instrument or
instruments in writing of whatever kind character and nature as may be
necessary to complete the sale, financing agreements, and the settlement
process. FURTHER GRANTING full power and authority to collect and
receive funds or proceeds of said sale in any manner which, in his sole
discretion, he sees fit.

      I hereby ratify and affirm all that said attorney-in-fact shall lawfully do or cause

to be done by virtue of this SPECIAL POWER OF ATTORNEY and the rights and

powers herein granted.

Recordod On-2006-Mar-17 As-52978

00052978 Vol: 5450 Pg: 247

| STATE OF SOUTH CAROLINA | ) | **QUIT CLAIM DEED** |
|---|---|---|
| | ) | **TITLE TO REAL ESTATE** |
| | ) | |
| COUNTY OF BERKELEY | ) | |

Doc # 00052978

KNOW ALL PERSONS BY THESE PRESENTS THAT **CHRISTOPHER J. WATSON** in the state aforesaid, for and in consideration of the sum of Five and 00/100ths Dollars ($5.00) to me in hand paid at and before the sealing of these presents by **DANIEL ISLAND PARTNERS, LLC,** in the state aforesaid, the receipt whereof is hereby acknowledged, have granted, bargained, sold and released, and by these presents, do grant, bargain, sell and release any and all interest unto the said **DANIEL ISLAND PARTNERS, LLC,** its successors and assigns, the following described property, to wit:

### SEE ATTACHED "EXHIBIT A"

TOGETHER with all and singular, the rights, members, hereditaments and appurtenances to the said Premises belonging, or in anywise incident or appertaining,

TO HAVE AND TO HOLD all and singular, the said Premises before mentioned unto the said **DANIEL ISLAND PARTNERS, LLC,** its successors and assigns, executors and administrators, to warrant and forever defend, all and singular, the said premises unto the said **DANIEL ISLAND PARTNERS, LLC,** its successors and assigns, against us and our assigns, and all persons whomsoever lawfully claiming, or to claim the same or any part thereof.

00052978 Vol: 5450 Pg: 249

## EXHIBIT A
## LEGAL DESCRIPTION

ALL that certain lot, piece, and parcel of land and all improvements thereon located on Daniel Island, situate, lying and being in the City of Charleston, Berkeley County, known as Lot 21, Block E, of Parcel V, Daniel Island, as shown and designated on a plat entitled "FINAL PLAT OF PA RESUBDIVISION & THE ADJUSTMENT OF PROPERTY LINES WITHIN PARCEL V, BLOCK E, LOTS 1 THROUGH 41B, OWNED BY DANIEL ISLAND ASSOCIATES, LLC", by Thomas & Hutton Engineering Co., dated January 24, 2002, and recorded in the aforesaid Office in Plat Cabinet P, at Page 168A. Said lot having such size, shape, dimensions, buttings and boundings as will by reference to said plat more fully appear.

Said Lot being subject to any and all covenants, restrictions, easements, agreements, declarations, memorandums, assessments, conditions, etc. listed in that certain deed recorded in the ROD Office for Berkeley County in Book 3237 at Page 249.

BEING the same property conveyed to Christopher J. Watson by deed of William B. Wright and Barbara R. Wright dated September 8, 2005 and recorded on September 12, 2005 in the ROD Office for Berkeley County in Book 4993 at Page 85.

Property Address: 1162 Barfield Street, Charleston, SC 29492

TMS # 275-11-01-122

Recorded On 2005-Sep-12 As 30533

Doc # 00030533

00030533 Vol: 4993 Ps: 85

STATE OF SOUTH CAROLINA    )                  **TITLE TO REAL ESTATE**
                          )
COUNTY OF BERKELEY        )

KNOW ALL PERSONS BY THESE PRESENTS THAT **William B. Wright and Barbara R. Wright**, in the state aforesaid, for and in consideration of the sum of Four Hundred and Ten Thousand and No/100ths Dollars ($410,000.00) to me in hand paid at and before the sealing of these presents by **Christopher J. Watson**, in the state aforesaid, the receipt whereof is hereby acknowledged, have granted, bargained, sold and released, and by these presents, do grant, bargain, sell and release unto the said **Christopher J. Watson,** his heirs and assigns, the following described property, to wit:

ALL that certain lot, piece, and parcel of land and all improvements thereon located on Daniel Island, situate, lying and being in the City of Charleston, Berkeley County, known as Lot 21, Block E, of Parcel V, Daniel Island, as shown and designated on a plat entitled "FINAL PLAT OF PA RESUBDIVISION & THE ADJUSTMENT OF PROPERTY LINES WITHIN PARCEL V, BLOCK E, LOTS 1 THROUGH 41B, OWNED BY DANIEL ISLAND ASSOCIATES, LLC", by Thomas & Hutton Engineering Co., dated January 24, 2002, and recorded in the aforesaid Office in Plat Cabinet P, at Page 168A. Said lot having such size, shape, dimensions, buttings and boundings as will by reference to said plat more fully appear.

Said Lot being subject to any and all covenants, restrictions, easements, agreements, declarations, memorandums, assessments, conditions, ect. listed in that certain deed recorded in the RMC Office for Berkeley County in Book 3237 at Page 249.

BEING the same property conveyed to William B. Wright and Barbara R. Wright herein by deed of Beazer Homes Corp., a Tennessee Corporation, dated March 27, 2003 and recorded in the RMC Office for Berkeley County in Book 3237 at Page 249.

Property Address: 1162 Barfield Street, Charleston, SC 29492

Grantee's Address: 1054 Blakeway Street, Charleston, SC 29492

TMS# 275-11-01-122

TOGETHER with all and singular, the rights, members, hereditaments and appurtenances to the said Premises belonging, or in anywise incident or appertaining,

TO HAVE AND TO HOLD all and singular, the said Premises before mentioned unto the said **Christopher J. Watson,** his heirs and assigns.

Recorded On-2005-Sep-23 As-32237

Doc # 00032237

1162 *Banfield*

Return To:
Wachovia Mortgage
Corporation
1100 Corporate Center Drive,
Raleigh, NC 27607

00032237 Vol: 5025 Pg:  159

Prepared By:
Wachovia Mortgage
Corporation
1100 Corporate Center Drive
Raleigh, NC 27607

———————————————— [Space Above This Line For Recording Data] ————————————————

# MORTGAGE
MIN 100013700057674507

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in
Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are
also provided in Section 16.

(A) "Security Instrument" means this document, which is dated    September 8, 2005
together with all Riders to this document.
(B) "Borrower" is Watson, Christopher J, Sole Owner

Borrower is the mortgagor under this Security Instrument.
(C) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is
acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the mortgagee
under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an
address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

241455                                                                          000005767450

SOUTH CAROLINA - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS  Form 3041  1/01

-6A(SC) (0005) 01

Page 1 of 15                    Initials:

VMP MORTGAGE FORMS - (800) 521-7291

000005767450 Watson

22