Thomas V. Marino, Esq. (TM 7397)
Dunnington Bartholow & Miller LLP
Attorneys for Plaintiffs
477 Madison Avenue – 12th Floor
New York, New York 10022
(212) 682-8811

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHEA DEVELOPMENT CORP., BRAVERA,
INC., and IP HOLDING OF NEVADA CORP.,

                               Plaintiffs,              07 Civ. 11201(DLC) (GWG)

        -    against -
CHRISTOPHER WATSON, and ELIZABETH ANNE
CONLEY,
                               Defendants.
-----------------------------------------------------------------X

### DECLARATION OF FRANCIS E. WILDE IN OPPOSITION TO DEFENDANT CHRISTOPHER WATSON'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

FRANCIS E. WILDE, hereby declares and says:

1.      I am Chairman and Chief Executive Officer of Riptide Worldwide, Inc.

("Riptide") f/k/a Shea Development Corp. ("Shea"), one of the plaintiffs in the above

captioned action.[1]  I submit this affidavit in opposition to defendant Christopher

Watson's motion to dismiss this action for lack of subject matter jurisdiction. I am

personally familiar with the facts set forth herein.

2.      This action arises out of a merger acquisition which took place on or about

July 16, 2007 by and among Shea, now Riptide, on the one side and Bravera, Inc.

("Bravera") and defendant Christopher Watson ("Watson") on the other, by which Shea

acquired Bravera through a wholly owned subsidiary.

---

[1] After the commencement of this action, Shea changed its name to Riptide Worldwide, Inc. ("Riptide").
The change became effective as of January 2, 2008.

3.      During the acquisition negotiations, Shea's operations were located in Florida, Georgia, and Texas.  Bravera was based on Daniel Island, Charleston, South Carolina with operations located on Daniel Island and in Reston, Virginia.

4.      I personally negotiated the purchase of Bravera on behalf of Shea.  At the time Bravera was wholly owned by defendant Christopher Watson. The negotiations took place in various locations including North Carolina, South Carolina, New York, Florida, and Virginia.

5.      During the period from April 2007 through the closing of the merger in mid-July 2007, I had the opportunity to have a number of personal discussions with Watson.  Watson told me that when he decided to move to Charleston in 2003, he purchased a home for two million dollars for himself, his wife, and their two children on Daniel Island in the Charleston, South Carolina, metropolitan area.

6.      Watson also told me that he owned and personally operated a Columbia 400 airplane.  During our negotiations over his post-merger employment agreement, Watson negotiated the right to seek reimbursement from Bravera when he used his personal aircraft in connection with his employment.[2]  (*See* Exhibit A, hereto.)

7.      Following the acquisition, Watson was employed by Bravera through at least September 29, 2007, which is the date he submitted his resignation.  During that period and in the months preceding the acquisition, Watson made several trips using his personal airplane to Orlando, Florida which is the headquarters of Shea.

8.      The flight plan report for Watson's airplane shows that during the 11 month period between January 24, 2007 and December 21, 2007, 38 flights originated in

---

[2] The aircraft was owned by Niner TJ LLC, which is wholly owned by Watson.  In the calendar/fiscal year 2006, the last full year that Watson owned Bravera, Bravera paid Niner TJ LLC $33,000 for the lease of transportation equipment including this aircraft.

Charleston, South Carolina and only 5 flights originated in Key West, Florida.  Also during that period, 37 flights had Charleston, South Carolina as a destination and only 5 had Key West, Florida as a destination.  (*See* Exhibit B, hereto.)

9.      According to this flight plan report, Watson has traveled to Key West, Florida only three times in 2007 using his private plane.  The first time he flew to Key West in 2007 was on May 1, 2007, when he obtained a Florida driver's license (the date on the license annexed to Watson Declaration is May 2, 2007) and possibly the lease for his apartment.  He again flew to Key West on Sunday, May 6, 2007.  He spent 3 days in Florida, stopping over at Riptide's headquarters in Orlando, Florida.  According to this flight plan report, Watson did not fly to Key West, Florida again until Friday, October 19, 2007.  The flight plan shows that the flight originated in Charleston, South Carolina with Miami as the same day destination, and then onto Key West.  Watson stayed in Key West for only two days and then flew onto Miami and then back to Key West.  He retuned to Charleston, South Carolina on October 22, 2007.  The other few times that Watson flew to Florida were primarily to Orlando, where Riptide has its headquarters with a week long stop-over in the Bahamas.  (*See* Exhibit B, hereto).

10.      I understand that Watson recently told one of my associates that he had to stop using his airplane in late December 2007 because he could not afford to maintain it anymore.  This likely explains why the plane has been grounded since December 21, 2007.  Watson is now trying to sell his airplane as evidenced by a Sunday, January 20, 2008 listing in controller.com. The website states that the aircraft is located at an airport in Charleston, South Carolina and that the contact for the sale is Christopher Watson. (*See* Exhibit C, hereto, at pages 1-3 and 5.)

11.    After the acquisition, Watson agreed to assume responsibility for the model 530 BMW car purchased on an installment loan by Bravera for Watson's use. Watson kept the vehicle in Virginia where another company he owned, Intellectus, LLC, was based.  The BMW carried Maryland license plate 8AFB07.  The car is registered in the name of Workflow Systems, LLC which I believe is an illegal and misleading d/b/a name used by Work Flow Systems North America, LLC, a predecessor of Bravera that was then wholly owned by Watson.

12.    As part of the merger negotiations, Watson agreed to assume liability for the installment loan and transfer title to the vehicle to himself, which he could have easily done as the sole owner of Bravera.  Although Bravera ceased to pay the installment loan after the merger, title remains in the name of Workflow Systems, LLC.   When Watson resigned his employment with Bravera, he was obligated to return the car to the company since the car was still in the company's name, but he failed to do that.  Watson is not authorized to operate that vehicle, yet our investigator reported that he observed that car on Daniel Island, South Carolina only last week, still carrying the same Maryland license plate.  (*See* the accompanying affidavit of R. Dodge Frederick at ¶ 23.)

13.    In addition to the family home on Daniel Island, South Carolina which Watson owned jointly with his wife, Watson also owns either directly or indirectly through Daniel Island Partners, LLC, two condominiums located at 300 Bucksley Lane, Daniel Island, South Carolina which I had an occasion to view after meeting with Watson in early September 2007.

14.    Watson used one of the condominiums as a sales office for Bravera on Daniel Island, South Carolina which housed defendant Elizabeth Anne Conley and her

staff.  After the acquisition, Bravera continued to lease that office for a brief period.

Watson sued Bravera in a South Carolina Court for back rent allegedly due under this

arrangement.  (*See* Exhibit D, hereto.)

      15.    Watson used the other condominium on Daniel Island, South Carolina as

an office for his own headquarters staff.  I specifically remember being told by him that

his accounting staff operated out of that office.

      16.    Watson also told me that he had a condominium in Key West, Florida, that

I now understand is a rental unit.  He told me that he used his "condo" for occasional

weekend getaways and as a tax dodge, since Florida does not have an income tax.

      17.    In his Declaration in Support of this Motion (at ¶ 5), Watson states: "I file

tax returns with the State of Florida."  Since Florida does not have a State income tax and

since he does not own real property there, and has not registered a car in Florida, I can't

imagine what tax returns he has filed there.  His declaration, not surprisingly, is not

particularly illuminating in that regard.

      18.    After reviewing his file in connection with this action, it appears that

Watson listed 4446-1A Hendricks Avenue, Suite 238, Jacksonville, Florida as his address

for purposes of his Employment Agreement with Bravera.  After Watson filed his motion

to dismiss, I sent one of our staff to photograph that location.  It appears that 4446-1A

Hendricks Avenue is a UPS Store location and that Suite 238 is a mail box at that UPS

Store.  (*See* Exhibit E, hereto.)  Bravera has never had an occasion to use the

Jacksonville, Florida address for any business purposes or to send any materials to

Watson there.

19.     After the acquisition was consummated, Bravera continued to direct deposit payroll checks for Watson at a Wachovia Bank branch on Daniel Island, South Carolina.  He continued to have his American Express card account statements sent to his accounting department at 300 Bucksley Lane, Suite 305, Daniel Island, SC through at least October 26, 2007 which is the most current complete statement in our files.  (A copy of this statement and the September 27, 2007 statement are annexed as Exhibit F, hereto.) Neither statement records any charges in Florida during that two month period.

20.     Based on these facts and the facts set forth in the affidavit of R. Dodge Frederick, the Court should not have any reservations in finding that at the time this action was commenced, Watson's domicile was and remains in South Carolina. Nevertheless, if this Court orders an evidentiary hearing on the issue, plaintiffs request an opportunity to engage in expedited deposition and document discovery.

21.     WHEREFORE, plaintiffs respectfully request that the Court deny defendant Christopher Watson's motion in its entirety together with such other and further relief as the Court deems just and proper.

I, Francis E. Wilde, declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct.  Executed this 30th day of January 2008 in Dallas, Texas.

_____
Francis E. Wilde

# EXHIBIT A

**Name** Chris Watson

**Date** 10/10/2007

**Manager** Chris Watson

# BRAVERA

# Expense Report

| Date | Client/Project | Description | Billable to Client? | Pre-paid by company? | Auto | | Transport | Lodging | Meals | Misc. | Totals |
|------|----------------|-------------|---------------------|----------------------|------|------|-----------|---------|-------|-------|--------|
| | | | | | Miles | Amount | | | | | |
| 01-Oct-07 | Bravera: Admin | Corporate Apartment Rent - Herndon, VA | | | 0 | $0.00 | | | | $1,882.00 | $1,882.00 |
| 01-Oct-07 | Bravera: Admin | Niner TJ Flight Hours for Sept. (17 hrs) | | | 0 | $0.00 | | | | $5,100.00 | $5,100.00 |
| 01-Oct-07 | Bravera: Admin | Cell Phone Reimbursement - 202.256.8092 | | | 0 | $0.00 | | | | $193.02 | $193.02 |
| 01-Oct-07 | Bravera: Admin | Cell Phone Reimbursement - 843.743.1902 | | | 0 | $0.00 | | | | $235.79 | $235.79 |
| 01-Oct-07 | Bravera: Admin | BMW payment | | | 0 | $0.00 | | | | $160.73 | $160.73 |
| | Bravera: Admin | Outstanding balance & termination fees for Cell phone #s 843-568-4925, 276-814-5205, 843-743-1902 | | | 0 | $0.00 | | | | $786.77 | $786.77 |
| | | | | | 0 | $0.00 | | | | | $0.00 |
| | | | | | 0 | $0.00 | | | | | $0.00 |
| | | | | | 0 | $0.00 | | | | | $0.00 |
| | | | | | 0 | $0.00 | | | | | $0.00 |
| | | | | | 0 | $0.00 | | | | | $0.00 |
| | | | | | 0 | $0.00 | | | | | $0.00 |
| | | | | | 0 | $0.00 | | | | | $0.00 |
| | | | | | 0 | $0.00 | | | | | $0.00 |
| | | | | | 0 | $0.00 | | | | | $0.00 |
| | | | | | 0 | $0.00 | | | | | $0.00 |
| | | Total billable to client | | | | | | | | | |
| | | Total not billable to client | | | | | | | | | |
| | | Total paid by advance or corporate card | | | | | | | | | |
| | | Total due to employee | $8,478.31 | | | | | | | | |
| | | Total Expense Report | $8,478.31 | | | | | | | | |

End 10/10/07

**EXHIBIT B**

| Ident | Type | Origin | Origin Name | Origin City | Destination | Destination Name | Destination City | Departure Time | Arrival Time | Enroute |
|-------|------|--------|-------------|-------------|-------------|------------------|------------------|----------------|-------------|---------|
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-01-24 01:22PM EST | 2007-01-24 03:29PM EST | 2:07 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-01-26 02:39PM EST | 2007-01-26 04:48PM EST | 2:09 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-01-31 09:32AM EST | 2007-01-31 09:32AM EST | n/a |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-02-20 02:49PM EST | 2007-02-20 04:50PM EST | 2:01 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-02-23 05:45PM EST | 2007-02-23 07:50PM EST | 2:05 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-02-28 12:07PM EST | 2007-02-28 02:16PM EST | 2:09 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KFAY | Fayetteville Rgnl | Fayetteville, NC | 2007-03-02 02:15PM EST | 2007-03-02 03:19PM EST | 1:04 |
| N999TJ | COL4 | KFAY | Fayetteville Rgnl | Fayetteville, NC | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-03-02 02:15PM EST | 2007-03-02 04:12PM EST | 1:57 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-03-02 04:51PM EST | 2007-03-02 05:34PM EST | 0:43 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-03-06 03:25PM EST | 2007-03-06 05:41PM EST | 2:16 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-03-10 10:30AM EST | 2007-03-10 12:46PM EST | 2:16 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-03-18 02:38PM EDT | 2007-03-18 04:55PM EDT | 2:17 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-03-24 11:42AM EDT | 2007-03-24 02:00PM EDT | 2:18 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-03-26 02:58PM EDT | 2007-03-26 05:04PM EDT | 2:06 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KTUL | Tulsa Intl | Tulsa, OK | 2007-03-27 06:44PM EDT | 2007-03-27 09:00PM EDT | 2:16 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KFYV | Drake Field | Fayetteville, AR | 2007-03-31 03:02PM EDT | 2007-03-31 05:48PM CDT | 3:46 |
| N999TJ | COL4 | KFYV | Drake Field | Fayetteville, AR | 4M2 | Booneville Muni | Booneville, AR | 2007-03-31 03:02PM EDT | 2007-03-31 06:30PM CDT | 4:28 |
| N999TJ | COL4 | KFYV | Drake Field | Fayetteville, AR | KFMN | Four Corners Rgnl | Farmington, NM | 2007-03-31 03:02PM EDT | 2007-03-31 04:23PM CDT | 2:21 |
| N999TJ | CL4 | KFMN | Four Corners Rgnl | Farmington, NM | KOAK | Metropolitan Oakland Intl | Oakland, CA | 2007-03-31 08:01PM CDT | 2007-03-31 11:10PM MDT | 4:09 |
| N999TJ | COL4 | KOAK | Metropolitan Oakland Intl | Oakland, CA | KBFI | Boeing Field Intl | Seattle, WA | 2007-04-01 01:03PM MDT | 2007-04-01 04:16PM PDT | 4:13 |
| N999TJ | COL4 | KBFI | Boeing Field Intl | Seattle, WA | KOAK | Metropolitan Oakland Intl | Oakland, CA | 2007-04-03 03:19PM PDT | 2007-04-03 06:32PM PDT | 3:08 |
| N999TJ | COL4 | KOAK | Metropolitan Oakland Intl | Oakland, CA | KLGB | Daugherty Field | Long Beach, CA | 2007-04-07 03:05PM PDT | 2007-04-07 06:22PM PDT | 3:17 |
| N999TJ | COL4 | KLGB | Daugherty Field | Long Beach, CA | KSAN | San Diego Intl | San Diego, CA | 2007-04-08 11:50AM PDT | 2007-04-08 01:32PM PDT | 1:42 |
| N999TJ | COL4 | KSAN | San Diego Intl | San Diego, CA | KDTO | Denton Muni | Denton, TX | 2007-04-10 02:07PM PDT | 2007-04-10 02:31PM PDT | 0:24 |
| N999TJ | COL4 | KDTO | Denton Muni | Denton, TX | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-04-11 02:40PM CDT | 2007-04-11 08:46PM CDT | 4:06 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KRDU | Raleigh-Durham Intl | Raleigh/Durham, NC | 2007-04-12 07:38AM CDT | 2007-04-12 12:16PM EDT | 3:38 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-04-17 02:20PM EDT | 2007-04-17 03:29PM EDT | 1:09 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-04-18 10:43AM EDT | 2007-04-18 12:54PM EDT | 2:11 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-04-21 01:55PM EDT | 2007-04-21 04:04PM EDT | 2:09 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-04-22 05:26PM EDT | 2007-04-22 07:37PM EDT | 2:11 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KRDU | Raleigh-Durham Intl | Raleigh/Durham, NC | 2007-04-24 03:21PM EDT | 2007-04-24 05:37PM EDT | 2:16 |
| N999TJ | COL4 | KRDU | Raleigh-Durham Intl | Raleigh/Durham, NC | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-04-26 07:21AM EDT | 2007-04-26 08:15AM EDT | 0:54 |
| N999TJ | COL4 | KRDU | Raleigh-Durham Intl | Raleigh/Durham, NC | KISM | Kissimmee Gateway | Orlando, FL | 2007-04-26 07:03PM EDT | 2007-04-26 07:17PM EDT | 0:14 |
| N999TJ | COL4 | KISM | Kissimmee Gateway | Orlando, FL | KEYW | Key West Intl | Key West, FL | 2007-04-26 07:03PM EDT | 2007-04-26 09:42PM EDT | 2:39 |
| N999TJ | COL4 | KEYW | Key West Intl | Key West, FL | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-05-01 01:57PM EDT | 2007-05-01 03:12PM EDT | 1:15 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KEYW | Key West Intl | Key West, FL | 2007-05-06 12:41PM EDT | 2007-05-06 03:35PM EDT | 2:54 |
| N999TJ | COL4 | KEYW | Key West Intl | Key West, FL | KOPF | Opa Locka | Miami, FL | 2007-05-06 03:05PM EDT | 2007-05-06 06:31PM EDT | 3:26 |
| N999TJ | COL4 | KOPF | Opa Locka | Miami, FL | KEYW | Key West Intl | Key West, FL | 2007-05-07 08:19AM EDT | 2007-05-07 09:05AM EDT | 0:46 |
| N999TJ | COL4 | KEYW | Key West Intl | Key West, FL | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-05-08 07:01PM EDT | 2007-05-08 07:47PM EDT | 0:46 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-05-09 01:50PM EDT | 2007-05-09 05:12PM EDT | 3:22 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KRIC | Richmond Intl | Richmond, VA | 2007-05-10 01:38PM EDT | 2007-05-10 03:41PM EDT | 2:03 |
| N999TJ | COL4 | KRIC | Richmond Intl | Richmond, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-05-11 05:49PM EDT | 2007-05-11 06:20PM EDT | 0:31 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KRIC | Richmond Intl | Richmond, VA | 2007-05-11 06:49PM EDT | 2007-05-11 08:30PM EDT | 1:41 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-05-13 05:37PM EDT | 2007-05-13 07:29PM EDT | 1:52 |
| N999TJ | COL4 | KRIC | Richmond Intl | Richmond, VA | KJYO | Leesburg Executive | Leesburg, VA | 2007-05-13 05:37PM EDT | 2007-05-13 07:05PM EDT | 1:28 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-05-13 07:48PM EDT | 2007-05-13 08:22PM EDT | 0:34 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KDAL | Dallas Love Field | Dallas, TX | 2007-05-15 06:14PM EDT | 2007-05-15 08:32PM EDT | 2:18 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | 6A2 | Griffin-Spalding County | Griffin, GA | 2007-05-18 07:36AM EDT | 2007-05-18 07:03AM CDT | 0:27 |
| N999TJ | CL4 | 6A2 | Griffin-Spalding County | Griffin, GA | KDAL | Dallas Love Field | Dallas, TX | 2007-05-18 07:36AM EDT | 2007-05-18 08:42AM CDT | 1:06 |
| N999TJ | COL4 | KDAL | Dallas Love Field | Dallas, TX | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-05-18 08:19AM CDT | 2007-05-18 11:52AM CDT | 3:27 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-05-19 12:03PM CDT | 2007-05-19 05:11PM EDT | 4:08 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-05-21 09:46AM EDT | 2007-05-21 11:54AM EDT | 2:08 |
| | | | | | | | | 2007-05-23 07:09PM EDT | 2007-05-23 09:07PM EDT | 1:58 |

| Tail | Type | From | From Name | From City | To | To Name | To City | Departure | Arrival | Dur |
|---|---|---|---|---|---|---|---|---|---|---|
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KOPF | Opa Locka | Miami, FL | 2007-05-29 09:13AM EDT | 2007-05-29 11:48AM EDT | 2:35 |
| N999TJ | COL4 | KOPF | Opa Locka | Miami, FL | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-05-29 04:54PM EDT | 2007-05-29 04:54PM EDT | n/a |
| N999TJ | COL4 | KPBI | Palm Beach Intl | West Palm Beach, FL | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-05-29 04:54PM EDT | 2007-05-29 08:04PM EDT | 3:10 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-05-31 07:02AM EDT | 2007-05-31 09:14AM EDT | 2:12 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-06-02 11:20AM EDT | 2007-06-02 01:44PM EDT | 2:24 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KRDU | Raleigh-Durham Intl | Raleigh/Durham, NC | 2007-06-08 07:48AM EDT | 2007-06-08 08:43AM EDT | 0:55 |
| N999TJ | COL4 | KRDU | Raleigh-Durham Intl | Raleigh/Durham, NC | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-06-08 02:14PM EDT | 2007-06-08 03:23PM EDT | 1:09 |
| N999TJ | C210 | KISM | Kissimmee Gateway | Orlando, FL | KISM | Kissimmee Gateway | Orlando, FL | 2007-07-09 10:54AM EDT | 2007-07-09 12:44PM EDT | 1:50 |
| N999TJ | COL4 | MYAM | Marsh Harbour | | MYAM | Marsh Harbour | | 2007-07-09 02:12PM EDT | 2007-07-09 07:39PM GMT | 1:27 |
| N999TJ | COL4 | KFPR | St Lucie County Intl | Fort Pierce, FL | KFPR | St Lucie County Intl | Fort Pierce, FL | 2007-07-15 03:20PM GMT | 2007-07-15 12:22PM EDT | 1:02 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-07-16 01:31PM EDT | 2007-07-16 03:30PM EDT | 1:59 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KJYO | Leesburg Executive | Leesburg, VA | 2007-07-25 10:44AM EDT | 2007-07-25 12:51PM EDT | 2:07 |
| N999TJ | COL4 | KROC | Greater Rochester Intl | Rochester, NY | KROC | Greater Rochester Intl | Rochester, NY | 2007-07-26 11:24AM EDT | 2007-07-26 12:44PM EDT | 1:20 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KORL | Executive | Orlando, FL | 2007-07-27 07:55AM EDT | 2007-07-27 11:25AM EDT | 3:30 |
| N999TJ | COL4 | KORL | Executive | Orlando, FL | KSUA | Witham Field | Stuart, FL | 2007-07-28 11:47AM EDT | 2007-07-28 12:31PM EDT | 0:44 |
| N999TJ | COL4 | KSUA | Witham Field | Stuart, FL | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-07-28 03:03PM EDT | 2007-07-28 06:17PM EDT | 3:14 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-08-06 06:56PM EDT | 2007-08-06 09:17PM EDT | 2:21 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KMQJ | Mount Comfort | Indianapolis, IN | 2007-08-09 03:15PM EDT | 2007-08-09 05:45PM EDT | 2:30 |
| N999TJ | CLO4 | KMQJ | Mount Comfort | Indianapolis, IN | KOKK | Kokomo Muni | Kokomo, IN | 2007-08-09 03:15PM EDT | 2007-08-09 05:25PM EDT | 2:10 |
| N999TJ | COL4 | 0K7 | Humboldt Muni | Humboldt, IA | 0K7 | Humboldt Muni | Humboldt, IA | 2007-08-09 06:37PM EDT | 2007-08-09 08:06PM CDT | 2:29 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-08-12 12:11PM CDT | 2007-08-12 04:49PM CDT | 3:38 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KMQB | Macomb Muni | Macomb, IL | 2007-08-14 02:23PM EDT | 2007-08-14 04:33PM EDT | 2:10 |
| N999TJ | COL4 | KMQB | Macomb Muni | Macomb, IL | KRRQ | Rock Rapids Muni | Rock Rapids, IA | 2007-08-26 12:20PM EDT | 2007-08-26 03:02PM CDT | 3:42 |
| N999TJ | COL4 | KRRQ | Rock Rapids Muni | Rock Rapids, IA | KDTO | Denton Muni | Denton, TX | 2007-08-26 03:59PM CDT | 2007-08-26 05:43PM CDT | 1:44 |
| N999TJ | COL4 | KDTO | Denton Muni | Denton, TX | KCHA | Lovell Field | Chattanooga, TN | 2007-08-26 09:56PM CDT | 2007-08-26 09:56PM EDT | 3:33 |
| N999TJ | COL4 | KCHA | Lovell Field | Chattanooga, TN | KMEM | Memphis Intl | Memphis, TN | 2007-08-27 04:27PM EDT | 2007-08-27 09:14PM EDT | 3:47 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-08-27 04:27PM EDT | 2007-08-27 06:27PM EDT | 2:02 |
| N999TJ | COL4 | KMCO | Orlando Intl | Orlando, FL | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-08-27 10:12PM EDT | 2007-08-27 11:55PM EDT | 1:43 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KMCO | Orlando Intl | Orlando, FL | 2007-08-28 06:04PM EDT | 2007-08-28 07:40PM EDT | 1:36 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-08-30 05:56PM EDT | 2007-08-30 07:41PM EDT | 1:45 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-09-03 05:32PM EDT | 2007-09-03 07:41PM EDT | 2:09 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KLYH | Lynchburg Rgnl | Lynchburg, VA | 2007-09-06 06:58PM EDT | 2007-09-06 09:11PM EDT | 2:13 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-09-12 07:28AM EDT | 2007-09-12 09:31AM EDT | 2:03 |
| N999TJ | COL4 | KROA | Roanoke Rgnl | Roanoke, VA | KJYO | Leesburg Executive | Leesburg, VA | 2007-09-14 05:52PM EDT | 2007-09-14 06:37PM EDT | 0:45 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-09-15 01:22PM EDT | 2007-09-15 02:40PM EDT | 1:18 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KJYO | Leesburg Executive | Leesburg, VA | 2007-09-20 05:21PM EDT | 2007-09-20 07:27PM EDT | 2:06 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-09-23 10:09AM EDT | 2007-09-23 12:20PM EDT | 2:11 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KJYO | Leesburg Executive | Leesburg, VA | 2007-09-25 10:09AM EDT | 2007-09-25 12:19PM EDT | 2:10 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-09-28 04:35PM EDT | 2007-09-28 06:43PM EDT | 2:08 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KJYO | Leesburg Executive | Leesburg, VA | 2007-10-16 02:45PM EDT | 2007-10-16 04:56PM EDT | 2:11 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-10-18 05:05PM EDT | 2007-10-18 07:24PM EDT | 2:19 |
| N999TJ | COL4 | KOPF | Opa Locka | Miami, FL | KEYW | Key West Intl | Key West, FL | 2007-10-19 10:25AM EDT | 2007-10-19 01:13PM EDT | 2:48 |
| N999TJ | COL4 | KEYW | Key West Intl | Key West, FL | KOPF | Opa Locka | Miami, FL | 2007-10-19 02:05PM EDT | 2007-10-21 10:36AM EDT | 0:46 |
| N999TJ | COL4 | KOPF | Opa Locka | Miami, FL | KEYW | Key West Intl | Key West, FL | 2007-10-21 09:48AM EDT | 2007-10-21 10:36AM EDT | 0:48 |
| N999TJ | COL4 | KEYW | Key West Intl | Key West, FL | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-10-21 11:55AM EDT | 2007-10-21 12:42PM EDT | 0:47 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KRDU | Raleigh-Durham Intl | Raleigh/Durham, NC | 2007-10-22 04:26PM EDT | 2007-10-22 07:21PM EDT | 2:55 |
| N999TJ | COL4 | KRDU | Raleigh-Durham Intl | Raleigh/Durham, NC | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-10-27 09:06AM EDT | 2007-10-27 10:01AM EDT | 0:55 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KRDU | Raleigh-Durham Intl | Raleigh/Durham, NC | 2007-10-28 01:50PM EDT | 2007-10-28 02:49PM EDT | 0:59 |
| N999TJ | COL4 | KRDU | Raleigh-Durham Intl | Raleigh/Durham, NC | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-10-28 03:28PM EDT | 2007-10-28 04:23PM EDT | 0:55 |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-10-30 11:30AM EDT | 2007-10-30 01:40PM EDT | 2:10 |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KORL | Executive | Orlando, FL | 2007-10-31 07:18PM EDT | 2007-10-31 09:43PM EDT | 2:25 |
| | | | | | | | | 2007-11-01 01:40PM EDT | 2007-11-01 03:07PM EDT | 1:27 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N999TJ | COL4 | KORL | Executive | Orlando, FL | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-11-04 03:53PM EST | 2007-11-04 05:35PM EST | 1:42 | |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KMEM | Memphis Intl | Memphis, TN | 2007-11-05 05:03PM EST | 2007-11-05 06:36PM CST | 2:33 | |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KTUP | Tupelo Rgnl | Tupelo, MS | 2007-11-05 05:03PM EST | 2007-11-05 06:57PM CST | 2:54 | |
| N999TJ | COL4 | KTUP | Tupelo Rgnl | Tupelo, MS | KSGF | Springfield Arpt | Springfield, MO | 2007-11-05 08:05PM CST | 2007-11-05 10:25PM CST | 2:20 | |
| N999TJ | COL4 | KSGF | Springfield Arpt | Springfield, MO | KTRI | Tri-Cities Rgnl Tn/Va | Bristol/Johnson/Kingsport, TN | 2007-11-07 02:47PM EST | 2007-11-07 06:25PM EST | 2:38 | |
| N999TJ | COL4 | KTRI | Tri-Cities Rgnl Tn/Va | Bristol/Johnson/Kingsport, TN | KIAD | Washington Dulles Intl | Washington, DC | 2007-11-07 08:47PM EST | 2007-11-07 10:18PM EST | 1:31 | |
| N999TJ | COL4 | KIAD | Washington Dulles Intl | Washington, DC | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-11-09 04:27PM EST | 2007-11-09 06:38PM EST | 2:11 | |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KJYO | Leesburg Executive | Leesburg, VA | 2007-11-13 05:17PM EST | 2007-11-13 07:25PM EST | 2:08 | |
| N999TJ | COL4 | KJYO | Leesburg Executive | Leesburg, VA | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-11-16 12:12PM EST | 2007-11-16 02:10PM EST | 1:58 | |
| N999TJ | COL4 | KCHS | Charleston Afb/Intl | Charleston, SC | KPAH | Barkley Rgnl | Paducah, KY | 2007-11-19 11:16AM CST | 2007-11-19 01:14PM CST | 2:58 | |
| N999TJ | COL4 | KPAH | Barkley Rgnl | Paducah, KY | KSLN | Salina Muni | Salina, KS | 2007-11-19 01:54PM CST | 2007-11-19 04:22PM CST | 2:28 | |
| N999TJ | COL4 | KSLN | Salina Muni | Salina, KS | KFOM | Fillmore Muni | Fillmore, UT | 2007-12-15 12:35PM CST | 2007-12-15 08:31PM GMT | 1:56 | |
| N999TJ | COL4 | KSLN | Salina Muni | Salina, KS | KCNY | Canyonlands Field | Moab, UT | 2007-12-15 12:35PM CST | 2007-12-15 02:46PM MST | 3:11 | |
| N999TJ | COL4 | KCNY | Canyonlands Field | Moab, UT | KOAK | Metropolitan Oakland Intl | Oakland, CA | 2007-12-15 03:54PM MST | 2007-12-15 06:35PM PST | 3:41 | |
| N999TJ | COL4 | KOAK | Metropolitan Oakland Intl | Oakland, CA | KLGB | Daugherty Field | Long Beach, CA | 2007-12-19 11:52AM PST | 2007-12-19 01:43PM PST | 1:51 | |
| N999TJ | COL4 | KLGB | Daugherty Field | Long Beach, CA | KSAF | Santa Fe Muni | Santa Fe, NM | 2007-12-20 12:51PM PST | 2007-12-20 04:28PM MST | 2:37 | |
| N999TJ | COL4 | KSAF | Santa Fe Muni | Santa Fe, NM | KTUL | Tulsa Intl | Tulsa, OK | 2007-12-20 05:09PM MST | 2007-12-20 08:25PM CST | 2:16 | |
| N999TJ | COL4 | KTUL | Tulsa Intl | Tulsa, OK | KMSL | Northwest Alabama Rgnl | Muscle Shoals, AL | 2007-12-21 01:35PM CST | 2007-12-21 02:12PM CST | 0:37 | |
| N999TJ | COL4 | KTUL | Tulsa Intl | Tulsa, OK | KCHS | Charleston Afb/Intl | Charleston, SC | 2007-12-21 01:35PM CST | 2007-12-21 06:27PM CST | 3:52 | |

# EXHIBIT C

## 2005 COLUMBIA 400



  

### Equipment Specifications

| | |
|---|---|
| **Year** | 2005 |
| **Manufacturer** | COLUMBIA |
| **Model** | 400 |
| **Price** | US $425,000 |
| **Location** | Charleston, South Carolina |
| **Condition** | USED |
| **Serial Number** | 41526 |
| **Registration Number** | N999TJ |
| **Total Time** | 575 Hours |
| **Overhaul** | 575 SNEW |
| **Flight Rules** | IFR |
| **Number Of Seats** | 4 |

### General Information

TKS Installed and 28 Volt System, Fully Loaded, Climate Controlled, All the Options then Some, Motivated Seller!!!

### Detailed Description

999TJ is seriously for sale! It's a fully loaded, great plane that I need to sell now. Great pilot's airplane with all the options and then some. Remainder of five year warranty on airframe and engine (through 10/2010) with Climate Controlled A/C

Would consider a partial trade for a Baron or Cessna 310.

**Airframe:**
* White and Black, red striping
* TKS De-Ice with "slinger prop", proven system and works great!
* Precise Flight speed brakes
* Built-in oxygen system
* No damage history
* Complete logs available
* Nosewhale nosewheel pant protector
* Columbia chocks with rope
***28 volt electrical system**

**Engine Specs:**
* Continental Platinum TSIO-550C
* Turbo GAMIjectors for smooth LOP and cooler temps!
* Tanis engine pre-heat

**Prop(s):**
TKS Slinger Prop. Not only keeps the prop clean of ice, also helps keeps the windshield and other surfaces in the airflow ice free as well.

**Modifications/Conversions:**
* Columbia A/I replaced with Battery backed Attitude Indicator
* PS Engineering audio panel with audio input and Sirus Radio!
* TAWS
* WAAS
* Upgraded batteries! No running out of power on startups!

**Avionics/Radios:**
* Avidyne Entegra EX5000 MFD
* Avidyne Entegra PFD with ADHARS
* Dual Garmin GNS 430s
* TAWS Upgraded!
* Garmin GTX 327 transponder
* Traffic detection (displays on MFD and GPS #2)
* PS Engineering audio panel with Sirus radio
* S-Tec 55X auto-pilot with PFD flight director
* E-Prox graphical terrain warning,(displays on GPS #1)
* C-Max approach plates,(displays on MFD)
* E-Max engine monitoring and management with data recording
* XM broadcast weather (Nexrad, lightning, TAF, METAR, winds)
* E-Cast Avidyne on-demand narrowcast weather (back-up for XM and two way text messaging

**Additional Equipment:**
* Climate Controlled Air Conditioning
* High Altitude Package
* Built in O2
* CO2 Detector
* Mountain High EDS Model D1a oxygen conserver
* Jeppesen Skybound USB data-loader
* Airplane cover

**Year Painted:**
2005

**Exterior:**
9/10

**Year Interior:**

| 2005 |
|---|
| **Interior:**<br>Original Seats in Tan Leather. |
| **Inspection Status:**<br>Next Annual due 7/2006. Well maintained with frequent oil changes. |

Contact:
## Chris Watson
Aircraft Located in:
## Charleston, South Carolina
Phone: (202)255-8092

This is **G o o g l e**'s cache of http://www.controller.com/listings/forsale/list.asp?
catid=6&man=COLUMBIA&mdl=400 as retrieved on Jan 20, 2008 20:16:18 GMT.
**G o o g l e**'s cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?
q=cache:vc884PbbKl4J:www.controller.com/listings/forsale/list.asp%3Fcatid%3D6%26man%3DCOLUMBIA%26mdl%
3D400+%22202-255-8092%22&hl=en&ct=clnk&cd=1&gl=us

*Google is neither affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **202 255 8092**



Sunday, January 20th, 2008                                           Home | Register

## Aircraft For Sale
**You Searched For:** a COLUMBIA listing where the
model is exactly 400 in the PISTON SINGLE
AIRCRAFT category
**Number Of Matches:** 17
**This Page:** 1 of 1

Change Your Search
Print This
Show One-line Listings
Thumbnail Photos Off
Glossary of Terminology
Financial Calculator

### Say you saw it on Controller.com!

Sign up for FREE Weekly Update Email - New Listings Added Daily
Bookmark This Site

---

| YEAR MANUFACTURER MODEL | PRICE (US $) | LOCATION |
|---|---|---|
| **2007 COLUMBIA 400** | **$589,900** | **NC** |



S/N: 41772, N162CA, 110 TT, A top of the line Columbia 400 with all of the
extra goodies like rudder hold; safe-taxi charts; and Garmin's GFC700
Autopilot w/FD and HSI, NDH

**SouthEast Aircraft Sales**
**Phone: (704)655-9692**

Updated: Jan 18 2008 1:16PM                                    Details & Photo(s)

| **2006 COLUMBIA 400** | **$537,900** | **AZ** |
|---|---|---|



N14001, LC41-550FG, 201 TT, 201 SNEW (OH). IFR. G1000 PFD and
G1000 MFD (10.4" Displays). Under warranty until 12/2010. , 2006 Paint,
2006 Int

**SunCountry Aircraft Sales,**
**LLC**
**Phone: (480)346-8266**
**Fax: (480)323-2414**

Updated: Jan 3 2008 10:06AM                                   Details & Photo(s)

| NEW  **2006 COLUMBIA 400** | **$509,900** | **IL** |
|---|---|---|

S/N: 41579, N1374L, 145 TT, IFR, Columbia 400 available for immediate
delivery anyware in the U.S. , 2006 Paint, 2006 Int , 4 Seats



**Frank Grabos**
**Phone: (847)612-7812**

Updated: Jan 16 2008 11:45AM          <u>Details & Photo(s)</u>

---

**<u>2005 COLUMBIA 400</u>**      **$474,900**      **KY**
S/N: 41092, N747VP, 170 TT, 170 SNEW, IFR, '05 COLUMBIA 400, WILL CONSIDER ANY TRADE!! 170 SNEW , NDH, Avidyne PFD/MFD, A/C, XM WX, JeppView, TCAS, Dual 430's , 2005 Paint, 2005 Int , 4 Seats
**Jon Mand**
**Phone: (502)417-2837**
Updated: Oct 22 2007 7:41AM          <u>Details</u>

---

**<u>2005 COLUMBIA 400</u>**      **$455,000**      **NC**



S/N: 41107, N721WB, Beautiful, FULLY-LOADED 400 YOU MUST SEE!!! , 2005 Paint, 2005 Int , 4 Seats

**<u>Columbia Resale</u>**
**Phone: (866)540-0300**
**Fax: (336)665-0333**

Updated: Jan 18 2008 2:53PM          <u>Details & Photo(s)</u>

---

**<u>2005 COLUMBIA 400</u>**      **$450,000**      **TX**
Red & White, 175 Has Auto Climate, Terrain, Hot Prof., Speed Brakes, XM Weather Jepp View, Totally Loaded.
**Arthur & Arthur**
**Phone: (817)800-5470**
Updated: Dec 31 2007 2:13PM          <u>Details</u>

---

**<u>2005 COLUMBIA 400</u>**      **$425,000**      **PA**



S/N: 41058, N989MB, 320 TT, 320 SNEW, IFR, Excellent condition and loaded with every safety feature, Outfitted for maximum efficiency and safety while preserving maximum useful load , 2005 Paint, 2005 Int , 4 Seats
**Curtis Laub**
**Phone: (814)333-6442**
Updated: Jan 11 2008 12:50PM          <u>Details & Photo(s)</u>

---

**<u>2005 COLUMBIA 400</u>**      **$425,000**      **SC**



S/N: 41526, N999TJ, 575 TT, 575 SNEW, IFR, TKS Installed and 28 Volt System, Fully Loaded, Climate Controlled, All the Options then Some, Motivated Seller!!! , 2005 Paint, 2005 Int , 4 Seats
**Chris Watson**
**Phone: (202)255-8092**
Updated: Jan 15 2008 2:00PM          <u>Details & Photo(s)</u>

---

**<u>2005 COLUMBIA 400</u>**      **$419,000**      **NJ**



S/N: 41528, N325SK, 125 TT, TCM Platinum Engine, Evade is paid for by current owner, price is 439K with evade option

**<u>Lincoln Park Aviation</u>**
**Phone: (800)633-0450**
**Fax: (973)872-6256**

Updated: Jan 10 2008 9:06AM          <u>Details & Photo(s)</u>

---

**<u>2005 COLUMBIA 400</u>**      **$409,000**      **AR**
S/N: 41508, N2542T, 738 TT, 20 STOH (new flow max cylinders). Engine &



Airframe, Avydine flightmax dual 430 garmins XM weather, auto climate control totaly loaded & fast , 2005 Paint, 2005 Int

**Tim Church**
**Phone: (479)739-1521**

Updated: Jan 16 2008 8:45AM                                    Details & Photo(s)

---

**2004 COLUMBIA 400**                    **$445,000**                    **NH**
S/N: 41028, N2541M, 310 TT, 310 SNEW, Priced with Premium Smart Vision Avionics Package, De-Ice System: Hot Prop & Heated Leading Edges (E-VADE) Installed & operational.
**William Richard**
**Phone: (603)231-4775**
Updated: Dec 11 2007 3:04PM                                    Details

---

**2004 COLUMBIA 400**                    **$415,000**                    **NC**



S/N: 41003, N236RS, Loaded Aircraft w/ Built In Oxygen, Speed Brakes, Climate Control, Ryan TCAD Traffic, and XM Radio Entertainment...Beautiful Island Met Blue Exterior , 4 Seats
**Columbia Resale**
**Phone: (866)540-0300**
**Fax: (336)665-0333**
Updated: Jan 18 2008 2:53PM                                    Details & Photo(s)

---

**2004 COLUMBIA 400**                    **$412,000**                    **NC**



S/N: 41042, N51GK, 465 TT, Platinum Engine, Avidyne Entegra Flightmax Glass, Climate Control/AC, Speed Brakes, EMAX Engine Monitoring/Fuel Flow, E-Plates Jepp Charts, E-PROX Terrain Awareness, BiO2 Oxy., TIS Traffic, SAT-WX XM Wthr
**Columbia Resale**
**Phone: (866)540-0300**
**Fax: (336)665-0333**
Updated: Jan 18 2008 2:53PM                                    Details & Photo(s)

---

**2004 COLUMBIA 400**                    **$399,000**                    **IA**



S/N: 41031, N2540M, 275 TT, Hartzell 3-Blade, S-TEC 55X A/P w/Alt Pre-select, Auto-trim & GPSS. 235 KTAS Cruise @ 25,000 Feet
**PS Air, Inc.**
**Phone: (319)846-3600**
**Fax: (319)846-3605**
Updated: Jan 16 2008 10:41AM                                    Details & Photo(s)

---

**2004 COLUMBIA 400**                    **$389,000**                    **NC**



S/N: 41002, N48PD, 365 TT, One of the fastest 400's in the fleet! Fully Loaded, Always Hangared, One Owner, Built-In Oxygen System, Speed Brakes, Graphic Engine Monitor, Mode-S Traffic, Sharp Ferrari Red Exterior, CALL for More Details!
**Columbia Resale**
**Phone: (866)540-0300**
**Fax: (336)665-0333**
Updated: Jan 18 2008 2:53PM                                    Details & Photo(s)

---

**2005 COLUMBIA 400**                    **$435,000**                    **NC**



S/N: 41061, N2509W, 240 TT, Beautiful, Fully Loaded Columbia 400 , 2005 Paint, 2005 Int , 4 Seats
**Columbia Resale**
**Phone: (866)540-0300**
**Fax: (336)665-0333**

7

Updated: Jan 18 2008 2:53PM                                    Details & Photo(s)

<u>2004 COLUMBIA 400</u>                  $395,800                          NC
800 TT, Sharp, Fully Loaded, One Owner Columbia 400! , 2004 Paint, 2004 Int , 4 Seats
**Columbia Resale**
**Phone: (866)540-0300**
**Fax: (336)665-0333**
Updated: Jan 18 2008 2:53PM                                    Details

---

[ Return to Previous Page ]

**Enter search information and press the Search button below. Use the TAB key to move between fields. Need help? Click here.**

● Aircraft For Sale    ○ Aircraft For Lease    ○ Aircraft For Fractional Ownership

**Category:** | Piston Single Aircraft ▼ |

**Select Mfr:** 
```
COLUMBIA
All
ADAM AIRCRAFT
AERO
```
                                        **Or Type**  [                    ]
                                        **In Mfr:**

To select more than one manufacturer, hold down the CTRL key while you click the names.

**Model:** | 400 |    ○ Starts With   ○ Contains   ● Exact Match

To search for multiple models, simply enter a comma between each model number. (Ex. 172, 182)

**Price From:** [                ]          **Price To:** [                ]

**Year From:** [                ]          **Year To:** [                ]

**Total Time From:** [                ]    **Total Time To:** [                ]

**Serial Number:** [                ]      **Registration Number:** [                ]

**State:**
```
All
Alabama
Alaska
Alberta
```
                        To select more than one state or country, hold down the CTRL key while you click the names.

**Country:**
```
All
USA
Canada
Europe and Middle East
```

⊞ **ADVANCED SEARCH FIELDS** - Overhaul Time, Flight Rules, etc. (Click ⊞ to Expand)

**Show only listings added in the last** [ ] **days. (ex: 30)**

**Sort Order:** | Manufacturer,Model,Year (Descending),Price (Descending) (Default) ▼ |

[ Search ]  [ Cancel ]

**Home**     **Copyright & Legal Notice**     **Privacy Policy**     **Site Map**     **Contact Us**

Copyright © by Sandhills Publishing Company 2008. All rights reserved.

# EXHIBIT D

State of South Carolina   )      **In the Magistrate's Court**
County Of Berkeley      )      **Case Number: 07K-0915**

Daniel Island Partners, LLC   )
300 Bucksley Lane #305      )
Daniel Island, SC 29492      )
                              )
         **Plaintiff(s)**    )
                              )
**vs.**                         )
                              )     **Court Date: February 11, 2008 @ 9:30AM**
Bravera, Inc             )
C/O Chris Watson         )
300 Bucksley Ln. #305      )
Daniel Island, SC 29492      )
        **Defendant(s)**   )

**TO THE DEFENDANT(S) ABOVE-NAMED:**

     **YOU ARE HEREBY SUMMONED** and required to answer the allegations and present any appropriate counterclaims to the attached complaint within 30 days from the first day after receipt of this summons.  Your answer must be received by the magistrate's court located at the following address:

          **303-B North Goose Creek Blvd.**
             **Goose Creek, SC  29445**
               **(843)  553-6099**
                **Fax # 553-7074**

     **IF YOU FAIL TO ANSWER** within the prescribed time, a judgment by default will be rendered against you for the amount or other remedy requested in the attached complaint, plus interest and costs.

     **GIVEN UNDER MY HAND,** this 20th day of November, 2007.

                                 _____
                                Magistrate Ellen Karesh

# INSTRUCTIONS TO THE DEFENDANT(S)

1.  If you do not wish to oppose plaintiff's claim, you may:
    A.  Contact the plaintiff and make an out of court settlement with the plaintiff before the trial date and file with the magistrate court a dismissal of the case signed by the plaintiff; or
    B.  Make no answer to the complaint. In this event, the plaintiff will be given a default judgment against you in the amount specified in the complaint. This may be filed as a judgment against you and the plaintiff may be able to request that the sheriff execute the judgment and sell any non-protected/nonexempt assets to satisfy the judgment.

2.  If you wish to oppose the claim:
    A.  You must file an answer with the magistrate's court within the time specified in the summons. Your answer may be made in writing in a form approved by magistrate, or the answer may be made orally to the magistrate's court if you appear in person within the time specified in the summons.
    B.  You will be notified of the time and date of the trial. You must appear at that time. Should you fail to appear, the plaintiff will be given a default judgement against you in the amount specified in the complaint.
    C.  At the time of the trial, you must bring with you all books, paper, witnesses, and evidence that you have to establish your defense.
    D.  At your request, the court will issue a subpoena for any witness you may need (you must request the subpoena as soon as possible and before the trial date) You should attempt to request the subpoena at least one week before trial, if possible.

3.  If you desire a jury trial, you must request one within five (5) working days from the date set for the trial. If a jury trial is not timely requested, the court will treat your failure to request a trial by jury as a waiver of such right to request one, and the matter will be heard and decided by the magistrate without jury.

4.  If you have a claim against the plaintiff that arises out of the same transaction or occurrence as the plaintiff's, you may file a counter claim. The counterclaim must be filed with the magistrate within the time specified in the summons for filing an answer. The counterclaim must be in writing, in a form approved by the magistrate, or it may be made orally to the magistrate's court if you appear in person when filing your answer. Your counterclaim will be tried at the same time as the plaintiff's claim if it does not exceed the jurisdiction of the magistrate's court. If the counterclaim exceeds the court's jurisdiction, the entire matter will be transferred to the Circuit Court.

5.  If you have a claim against the plaintiff that does not arise out of the same occurrence or transaction as the plaintiff's claim, you may file a complaint against the plaintiff. The claim will be heard separate and apart from the plaintiff's claim against you.

6.  If any of the following apply, please notify the court upon receipt of this document;
    -   If you are a member of the Armed Services of U.S.
    -   If you are under 18 years of age.
    -   If you are a prisoner in any municipal, county, state or federal jail.

7.  You may be represented by an attorney, but are not required to have one. The court will explain the procedures involved and assist you with the paperwork if needed; however, the court and its staff cannot represent you or provide you with legal advice or an attorney. Please be advised that often the opposing party will retain an attorney. The court will not continue a case merely because the other party appears with an attorney on the trial date.

**STATE OF SOUTH CAROLINA**

**COUNTY OF BERKELEY**

)
)
)
)

**IN THE MAGISTRATE'S COURT**

**CASE NUMBER:** 07K-0915

Daniel Island Partners, LLC
**Plaintiff(s),**
300 Bucksley Lane #305
**Address**
Daniel Island, SC 29492
**City, State, Zip**
(843) 327-8424
**Telephone**

-VS-

Bravera, Inc
**Defendant(s).**
300 Bucksley Ln #305
**Address**
Daniel Island, SC 29492
**City, State, Zip**
(202) 255-8092
**Telephone**
c/o Chris Watson

# COMPLAINT

1. I (or we), the above-named plaintiff(s), allege and claim as follows:

2. That the above-named defendant(s), upon information and belief. reside(s) at the above-listed address and is/are resident(s) of Berkeley County, South Carolina.

3. That this matter is within the jurisdiction of the Berkeley County Magistrate's Court.

4. That the claim for relief is based upon the following (attach extra sheets if needed):

   unpaid rent pursuant to lease from October 1-23, 2007 for property address 300 Bucksley lane #305 Daniel Island, SC 29492

5. That because of the above information, I (or we) request a judgment for $ 1,637.95 plus the filing fee of $ 80⁰⁰, plus such other costs and fees allowed by law, and/or the following other relief:

6. That upon information and belief, the allegations contained herein are correct and truthful.

DATED: 11/19/07

Amy Rich    Daniel Island Partners. LLC
**Plaintiff (or agent or attorney)**

Rev dpBC 5/91

**STATE OF SOUTH CAROLINA**    )   **IN THE MAGISTRATE'S COURT**
**COUNTY OF BERKELEY**        )   **CASE NUMBER:**

| | |
|---|---|
| _____ ) | _____ ) |
| Plaintiff(s),     ) | Defendant(s).     ) |
| _____ ) | _____ ) |
| Address     ) -VS- | Address     ) |
| _____ ) | _____ ) |
| City, State, Zip     ) | City, State, Zip     ) |
| _____ ) | _____ ) |
| Telephone     ) | Telephone     ) |
| _____ ) | _____ ) |

# ANSWER

1. In response to the Complaint, I (or we) would state:

   A._____ I (or we) do not reside in this County.

   B._____ I (or we) admit everything in the Complaint and a trial is not desired.

   C._____ I (or we) admit responsibility, but not for the total amount requested in the Complaint.

   D._____ I (or we) deny any responsibility at all.

IF "C" OR "D" WAS MARKED, STATE BRIEF EXPLANATION (attach extra sheets if needed):

_____

_____

_____

_____

_____

# COUNTERCLAIM

2. That in addition to the Answer above, the defendant(s) assert(s) a counterclaim against the plaintiff in the amount of $_____. The counterclaim arose out of the same transaction or occurrence as the plaintiff's claim as a result of the following events:

_____

_____

_____

_____

_____

3. That the information contained herein is correct and truthful to the best of my (our) knowledge.

DATED:_____     _____

                                          Defendant (or agent or attorney)

Rev dpBC 5/91

# EXHIBIT E



Case 1:07-cv-11201-DLC-GWG    Document 20-6    Filed 01/31/2008    Page 1 of 5







**EXHIBIT F**

 **Business Platinum Card®**   SM

**373,978
Membership Rewards ®
Points Available**
at 09/30/07, when charges due are paid in
full and all accounts are in good standing.

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| CHRIS WATSON<br>BRAVERA INC | XXXX-XXXXX8-77003 | 10/26/07 | Page 1 of 6 |

| Previous Balance $ | Payment Activity $ | New Activity $<br>Inc. Adjustments | New<br>Balance $ |
|---|---|---|---|
| 28,955.77 | 0.00 | +1,650.71 | 30,606.48 |

**Please Pay By
11/10/07**

**Amount Due
Includes:**
Past due amount
$28,925.87

Please refer to page 3
for important information
regarding your account

Your account is past due. Please pay the past due amount immediately. Pay your bill online anytime, anywhere at **www.americanexpress.com/paybill.**

To manage your Account online or to pay your bill, please visit us at **open.americanexpress.com.**
For additional contact information, please see the reverse side of this page.

## Cardmember Snapshot

| Cardmember Name | Card Number | Total<br>New Activity $ |
|---|---|---|
| CHRIS WATSON | 3783-428428-77003 | 586.30 |
| AMY RICH | 3783-428428-73168 | -7.48 |
| TONY WEAVER | 3783-428428-71196 | 1,071.89 |
| Total New Activity | | 1,650.71 |

## Activity   * indicates posting date

| | Amount $ |
|---|---|
| **Total of Payment Activity** | **0.00** |

**Due in Full Activity for CHRIS WATSON**
Card XXXX-XXXXX8-77003

| | | | | Amount $ |
|---|---|---|---|---|
| 10/01/07 | CLEANQUEST INC   703-6689599 | VA | | 90.00 |
| | CLEANING/JANITORIAL | | | |
| 10/02/07 | SATELLITE RADIO   800-XMRADIO | DC | | 149.97 |
| | XM SATELLITE | | | |
| 10/03/07 | MAID BRIGADE   CHARLESTON | SC | | 187.50 |
| | CLEANING/JANITORIAL | | | |

⬇ Please fold on the perforation below, detach and return with your payment

Continued on Page 3

**Payment Coupon**

| | Account Number |
|---|---|
| | 3783-428428-77003 |

**Please Pay By:
11/10/07**

To Pay by Computer, visit
open.americanexpress.
com. To Pay by Phone,
call 1-800-472-9297.

CHRIS  WATSON
BRAVERA  INC
300  BUCKSLEY  LANE
STE  305
DANIEL  ISLAND  SC  29492-8175

**Amount Due
$30,606.48**

Please enter account
number on all checks and
correspondence.

Make check payable to
American Express.

See Finance Charges
section on reverse side for
a description of when
additional Finance
Charges are not assessed
on Features.

Mail Payment to:

AMERICAN  EXPRESS
P.O.  BOX  650448
DALLAS  TX  75265-0448

0000378342842877003  0030606480030606648  23  ꟼ

Prepared For
CHRIS WATSON
BRAVERA INC

Account Number
XXXX-XXXXX8-77003

Page 2 of 6

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US. Unless you are paying by computer or by phone, please submit your payment in the enclosed envelope with the payment coupon and the account number indicated on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any representments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. **Authorization for Electronic Payments:** By using the American Express Pay by Computer, Pay by Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request. To use Pay By Computer, please visit us at www.americanexpress.com. **Lost or Stolen Card:** If the Card is lost or stolen, telephone us immediately at the number indicated on your paper statementor click on the Customer Service link online. Outside the U.S., call collect or contact the nearest American Express Travel Service Office or other local American Express office. **Finance Charges: Average Daily Balance Method for Calculation of Finance Charges:** We use the Average Daily Balance method to calculate FinanceCharges on your Account. Under this method, we figure the Finance Charges on your Account by applying the dailyperiodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance andBalance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid Finance Charges from previous billingperiods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. If you pay the New Balance on this statement by the next Closing Date, then you will avoid additional **Finance Charges** on features included in this New Balance. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the Finance Charge assessed on that feature, except for variations caused by rounding. The total Finance Charge for the billing period is calculated by adding the Finance Charges assessed on all features of the Account. *This method of calculating the Average Daily Balance and Finance Charge results in daily compounding of Finance Charges.* The minimum **Finance Charge** for any billing period in which Finance Charges are imposed is **$0.50. Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, **in each instance increased by 2%.** This conversion rate may differ from rates in effect on the date of your Charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. **In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction which appears on your statement, write or call the Customer Service department as indicated on your paper statement, or click on the Customer Service link online. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. **What We Need From You When You Have A Billing Inquiry:** 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe and explain why you believe there is an error. If you need more information, describe the item you are unsure about. While we are investigating the amount in question, you are still obligated to pay the parts of your bill that are not in question. Please retain any receipts pertinent to your claim. **In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by visiting us online at open.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone and Pay By Computer issues, or 1-800-CASH-NOW for Express Cash and automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt , or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. **When contacting us: 1.** Tell us your name and account number; 2. Provide the dollar amount of the suspected error; 3. Describe the error or the transfer you are unsure of, and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. **Credit Balance:** If a credit balance (designated "CR") is shown on this statement, no payment is required. You may make charges against the credit balance or request a refund. Requests for refunds should be made in writing to the Refund Unit at the Customer Service address indicated on your paper statement, or click on the Customer Service link online. **Creditor:** American Express Bank, FSB. **New York** residents may contact the New York Banking Department to obtain a comparative listing of credit card rates fees and grace periods by calling 1-800-518-8866.



To Pay By Phone
1-800-472-9297

Customer Service
1-800-492-8468
**24 hours/7 days**

Express Cash
1-800-CASH-NOW

Lost or Stolen Card
1-800-492-3344

International Collect
1-623-492-7719

Hearing Impaired
**(9am-5pm EST)**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

**Large Print and Braille Statements**
1-800-492-8468

Extended Payment Option/Select and Pay Option Customer Service
1-800-403-1288



**americanexpress.com**

Customer Service
P.O. Box 981535
El Paso, TX
79998-1535

Express Cash
P.O. Box 981531
El Paso, TX
79998-1531

Payments
P.O. BOX 650448
DALLAS TX
75265-0448

**Change of Address**
If correct on front
do not use

• To change your address online, visit www.americanexpress.com/updatecontactinfo
• For Name or Company Name changes, please call the Customer Service number on the back of your Card.
• If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.
• Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at www.americanexpress.com/privacy for more details and to set your email preferences.



| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| CHRIS WATSON<br>BRAVERA INC | XXXX-XXXXX8-77003 | 10/26/07 | Page 3 of 6 |

## Due in Full continued

|  |  |  | Amount $ |
|---|---|---|---|
| 10/07/07 | GOOGLE INC.    CC@GOOGLE.COM<br>ADWORDS ADVERTISING | | 117.43 |
| 10/09/07 | CONSUMERREPORTS.ORG  800-333-0663    NY<br>INFORMATION | | 4.95 |
| 10/16/07 | MYPILOTSTORE.COM 004SCOTTSDALE    AZ<br>4805560500 | | 24.45 |
| 10/20/07 | LANLOGIC INC 175355 925-226-1207    CA<br>LANLOGIC INC 925-2 | | 12.00 |

### Total of Due in Full Activity for CHRIS WATSON — 586.30

### Due in Full Activity for AMY RICH
Card XXXX-XXXXX8-73168

| 10/10/07* | Dispute - NAPSTER.COM | | -14.95<br>Credit |
|---|---|---|---|
| 09/27/07 | LE BLEU CORPORTION  ADVANCE    NC<br>MISC/SPECIALTY RETAIL | | 7.47 |

### Total of Due in Full Activity for AMY RICH — -7.48

### Due in Full Activity for TONY WEAVER
Card XXXX-XXXXX8-71196

| 09/27/07 | OFFICE DEPOT, INC. ODENTON    MD<br>OFFICE PROD. & SUPPLIES<br>PAPER,COPY,8.5X11,104  BRT,BOND<br>TAPE,ACITAPE,.75X1296*,OD,10PK<br>BOX,LTR/LGL,OD VALUE,12PK<br>RUBBERBANDS,SZ32,1#<br>ROC No. 402855269 | | 1,061.89 |
|---|---|---|---|
| 10/05/07 | RESERVATIONREWARDS  NORWALK    CT<br>800-732-7031 | | 10.00 |

### Total of Due in Full Activity for TONY WEAVER — 1,071.89

### Total  Due  in Full  Activity — 1,650.71

## Finance Charge Schedule

Billing days this period:  29

| Balance to which rate applies | Average Daily<br>Balance $ | Daily<br>Periodic Rate | **Annual<br>Percentage Rate** | New<br>Balance $ | **FINANCE<br>CHARGE $** |
|---|---|---|---|---|---|
| Select and Pay Option | 0.00 | 0.0815% | 29.74% | 0.00 | 0.00 |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

## Important Notice

### Information on Flexible Payment Features

You may have access to one or more Flexible Payment Features as part of your Card account.  The current Annual Percentage Rates (APRs) and Daily Periodic Rates (DPRs) for the Flexible Payment Features are as follows:

For Select and Pay Option, the APR is 29.74% and the DPR is 0.0815%.

Please refer to page    2
for further important
information regarding
your account

Prepared For
CHRIS WATSON
BRAVERA INC

Account Number
XXXX-XXXXX8-77003

Page 4 of 6



# OPEN Savings℠ Summary

Prepared For
CHRIS WATSON
BRAVERA INC

Account Number
XXXX-XXXXX8-77003

Page 5 of 6

| | Total Savings to Date For This Account | Savings Since Jan 2007 | Savings This Period Through Oct 25 |
|---|---|---|---|
| $ | 1,296.36 | 573.48 | 0.00 |

| Program | End Date | Transactions This Period | Discount % or Credit | Savings This Period | Savings Since Jan 2007 |
|---|---|---|---|---|---|
| FEDEX KINKO'S OFFICE AND PRINT CENTERS - Document solutions and business services | Ongoing | $0.00 | 5% | $0.00 | $321.60 |
| DELTA - Flight purchases | Ongoing | $0.00 | 3% | $0.00 | $108.89 |
| COURTYARD BY MARRIOTT - For participating hotels, visit marriott.com/opensavings | Ongoing | $0.00 | 5% | $0.00 | $65.47 |
| HYATT - Hotels and resorts in the U.S. | Ongoing | $0.00 | 3% | $0.00 | $34.35 |
| HERTZ - Car rentals in the U.S. | Ongoing | $0.00 | 5% | $0.00 | $32.65 |
| 1-800-FLOWERS.COM - Flowers and gifts | Ongoing | $0.00 | 5% | $0.00 | $8.40 |
| FEDEX - Ground, Express and International shipments | Ongoing | $0.00 | 5% | $0.00 | $2.12 |
| FAIRFIELD INN BY MARRIOTT - For participating hotels, visit marriott.com/opensavings | Ongoing | $0.00 | 5% | $0.00 | $0.00 |
| GATEWAY - Desktop and notebook PCs, servers, storage solutions, and more | Ongoing | $0.00 | 5% | $0.00 | $0.00 |
| JETBLUE - Flight purchases | Ongoing | $0.00 | 3% | $0.00 | $0.00 |
| RUBY TUESDAY - Casual dining | Ongoing | $0.00 | 5% | $0.00 | $0.00 |
| SYMANTEC - Security and Back-up software including Norton(TM) products | Ongoing | $0.00 | 10% | $0.00 | $0.00 |
| SPRINGHILL SUITES BY MARRIOTT - For particip. hotels, visit marriott.com/opensavings | Ongoing | $0.00 | 5% | $0.00 | $0.00 |
| WINGATE BY WYNDHAM - Hotels in the U.S. | Ongoing | $0.00 | 5% | $0.00 | $0.00 |
| Totals | | | | $0.00 | $573.48 |

## Other Ways To Save!

## Great New Places to Use Your Card



Use your American Express® Card with Montgomery Insurance™ and make your commercial lines policy payments with ease. Montgomery Insurance works exclusively with independent agents, offering a range of commercial property and casualty products for your small- to medium-sized business. And our loss prevention professionals can assist you with a variety of safety services for your business. Provides exceptional services, including its 24-hour Montgomery Insurance ANYTIME Claims Service™ hotline, and the Online Billing Service Center, which allows you to pay your bills online in several ways, including with your American Express Card. Montgomery Insurance is a member of Liberty Mutual Group.

Contact an independent agent and ask about how you can get Montgomery Insurance to help protect your business, or visit **www.montgomery-ins.com** for more details.

(CE 109473)

## Did You Know?

(CE 109469)



**Freightquote.com®** is one of the leading providers of web-based freight transportation services. It's fast, easy, and free.

**Freightquote.com®:**
1-800-323-5441
www.axp.freightquote.com

**InterCall** - One of the world's largest conferencing providers, helps people create better connections with more product options supported by more personal attention. Get reliable and easy-to-use communication services to help you to achieve critical business objectives.

**InterCall:**
1-800-374-2441
www.intercall.com/amex/

**McDonald's** - Fast, convenient dining is even easier when you use your Card at McDonald's restaurants.



**McDonald's:**
www.mcdonalds.com

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

Prepared For
CHRIS WATSON
BRAVERA INC

Account Number
XXXX-XXXXX8-77003

Page 6 of 6

## Save 3-25% on Business Expenses - No Need to Enroll



OPEN Savings® is a built-in benefit of your Business Card that provides savings on a wide range of business purchases at FedEx, Hertz®, FedEx Kinko's Office and Print Centers®, Gateway, Courtyard by Marriott®, Symantec and more. Just use your Business Card at participating companies, and the savings appear automatically as a credit on your statement.

OPEN Savings®: Savings range from 3% to 25%. Payment must be made with an American Express® Business Card at the time of purchase. Savings will be credited to your account. Participation and offers are subject to change without notice. For full partner terms and conditions, visit opensavings.com

To view the full list of OPEN Savings partners, please visit **opensavings.com**

(CE 109526)

## Experience the Most Legroom in Coach* and Save 3% to 5%

Save 3% on JetBlue flights, now with the most legroom in coach, when you pay with your Business Card or 5% with your JetBlue Business Card. JetBlue joined OPEN Savings®, a built-in savings program that provides automatic savings from participating companies. Your savings will automatically be credited on your statement. *Based on average fleet-wide seat pitch for U.S. Airlines.

Payment must be made with an American Express® Business Card at the time of purchase, savings will be credited to your account. Participation and offers are subject to change. Valid on flights purchased from jetblue.com, 1-800-JETBLUE, or at the airport. Savings do not apply to Getaways vacation packages, gift cards, or flights purchased through a third party. All Business Cards get 3% savings--maximum annual of $1,000 per Card. JetBlue Business Cards® get an extra 2% savings, for a total of 5%--maximum annual of $2,000 per Card.

Reserve your next flight today--visit **www.jetblue.com** or call **1-800-JETBLUE (538-2583)**. To learn more about OPEN Savings and our participating partners, please visit **opensavings.com**

(CE 109524)

## Save 5% at Fairfield Inn by Marriott ®



Pay with your Business Card at over 400 participating Fairfield Inn locations and save 5% on your entire bill. In addition to your room charge, you'll also save on all other charges on the bill, which may include telephone, fax and copy service, meetings, and even taxes and other miscellaneous fees. Savings at Fairfield Inn are valid at participating locations in the U.S.

Payment must be made with an American Express® Business Card at time of purchase, savings will be credited to your account. Participation and offers are subject to change without notice. Valid at 950+ participating locations within the U.S. For a complete list, visit www.marriott.com/opensavings. Savings do not apply to third party transactions (ie: pre-paid travel agent, wholesaler, online travel service or similar transactions) not paid directly at, or through, the hotel. Maximum annual savings is $1,500 per Card account.

For reservations, visit **www.marriott.com/opensavings** or call **1-866-914-OPEN (6736)**. Then use your Business Card to pay your bill and savings will automatically be credited to your American Express statement.

(CE 109525)

## Save 25% on Expense Management Software with ExpensAble



Reporting and tracking expenses does not have to be a hassle. ExpensAble® replaces paper forms or spreadsheets with an intuitive, easy-to-use software solution. It comes loaded with powerful convenience features and can even pre-fill reports with American Express® Business Card data at the touch of your mouse! Save 25% when purchasing with your Business Card.

OPEN Savings®: Payment must be made with an American Express Business Card at the time of purchase, savings will be credited to your account. Participation and offers are subject to change without notice.

ExpensAble: Valid on all purchases in the U.S.

To purchase, or for more information, visit **opensavings.com/expensable**

(CE 109523)

## Save 5% Off Your Meal at Ruby Tuesday®



Receive a 5% savings when you use your Business Card at Ruby Tuesday's restaurants. These savings are in addition to any specials offered directly from Ruby Tuesday and the savings will automatically be credited to your monthly American Express statement.

OPEN Savings®: Payment must be made with an American Express® Business Card at the time of purchase, savings will be credited to your account. Participation and offers are subject to change without notice.

Ruby Tuesday®: Valid only at U.S. domestic locations, excluding Hawaii.

Simply use your Business Card at Ruby Tuesday, and receive a 5% discount, automatically reflected in your monthly statement. To learn more about OPEN Savings and our participating partners, please visit **opensavings.com**

(CE 109527)

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

**OPEN** SM

**Business Platinum Card®**

Membership Rewards
Points Available
at 08/31/07, when charges due are paid in
full and all accounts are in good standing.

| | | | | Account Number | Closing Date | Page 1 of 14 |
|---|---|---|---|---|---|---|
| | | | | XXXX-XXXXX8-77003 | 09/27/07 | |

red For
RIS WATSON
AVERA INC

| | | | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ | **Please Pay By** **10/12/07** |
|---|---|---|---|---|---|---|

| Previous Balance $ | Payment Activity $ | | | | |
|---|---|---|---|---|---|
| | | 28,955.77 | 28,955.77 | | |
| | -51,093.49 | 0.00 | 0.00 | | Please refer to page 8 |
| 51,093.49 | -51,093.49 | 28,955.77 | =28,955.77 | | for important information |
| 14,955.53 | -14,955.53 | 0.00 | 0.00 | | regarding your account |
| e in Full | -14,955.53 | | | | |
| Flexible | +28,955.77 | | | 28,955.77 | |
| Total | 66,049.02 | -66,049.02 | | | |

**See Page 9    For A Notice Of Changes To Your Agreement**

**See Page 11   For A Notice Of Changes To Your Agreement**

To manage your Account online or to pay your bill, please visit us at **open.americanexpress.com**.
For additional contact information, please see the reverse side of this page.

**Cardmember Snapshot**

| Cardmember Name | Card Number | Total Activity Due in Full $ | Total Activity Flexible Payment $ | Total New Activity $ |
|---|---|---|---|---|
| | 3783-428428-77003 | 6,826.68 | 0.00 | 6,826.65 |
| CHRIS WATSON | 3783-428428-71121 | 6,490.93 | 0.00 | 6,490.93 |
| DANIEL KORBINI | 3783-428428-73168 | 3,078.58 | 0.00 | 3,078.58 |
| AMY RICH | 3783-428428-71196 | 9,174.60 | 0.00 | 9,174.60 |
| TONY WEAVER | 3783-428428-71212 | 1,565.39 | 0.00 | 1,565.39 |
| ANNE CONLEY | 3783-428428-71238 | 1,819.59 | | 1,819.59 |
| CINTHIA CHESN | | | | 28,955.77 |

| | Amount $ |
|---|---|
| Total New Activity, Including Finance Charges | -66,049.02 |

**Activity**   * indicates posting date

| | | Amount $ |
|---|---|---|
| 09/08/07 | COMPUTER PAYMENT RECEIVED - THANK | -119.89 Credit |

**Due in Full Activity for CHRIS WATSON**
Card XXXX-XXXXX8-77003

| 08/29/07 | 5% OPEN Savings at FedEx Kinko's | -9.59 Credit |
|---|---|---|
| | Office and Print Centers | |
| | KINKOS 1132 $2397.83 08/28/07 | 395.00 Credit |
| 08/31/07* | 3% OPEN Savings at Hyatt Hotels & Resorts | |
| | HYATT REG ORLANDO IN $319.82 08/29/07 | |
| 09/26/07* | Credit Adjustment for Membership Renewal Fee | |

Continued on Page 3

To Pay by Computer, visit
open.americanexpress.
com. To Pay by Phone,
call 1-800-472-9297.

**Please Pay By:** **10/12/07**

---

**Payment Coupon**

→ Please fold on the perforation below, detach and return with your payment ↓

| | Account Number |
|---|---|
| | 3783-428428-77003 |

**New Balance** $ 28,955.77

**Minimum Amount Due** $28,955.77

Please enter account
number on all checks and
correspondence.

Make check payable to
American Express.

See Finance Charges
section on reverse side for
a description of when
additional Finance
Charges are not assessed
on Features.

CHRIS WATSON
BRAVERA INC
300 BUCKSLEY LANE
STE 305
DANIEL ISLAND SC 29492-8175

$ _____  •  _____
Amount enclosed

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

3783428428477003  002895577002895577 23 A

| | Account Number XXXX-XXXXX8-77003 | Closing Date 09/27/07 | | |
|---|---|---|---|---|

Prepared For
**CHRIS WATSON**
**BRAVERA INC**

| | | | | Amount $ |
|---|---|---|---|---|
| | | | | 180.37 |

## in Full continued

| /07 | HAMPTON INN/SUITES  DENTON       TX<br>Arrival Date        Departure Date<br>08/26/07            08/27/07<br>00000000 | No of Nights<br>1 | 2,397.83 |
|---|---|---|---|
| /8/07 | KINKOS 1132      LEWISVILLE    TX<br>KINKO'S #1132 SALE<br>ROC No. 110071 | | 319.82 |
| /29/07 | HYATT HOTELS INTL AIORLANDO      FL<br>Arrival Date        Departure Date<br>08/28/07            08/29/07<br>00000000<br>LODGING | | 1.09<br><br><br><br>36.00 |
| /6/30/07 | GOOGLE INC.      CC@GOOGLE.COM<br>ADWORDS ADVERTISING | | 25.00 |
| 08/31/07 | AVIATION CONSUMER  GREENWICH       CT<br>SUBSCRIPTIONS | | |
| 09/01/07 | B&N MEMBERSHIP RENEWNEW YORK       NY<br>8662387323<br>Description<br>B&N Membership Rene | | 33.00 |
| 09/04/07 | APPLE ONLINE STORES CUPERTINO      CA<br>COM*PUTER/SOFTWARE<br>ROC No. 2022558092 | | 58.67 |
| 09/05/07 | EXXONMOBIL      RESTON        VA<br>7038605996 | | 1,353.65 |
| 09/06/07 | LANLOGIC INC   9252261207     CA<br>UNDEFINED<br>COMPUTER MAINTENANCE, REPAIR & SERVICES<br>ROC No. 000050489 | | 237.66 |
| 09/06/07 | LANDMARK AATION - JOLEESBURG     VA<br>605629<br>AVGAS 100LL | IA | 40.00 |
| 09/07/07 | AMERICAN HOME SHIELDCARROLL<br>BUSINESS SERVICE<br>HOME WRNTY | | 50.00 |
| 09/08/07 | LANLOGIC INC   9252261207     CA<br>UNDEFINED<br>COMPUTER MAINTENANCE, REPAIR & SERVICES<br>ROC No. 000050707 | | 4.95 |
| 09/09/07 | CU CONCENTRATION ACCYONKERS      NY<br>CHARITABLE ORG | | 1,024.89 |
| 09/09/07 | XO COMMUNICATIONS  RESTON       VA<br>INFORMATION RETRIEVAL | VA | 90.00 |
| 09/10/07 | CLEANQUEST INC   703-6689599<br>CLEANING/JANITORIAL | | 187.50 |
| 09/10/07 | MAID BRIGADE    CHARLESTON      SC<br>CLEANING/JANITORIAL | | 217.85 |
| 09/12/07 | LANDMARK AATION - JOLEESBURG     VA<br>608982<br>AVGAS 100LL | VA | 55.45 |
| 09/13/07 | CHILIS SW GRILL BAR RESTON<br>FOOD-BEV        47.45<br>FOOD-BEV         8.00<br>TIP | | |

*Continued on reverse*

Prepared For
**CHRIS WATSON**
**BRAVERA INC**

Account Number
XXXX-XXXXX8-77003

Closing Date
09/27/07

Amount $

50.37

**e in Full continued**

7/07      QWIK PACK & SHIP QWIDANIEL ISLAND      SC
          843-2780800            Price                                      **3,078.58**
          Description            50.37
          BUSINESS SERVICES

tal of Due in Full Activity for **AMY RICH**

                                                                           -99.73
                                                                           Credit
**Due in Full Activity for TONY WEAVER**
d XXXX-XXXXX8-71196                              VA                         -95.24
            MICRO CENTER RETAIL FAIRFAX                                     Credit
/31/07      COMPUTER PRODUCTS                    NC

/12/07      OFFICE DEPOT, INC. CHARLOTTE                                    -53.72
            OFFICE PROD. & SUPPLIES                                         Credit
            FOLDER,FILE,LTR,1/3 CUT,MANILA
            ROC No. 400775834                    MD

09/12/07    OFFICE DEPOT, INC. ODENTON                                      404.00
            OFFICE PROD. & SUPPLIES
            PAPER,CPY,LDGR,20#,PINK
            ROC No. 400490024                    VA

08/27/07    EXTRA SPACE STORAGE RESTON                                      35.66
            7037160078            Price
            Description           404.00
            PUBLIC WAREHOUSING                    VA

08/27/07    OFFICE DEPOT, INC. RESTON                                       36.01
            OFFICE PROD. & SUPPLIES
            8.5X11 SALMON 500-CT
            ROC No. 339112650                    VA

08/27/07    SUNOCO  0508585701 RESTON                                       690.88
            SUNOCO
            0353360 024050926                    VA

08/28/07    MICRO CENTER RETAIL FAIRFAX                                     207.23
            COMPUTER PRODUCTS                    VA

08/28/07    OFFICE DEPOT, INC. RESTON
            OFFICE PROD. & SUPPLIES
            TONER,CARTRIDGE,CANON L50
            PAPER,COPY,8.5X11,PNK,5M/CT
            PAPER,COPY,8.5X11,104 BRT,BOND                                  67.18
            ROC No. 339014341                    VA

08/28/07    OFFICE DEPOT, INC. RESTON
            OFFICE PROD. & SUPPLIES
            PAPER,COPY,8.5X11,104 BRT,BOND                                  67.18
            ROC No. 339112772                    VA

08/29/07    OFFICE DEPOT, INC. RESTON
            OFFICE PROD. & SUPPLIES
            PAPER,COPY,8.5X11,104 BRT,BOND                                  96.57
            ROC No. 339043300                    VA

08/29/07    BATTERIES PLUS #193 WOODBRIDGE                                  33.44
            AUTO SERVICE                         VA

08/30/07    EXXONMOBIL    RESTON                                            1,599.36
            7038605996                           MD

08/30/07    OFFICE DEPOT, INC. ODENTON
            OFFICE PROD. & SUPPLIES
            PAPER TOWEL,CASE,15RL,WHITE
            PAPER,COPY,8.5X11,104 BRT,BOND
            FOLDER,FILE,LTR,1/3 CUT,MANILA
            TAPE,ACITAPE,.75X1296",OD,10PK
            ROC No. 399339648

Continued on reverse

Prepared For
**CHRIS WATSON**
**BRAVERA INC**

Account Number
XXXX-XXXXX8-77003

Closing Date
09/27/07

Amount $

833.22

**in Full continued**

| /07 | OFFICE DEPOT, INC. ODENTON    MD | |
| | OFFICE PROD. & SUPPLIES | |
| | PAPER,COPY,8.5X11,104 BRT,BOND | |
| | TAPE,ACITAPE,.75X1296",OD,10PK | |
| | BOX,LTR/LGL,OD VALUE,12PK | |
| | FOLDER,FILE,LTR,1/3 CUT,MANILA | 33.65 |
| | ROC No. 401859161 | |
| /07 | SPICE TOWN 0103    HERNDON    VA | 176.98 |
| | 7034716768 | |
| 25/07 | PEAPOD 'GROCERIES   800-5PEAPOD    IL | 31.00 |
| | GROCERIES | |
| 25/07 | SUNOCO   0508585701 RESTON    VA | 70.00 |
| | SUNOCO | |
| | 0371191 026949774 | |
| /26/07 | EZPASS VIRGINI2000014 RESTON    VA | 15.23 |
| | 877-7627624 | |
| /26/07 | OFFICE DEPOT, INC. ODENTON    MD | |
| | OFFICE PROD. & SUPPLIES | |
| | LOTION,6OZ,FLIP,TOP,LUBIDERM | |
| | ROC No. 402855379 | **9,174.60** |

**Total of Due in Full Activity for TONY WEAVER**

**Due in Full Activity for ANNE CONLEY**                                    -1.69
Card XXXX-XXXXX8-71212                                                      Credit

| 09/20/07: | 5% OPEN Savings at FedEx Kinko's | 132.60 |
| | Office and Print Centers | |
| | KINKOS 0916 $33.86 09/19/07 | |
| 09/07/07 | SIENNA RESTAURANT   DANIEL ISLAND    SC | |
| | RESTAURANT | |
| | FOOD/BEVERAGE    110.60 | 33.86 |
| | TIP    22.00 | |
| 09/19/07 | KINKOS 0916    SAN FRANCISCO    CA | |
| | KINKO'S #0916 SALE | |
| | FS C DS 8.5X11/14 | |
| | CUTTING PER CUT | |
| | FS BW SS STANDARD | |
| | BK 50 IDEAS KEEP CUS | 772.31 |
| | ROC No. 110065 | |
| 09/20/07 | AVIS RENT A CAR CORP GARDEN CITY    NY | Date |
| | Location    07/09/15 | |
| | Rental:    SAN FRANCISCO CA    07/09/20 | |
| | Return.    SAN FRANCISCO CA | |
| | Agreement Number: 277850926 | |
| | Renter Name: CONLEY,ELIZABETH ANNE | 628.31 |
| 09/20/07 | HOTEL NIKKO    SAN FRANCISCO    CA | |
| | Arrival Date    Departure Date | |
| | 09/16/07    09/20/07 | |
| | 00000000 | |
| | LODGING | **1,565.39** |

**Total of Due in Full Activity for ANNE CONLEY**

**Due in Full Activity for CINTHIA CHESN**                                  -20.00
Card XXXX-XXXXX8-71238                                                      Credit

| 09/14/07 | Hampton Inn CHSDIPMS CHARLESTON    SC | |
| | Arrival Date    Departure Date | |
| | 09/11/07    09/11/07 | 949.00 |
| | 00000000 | |
| 08/29/07 | WOODBERRY EVENTS, IN415-2773200    CA | |
| | BUSINESS SERVICE | |

Continued on reverse



Prepared For
CHRIS WATSON
BRAVERA INC

Account Number
3783-428428-77003

Closing Date
09/27/07

# tice of Changes to Your Agreement

are making **Important Changes** to your American Express Cardmember Agreement ("Agreement") governing the American Express™
t Account identified on this Notice. These changes become effective on the dates indicated below, whether or not you receive a billing
ment. This Notice formally amends your Agreement, and any contrary or conflicting language in that Agreement is replaced fully and
pletely. Note that the terms of your Account are subject to change (including increasing APRs/DPRs and fees, changing fixed
ts/DPRs to variable APRs/DPRs, and adding new terms) in accordance with the Agreement governing your Account. All terms of the
eement not amended herein remain in full force and effect.

s is an important Notice of changes to your Agreement. You should carefully review these changes, share them with any Additional
rdmembers on your Account, and then keep this Notice for future reference. If you have questions regarding this Notice, please call the
phone number listed on the back of your American Express Card.

**anges to your Minimum Amount Due**
e are changing the Minimum Amount Due calculation for your Account. This change becomes effective with your first billing period that ends
or after November 16, 2007. As a result of this change, if you consistently pay only the Minimum Amount Due, your Minimum Amount Due
ay increase. Accordingly, effective October 17, 2007, the heading of the **Billing Statements/Amount Due** section of your Agreement is
eleted and replaced with "**Billing Statements.**" and the second and following paragraphs of that section are deleted and replaced with the
ollowing new sections:

"**Amount Due**
Each billing statement will reflect a New Balance and an Amount Due. The "Amount Due" is the total of (i) all Charges on your Account
other than those associated with Features, plus (ii) the Flexible Minimum Amount Due (described below) for any Charges associated with
Features, plus (iii) any portion of any previously billed Amount Due that remains unpaid. The Amount Due is due and payable once you
receive the billing statement.

**Flexible Minimum Amount Due**
If you have Charges associated with Features on the Closing Date of the billing statement ("Flexible New Balance"), your billing statement
will reflect a Flexible Minimum Amount Due ("Minimum Amount Due"). Payment is due by the time and date shown and in the manner
prescribed on the statement. The Minimum Amount Due will not exceed your Flexible New Balance. You may pay more than the
Minimum Amount Due, up to the entire outstanding balance, at any time. To calculate the Minimum Amount Due, we take the greatest of
the following amounts and round the result to the nearest whole dollar:
  (a) 1/36th of the Flexible New Balance;
  (b) the lesser of:
    (i) current billed Finance Charges plus 1% of the Flexible New Balance (excluding finance charges from the Flexible New Balance), or
    (ii) 4% of the Flexible New Balance; or
  (c) $20.

**Adjusted Minimum Amount Due**
**Summary:** If you consistently pay more than the Minimum Amount Due outlined above, and you have paid your amounts due in full, we
may calculate your minimum payment without the additional 1% of the balance referenced in (b)(i). If we do this, and finance charges are
more than 1/36th of the Flexible New Balance, we may add $15 to your minimum payment. For information about how this works, read the
detailed description below.

**Detailed Description:** We may adjust the outlined calculation above by removing "plus 1% of the Flexible New Balance" in (b)(i). After
the adjustment, if your Minimum Amount Due is equal to the current billed Finance Charges, we will increase your Minimum Amount Due by
$15.
We will apply the adjusted calculation to your Account if:
  • the sum of your payments (credited to your Flexible New Balance in the six consecutive billing periods ending with the Closing Date of
    the current billing period) is greater than the sum of the Minimum Amounts Due (for the six consecutive billing periods ending with the
    Closing Date of the previous billing period, not using the adjusted calculation and including the amount past due in only the first of
    those six periods);
  • the sum of the Minimum Amounts Due is equal to the sum of your payments (defined above) and it is less than or equal to $120;
  • the sum of the Minimum Amounts Due is zero and we used the adjusted calculation in the last billing period when your Minimum
    Amount Due was not zero; or
  • it is the first billing period ending on or after November 16, 2007, and your Account was opened before that date.
If we adjust your Minimum Amount Due, we will do so for at least six billing periods, and if we stop adjusting your Minimum Amount Due, we
will not adjust it again for at least six billing periods, regardless of your payment history."

# Other Important Information About Your Account

**Event Ticket Protection Plan**
The Event Ticket Protection Plan is changing for residents of Alaska for eligible Tickets charged on or after November 1, 2007. Accordingly,
effective November 1, 2007, the rider below forms a part of the Description of Coverage for the Event Ticket Protection Plan for residents of
Alaska.
    AMEX ASSURANCE COMPANY Administrative Office, 3500 Packerland Drive, De Pere, WI 54115
For residents of Alaska, the Event Ticket Protection Plan Description of Coverage to which this rider is attached is amended to include the
**bold italicized** language as follows:
    The Legal Actions section is hereby removed in its entirety and replaced with the following which is added and made part of the Description
    of Coverage:
    **Legal Actions**



Prepared For
CHRIS WATSON
BRAVERA INC

Account Number
XXXX-XXXXX8-77003

Closing Date
09/27/07

## ce of Changes to Your Agreement

: making **Important Changes** to your American Express Cardmember Agreement ("Agreement") governing the American Express™ ccount identified on this Notice. These changes become effective on the dates indicated below, whether or not you receive a billing ent. This Notice formally amends your Agreement, and any contrary or conflicting language in that Agreement is replaced fully and ately. Note that the terms of your Account are subject to change (including increasing APRs/DPRs and fees, changing fixed /DPRs to variable APRs/DPRs, and adding new terms) in accordance with the Agreement governing your Account. All terms of the ment not amended herein remain in full force and effect.

: an important Notice of changes to your Agreement. You should carefully review these changes, share them with any Additional members on your Account, and then keep this Notice for future reference. If you have questions regarding this Notice, please call the none number listed on the back of your American Express Card.

## chase Protection

hase Protection is changed for covered purchases made on or after November 1, 2007. Accordingly, effective November 1, 2007, the nation below replaces any other information you previously had regarding Purchase Protection.

ription of Coverage Underwritten by AMEX Assurance Company, Administrative Office, 480 Pilgrim Way, Green Bay, Wisconsin hase Protection provides coverage for Your purchases for ninety (90) days from the date of purchase when You charge any portion of the of the purchased item to Your Account. You will be reimbursed only for the amount charged to Your Account. (See Description of efits section.)

nitions

tain words used in this Description of Coverage are capitalized throughout and have special meanings. Wherever used herein, the gular shall include the plural, the plural shall include the singular, as the context requires.

count means Your American Express Card Account.

rdmember means a person who has been issued a United States of America based proprietary American Express Card, which is Current in Good Standing, and who has a Permanent Residence in the 50 United States of America, the District of Columbia, Puerto Rico or the 5. Virgin Islands.

vered Incident means the loss or theft of, or damage, whether by accident or vandalism, to any one item of property purchased worldwide a gift or for personal or business use and charged to Your Account.

mpany means AMEX Assurance Company, and its duly authorized agents.

rrent and in Good Standing means a Cardmember Account for which the monthly minimum requirement has been paid prior to the date in nich the claim is payable.

aster Policyholder means American Express Travel Related Services Company, Inc.

ermanent Residence means the one primary dwelling place where the Cardmember resides and to which they intend to return.

lan means the Policy and the benefits described therein.

latinum Cardmember means a Cardmember who has a Platinum Charge Card (required to be paid in full monthly), a Corporate Platinum ard, or a Fidelity American Express Platinum Card. Any other Card which may reference the Platinum name or has Platinum colored plastic vill not receive higher coverage limits or benefits.

olicy means the Group Insurance Master Policy (AX0951 issued to American Express Travel Related Services Company, Inc.).

Ve, Us, Our means the Company.

fou, Your means the Cardmember.

**Description of Benefits**

Ne will pay You the expense charged to Your Account up to $10,000 for any one Covered Incident and up to $50,000 for all Covered Incidents during a calendar year. Purchase Protection provides benefits, for ninety (90) days from the date of purchase. If a Covered Incident occurs with respect to property You purchased and charged to Your Account. Our benefit payment will not include shipping and handling expenses or installation, assembly, professional advice, maintenance or other service charges or any product rebates, discounts or money received from lowest price comparison programs that reduced the original cost of the property.

Our payment of any eligible benefit amount is further contingent upon Your Account being Current and in Good Standing.

Only a Cardmember has a legal and equitable right to any insurance benefit that may be available under this Plan.

**Exclusions**

Benefits are not payable if the loss for which coverage is sought was directly or indirectly, wholly or partially, contributed to or caused by: 1. war or any act of war, whether declared or undeclared; 2. any activity directly related to and occurring while in the service of any armed military force of any nation state recognized by the United Nations; 3. participation in a riot, civil disturbance, protest or insurrection; 4. violation of a criminal law, offense or infraction; 5. natural disasters, including, but not limited to, hurricanes, floods, tornados, earthquakes or any other event in the course of nature that occurs at the same time or in separate instances; 6. fraud or abuse or illegal activity of any kind by the Cardmember; 7. confiscation by any governmental authority, public authority, or customs official; 8. negligent failure of a duty to care by any third party in whose possession the property purchased by a Cardmember has been temporarily placed; 9. not being reasonably safeguarded by You; 10. theft from baggage not carried by hand and under Your personal supervision or under the supervision of a traveling companion known by You; 11. damage through alteration (including, but not limited to, cutting, sawing and shaping); 12. normal wear and tear, inherent product defect or manufacturer's defects or normal course of play; 13. damage or theft while under the care and control of a common carrier; 14. food spoilage; 15. leaving property at an unoccupied construction site; 16. items stolen from motor vehicles; or 17. purchases lost or misplaced.

For residents of Washington, the first paragraph of this section is removed and replaced with the following. We will not pay for loss caused by any of the excluded events described below. Loss will be considered to have been caused by an excluded event if the occurrences of that event directly and solely results in loss, or initiates a sequence of events that result in loss, regardless of the nature of any intermediate or final event in that sequence.

**Purchases Not Covered**

The following purchases are not covered; 1. travelers checks, tickets of any kind, negotiable instruments (including, but not limited to, gift certificates, gift cards and gift checks), cash or its equivalent; 2. animals or living plants; 3. rare stamps or coins; 4. consumable or perishable items with limited life spans (including, but not limited to, perfume, light bulbs, batteries); 5. antique or previously owned items; 6.

BP/MUFYI35/0907

S3597

AMERICAN EXPRESS

Prepared For
CHRIS WATSON
BRAVERA INC

Account Number
XXXX-XXXXX8-77003

Closing Date
09/27/07

not provide coverage to a Cardmember who, whether before or after a loss, has:  1. concealed or misrepresented any fact upon which
ly, if the concealment or misrepresentation is material and is made with the intent to deceive; or  2. concealed or misrepresented any fact
fact misrepresented contributes to the loss.

**l Actions**
gal action may be brought to recover against this Plan until sixty (60) days after Proof of Loss has been received by Us.  No such action
be brought after three (3) years (for residents of Arkansas five (5) years and residents of Missouri ten (10) years) from the time written
f of Loss is required to be given.
me limit of this Plan is less than allowed by the laws of the state where You live, the limit is extended to meet the minimum time allowed by
law.

**t of Recovery**
make a payment to You under this Plan and You recover an amount from another, equal to or less than Our payment, You shall hold in
for Us the proceeds of the recovery and reimburse Us to the extent of Our payment.  If Our payments exceed the maximum amount
able under the benefits of this Plan, We have the right to recover from You any amount exceeding the maximum amount payable.

**rogation**
e event of any payment under this Policy, We shall be subrogated to the extent of such payment to all Your rights of recovery.  You shall
cute all papers required and shall do everything necessary to secure and preserve such rights, including the execution of such documents
essary to enable Us to effectively bring suit or otherwise pursue subrogation rights in Your name.  You shall do nothing to prejudice such
rogation rights.
shall be entitled to a recovery as stated in these provisions only after You have been fully compensated for damages by another party.
residents of Louisiana, the Right of Recovery, Subrogation and Excess Coverage sections are revised to reflect: If the Company makes any
ment under this Policy and the Cardmember has the right to recover damages from another, the Company shall be subrogated to that right.
wever, the Company's right to recover is subordinate to the Cardmember's right to be fully compensated.

**rmination or Cancellation**
verage will cease on the earliest of the following:  1. the date You no longer maintain a Permanent Residence in the 50 United States of
erica, the District of Columbia, Puerto Rico or the U.S. Virgin Islands;  2. the date We determine that You or someone on Your behalf
entionally misrepresented or fraud occurred; 3. the date the Policy is cancelled;  4. the date You are no longer a Cardmember;  5. the date
ur Account ceases to remain Current and in Good Standing; or  6. the date the Plan is not available in the location where You maintain a
rmanent Residence.
rmination or Cancellation of coverage will not prejudice any claim originating prior to termination or cancellation subject to all other terms of
e Policy.
ne Company has the right to cancel the Policy at any time by sending a written notice at least forty-five (45) days in advance to You at Your
st known address.   The notice will include the reason for cancellation.

**mportant Additional Information For You**
or those eligible and enrolled in the Membership Rewards® program, benefits are also paid when the purchased property is received through
e redemption of a Membership Rewards redemption certificate.  Payment or credit will not exceed the original assigned value of the property
eceived through redemption of a Membership Rewards redemption certificate up to the stated limits, excluding shipping and handling
xpenses.  Benefits will not be paid when a Membership Rewards redemption certificate has been transferred to a non-eligible Cardmember
r non-Cardmembers.
This Description of Coverage replaces any other Description of Coverage that You may have previously received for Purchase Protection.
**This Description of Coverage is an important document.  Please read it and keep it in a safe place.**
N WITNESS WHEREOF, We have caused this Description of Coverage to be signed by Our officers:

Kenneth J. Ciak, President
AMEX Assurance Company

Thomas R. Moore, Secretary
AMEX Assurance Company

PP-DOC-OSBN2 02/07

**Applicable for Residents of the State of Kentucky**
In the **Termination or Cancellation** section the following is removed:
The Company has the right to cancel the Policy at any time by sending a written notice at least forty-five (45) days in advance to You at Your
last known address.   The notice will include the reason for cancellation.
And replaced with the following:
The Company has the right to cancel the Policy at any time by sending a written notice at least seventy-five (75) days in advance to You at
Your last known address. The notice will include the reason for cancellation.
PP/EW-RDR1-KY 05/07

**Applicable for Residents of the State of Oregon**
In the **Exclusions** section the following are removed:  4. violation of a criminal law, offense or infraction;  6. fraud or abuse or illegal activity
of any kind by the Cardmember;
The **Proof of Loss** section is hereby removed in its entirety and replaced with the following:
**Proof of Loss**
Proof of Loss requires You to send Us all the information We request, at Your expense, in order that Your claim may be evaluated and that
We may make a determination as to whether the claim may be paid.  You must provide Us with satisfactory Proof of Loss within ninety (90)
days after We have provided You with instructions and/or a claim form in response to Your Notice of Claim or Your claim may be denied.

BP/MUFYI35/0907

S3597