/25/2008 15:13 FAX 2123553333       GOODWIN PROCTER LLP

Jan-24-09 04:46pm  From-DUNNINGTON, BARTHOLOW & MILLER       12128617769        T-595  P.03/03  F-620

Thomas V. Marino, Esq. (TM 7397)
Dunnington Bartholow & Miller LLP
Attorneys for Plaintiffs
477 Madison Avenue – 12th Floor
New York, New York 10022
(212) 682-8811

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SHEA DEVELOPMENT CORP., BRAVERA,
INC., and IP HOLDING OF NEVADA CORP.,

               Plaintiffs,        07 Civ. 11201(DLC)(GWG)

- against -
CHRISTOPHER WATSON, and ELIZABETH ANNE      STIPULATION
CONLEY,
              Defendants.
----------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys that the time for plaintiffs to serve their opposition to defendant Christopher Watson's motion to dismiss for lack of subject matter jurisdiction is extended up to and including February 1, 2008.

Dated: New York, New York
       January 24, 2008

DUNNINGTON, BARTHOLOW & MILLER LLP

By: _____
   Thomas V. Marino (TM7397)
   Attorneys for Plaintiffs
   477 Madison Avenue – 12th Floor
   New York, N.Y. 10022
   (212) 682-8811

GOODWIN PROCTER LLP

By: _____
   Jeffrey A. Simes (JS7060)
   Attorneys for Defendant
   Christopher Watson
   599 Lexington Avenue
   New York, N.Y. 10022
   (212) 813-8800

SO ORDERED

_____
U.S.D.J.

Feb 4, 2008