# DUNNINGTON, BARTHOLOW & MILLER LLP

| | ATTORNEYS AT LAW | |
|---|---|---|
| MARVIN M. BROWN | | FREDERICK W. LONDON |
| RAYMOND J. DOWD | 477 MADISON AVENUE | FRANCIS J. MOONEY, JR. |
| JOHN T. DUNLAP | | JOHN I. FORRY |
| GEORGE W. GOWEN | NEW YORK, N.Y. 10022 | OF COUNSEL |
| MICHAEL J. KOPCSAK | | |
| STEVEN E. LEWIS | | |
| ROBERT T. LINCOLN | | |
| ALBERT L. LINGELBACH | TELEPHONE: (212) 682-8811 | |
| THOMAS V. MARINO | FACSIMILE: (212) 661-7769 | |
| JOSEPH MICHAELS IV | OBM@DUNNINGTON.COM | |
| C. FREDERICK ROGGE, III | WWW.OUNNINGTON.COM | |
| JOHN W. SHROYER | | |
| CAROL A. SIGMOND | | |
| LOUIS E. TEITEL | | |

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 2/6/08]

[Stamp: FEB 05 2008 CHAMBERS OF DENISE COTE]

tmarino@dunnington.com

February 1, 2008

Honorable Denise L. Cote
US District Court Southern District
United Stated Courthouse
500 Pearl Street, Room 1040
New York, New York 10007-1312

**MEMO ENDORSED**

Re: *Shea Development Corp. et al. v. Christopher Watson, et al.,*
**07 Civ 11201(DLC) District Court**

Dear Judge Cote:

Counsel for all parties met pursuant to Rule 16 in anticipation of the initial pretrial conference which is scheduled for February 8, 2008.

The parties believe that the initial conference would be more productive if we had more time to discuss several important issues. Accordingly, the parties all join in requesting that the initial pretrial conference be adjourned to Friday, February 22, 2008.

Respectfully Submitted,

Thomas V. Marino

TVM/st
encl.
cc:  Jeffrey A. Simes
     David P. Gillett, Esq.
     Terry Anne Rickson, Esq.

*[Handwritten endorsement: Conference is adjourned to February 22 at 10:00 am. Denise Cote, February 6, 2008]*