Thomas V. Marino, Esq. (TM 7397)
Dunnington Bartholow & Miller LLP
Attorneys for Plaintiffs
477 Madison Avenue – 12th Floor
New York, New York 10022
(212) 682-8811

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHEA DEVELOPMENT CORP., BRAVERA,
INC., and IP HOLDING OF NEVADA CORP.,

                Plaintiffs,        07 Civ. 11201(DLC) (GWG)

- against -
CHRISTOPHER WATSON, and ELIZABETH ANNE      **STIPULATION**
CONLEY,

                Defendants.
------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys that the time for plaintiffs to serve their opposition to defendant Elizabeth Anne Conley's motion to dismiss for lack of personal jurisdiction; or in the alternative, motion to stay and refer all claims to arbitration; or in the alternative, motion for transfer of venue to South Carolina is extended up to and including February 25, 2008.

Dated:  New York, New York
          February 6, 2008

DUNNINGTON, BARTHOLOW & MILLER LLP

By: _____
    Thomas V. Marino (TM7397)
    Attorneys for Plaintiffs
    477 Madison Avenue – 12th Floor
    New York, N. Y. 10022
    (212) 682-8811

So ordered.

/s/ Denise Cote
February 8, 2008

DERFNER & GILLETT, LLP

By: *[signature: David P. Gillett]*
David P. Gillett (DG 5305)
Donald A. Derfner (DD 0696)
600 Third Avenue – 26th Fl.
New York, New York 10016
(212) 697-8100

Terry Ann Rickson
Anne E. Mjaatvedt
102 Wappoo Creek Drive, No. 8
Charleston, South Carolina 29412
(843) 722-1500
(Application for Admission Pro Hac Vice pending)

Allan R. Holmes
Gibbs & Holmes, Suite 110
Charleston, South Carolina 29402
(843) 722-0033
(Application for Admission Pro Hac Vice pending)

Attorneys for Defendant Elizabeth Anne Conley

SO ORDERED

_____
U.S.D.J.