## DUNNINGTON, BARTHOLOW & MILLER LLP

| | ATTORNEYS AT LAW | |
|---|---|---|
| MARVIN M. BROWN | | FREDERICK W. LONDON |
| RAYMOND J. DOWD | 477 MADISON AVENUE | FRANCIS J. MOONEY, JR. |
| JOHN T. DUNLAP | | JOHN I. FORRY |
| GEORGE W. GOWEN | NEW YORK, N.Y. 10022 | OF COUNSEL |
| MICHAEL J. KOPCSAK | | |
| STEVEN E. LEWIS | | |
| ROBERT T. LINCOLN | | |
| ALBERT L. LINGELBACH | TELEPHONE: (212) 682-8811 | |
| THOMAS V. MARINO | FACSIMILE: (212) 661-7769 | |
| JOSEPH MICHAELS IV | DBM@DUNNINGTON.COM | |
| C. FREDERICK ROGGE, III | WWW.DUNNINGTON.COM | |
| JOHN W. SHROYER | | |
| CAROL A. SIGMOND | | |
| LOUIS E. TEITEL | | |



**MEMO ENDORSED**

tmarino@dunnington.com

February 19, 2008

**BY HAND**

Honorable Denise L. Cote
US District Court Southern District
United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

Re:  *Shea Development Corp. et al. v. Christopher Watson, et al.*,
     Civil Action No: 07 Civ 11201(DLC)

Dear Judge Cote:

All counsel request a further adjournment of the Rule 16 Conference from this Friday to Friday, April 11, 2008. We sincerely appreciate the Court's indulgence in granting a further adjournment of this conference.

Respectfully submitted,

*Thomas J Marino*
Thomas V. Marino

TVM/rc
cc (via facsimile):
   Jeffrey A. Simes, Esq.
   Terry A. Rickson, Esq.

*The conference is adjourned to April 11, 2008 at 11:00 am. There shall be no further adjournment.*

*Judge Cote*
*Feby 20, 2008*