```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SHEA DEVELOPMENT CORP., BRAVERA, INC.,  :
and IP HOLDING OF NEVADA CORP.,         :
                         Plaintiffs,    :    07 Civ. 11201 (DLC)
                                        :
              -v-                       :         ORDER
                                        :
CHRISTOPHER WATSON and ELIZABETH ANNE   :
CONLEY,                                 :
                         Defendants.    :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

DENISE COTE, District Judge:

Defendant Christopher Watson moved on January 14, 2008 to dismiss this action for lack of subject matter jurisdiction, claiming that there is an absence of diversity among the parties because both he and the plaintiffs are Florida residents. The motion was fully submitted on February 5. Plaintiffs oppose Watson's motion and claim that he is not domiciled in Florida. They seek expedited discovery regarding the issue of Watson's domicile including, but not limited to, the depositions of Watson and other witnesses who may have information concerning Watson's domicile, as well as document discovery. Having reviewed the fully submitted motion, it is hereby

ORDERED that plaintiffs' request for expedited, limited discovery is granted. The parties are to meet and confer on the scope of the discovery to be undertaken. Should they fail to reach agreement, they should be prepared to discuss the scope of

discovery at the initial pretrial conference scheduled for April 11, 2008 at 11:00 a.m.

    SO ORDERED:

Dated:    New York, New York
            February 21, 2008

                                          DENISE COTE
                                United States District Judge