SCANNED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SHEA DEVELOPMENT CORP., BRAVERA,
INC.,and IP HOLDING OF NEVADA CORP.

                                                    07 cv 11201 (DLC)

                    -against-

                                            **MOTION TO ADMIT COUNSEL**
CHRISTOPHER WATSON and                      **PRO HAC VICE**
ELIZABETH ANNE CONLEY

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts of the

Southern and Eastern Districts of New York, I, Donald A. Derfner a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

        Anne E. Mjaatvedt
        Rickson & Mjaatvedt
        102 Wappoo Creek Drive, # 8
        Charleston, SC 29412
        (843) 722-1500 Telephone
        (843) 722-7080 Fax

*Granted.
/ [signature] Cdr
March 7, 2008*

Anne E. Mjaatvedt is a member in good standing of the Bar of the State of South Carolina. She

was admitted to the Bar of the State of South Carolina on November 17, 2003; the Federal

District Court of South Carolina on March 2, 2004; and the 4th Circuit Court of Appeals on July

23, 2007.

There are no pending disciplinary proceedings against Anne E. Mjaatvedt in any State or Federal

court.

Dated:  New York, New York
        January 18, 2008

Respectfully submitted,

[signature]
Donald A. Derfner (DD-0696)
Derfner & Gillett, LLP
Attorneys for Defendant
        Elizabeth Anne Conley
600 Third Avenue, 26th Floor
New York, NY 10016
Tel (212) 697-8100
Fax (212) 681-9122

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/08

MEMO ENDORSED

JAN 18 2008