SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEA DEVELOPMENT CORP., BRAVERA,
INC., and IP HOLDING OF NEVADA CORP.

07 cv 11201 (DLC)

-against-

CHRISTOPHER WATSON and
ELIZABETH ANNE CONLEY

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts of the Southern and Eastern Districts of New York, I, Donald A. Derfner, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Terry Ann Rickson
Rickson & Mjaatvedt
102 Wappoo Creek Drive, # 8
Charleston, SC 29412
(843) 722-1500 Telephone
(843) 722-7080 Fax

Granted.
[signature]
March 7, 2008

Terry Ann Rickson is a member in good standing of the Bar of the State of South Carolina. She was admitted to the Bar of the State of South Carolina on May 14, 1979; the Federal District Court of South Carolina on August 10, 1979; and the 4th Circuit Court of Appeals on October 29, 1993. She has been designated a Certified Specialist in Labor and Employment Law by the Supreme Court of South Carolina. There are no pending disciplinary proceedings against Terry Ann Rickson in any State or Federal court.

Dated: New York, New York
January 18, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-7-08

Respectfully submitted,

Donald A. Derfner (DD 0696)
Derfner & Gillett, LLP
Attorneys for Defendant
Elizabeth Anne Conley
600 Third Avenue, 26th Floor
New York, NY 10016
Tel. (212) 697-8100
Fax (212) 681-9122