SCANNED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SHEA DEVELOPMENT CORP., BRAVERA,
INC., and IP HOLDING OF NEVADA CORP.

07 cv 11201 (DLC)

-against-

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

CHRISTOPHER WATSON and
ELIZABETH ANNE CONLEY

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts of the

Southern and Eastern Districts of New York, I, Donald A. Derfner a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

> Allan R. Holmes
> Gibbs & Holmes PC
> 171 Church Street, Suite 110
> Charleston, SC 29402
> (843) 722-0033 Telephone
> (843) 722-0114 Fax

*Granted.*
*[handwritten] Louise Coto*
*March 7, 2008*

Allan R. Holmes is a member in good standing of the Bar of the State of South Carolina. He was

admitted to the Bar of the State of South Carolina, the Federal District Court of South Carolina,

and the U.S. Court of Appeals for the Fourth Circuit in 1973; the U.S. Court of Appeals for the

Federal Circuit in 1985; and the U.S. Supreme Court in 1981. He has been designated a Certified

Specialist in Labor and Employment Law by the Supreme Court, State of South Carolina.

There are no pending disciplinary proceedings against Allan R. Holmes in any State or Federal

court.

Dated: New York, New York
January 18, 2008

Respectfully submitted,

Donald A. Derfner (DD 0696)
Derfner & Gillett, LLP
Attorneys for Defendant
  Elizabeth Anne Conley
600 Third Avenue, 26th Floor
New York, NY 10016
Tel. (212) 697-8100
Fax (212) 681-9122

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-9-08