**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
SHEA DEVELOPMENT CORP., BRAVERA,
INC., and IP HOLDING OF NEVADA CORP.,

                    Plaintiff,

                                                    07 __CIVIL__ 11201 __(DLC )(GWG)

          -against-
CHRISTOPHER WATSON, and ELIZABETH ANNE
CONLEY,

                    Defendant.
-------------------------------------------------------------x

# NOTICE  OF  CHANGE  OF  ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:  __Thomas V. Marino, Esq. (TM 7397)__

☒      *Attorney*

        ☐      I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
                __TM 7397__

        ☐      I am a Pro Hac Vice attorney

        ☐      I am a Government Agency attorney

☐      *Law Firm/Government Agency Association*

        From: _____

        To: _____

        ☐      I will continue to be counsel of record on the above-entitled case at my new firm/agency.

        ☐      I am no longer counsel of record on the above-entitled case. An order withdrawing my
                appearance was entered on _____ by Judge _____
                _____

☒      *Address:*      __Dunnington, Bartholow & Miller LLP__
                        __1359 Broadway - 6th Floor, New York, NY   10018__

☐      *Telephone Number:* _____

☐      *Fax Number:* _____

☐      *E-Mail Address:* _____

Dated: __April 10, 2008__          _Thomas J Marino_ (TM 7397)