UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHEA DEVELOPMENT CORP., BRAVERA, INC., and : 07 CIV. 11201 (DLC)
IP HOLDING OF NEVADA CORP.,                                       (GWG)*

                Plaintiffs,                                       ORDER OF
                                                                                REFERENCE TO A
       -v-                                                                    MAGISTRATE JUDGE

CHRISTOPHER WATSON and ELIZABETH ANNE
CONLEY,

                Defendants.

-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-14-08
```

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute*

      _____

___ Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose: _____

      _____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Habeas Corpus

**X** Settlement*

___ Social Security

___ Inquest After Default/Damages Hearing

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

\* Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:    New York, New York
              April 14, 2008

                                                     _____
                                                       DENISE COTE
                                           United States District Judge