```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SHEA DEVELOPMENT CORP., BRAVERA INC.,
and IP HOLDING OF NEVADA CORP.,

      Plaintiffs,

 - against -

CHRISTOPHER WATSON and ELIZABETH ANNE
CONLEY,

      Defendants.
------------------------------------------------------------X

**ORDER SUBSTITUTING COUNSEL**

07-CV-11201 (DLC) (GWG)

    Upon the annexed declaration of James Davies, dated April 28, 2008, and the executed consent to change attorney form annexed thereto, it is hereby:

    ORDERED that, pursuant to Rule 1.4 of the Local Civil Rules of this Court, James Davies, Esq. of the firm Landman Corsi Ballaine & Ford P.C., 120 Broadway, 27th Floor, New York, NY 10271-0079, be and hereby is substituted as counsel of record for Defendant Christopher Watson in the place and stead of Jeffrey A. Simes of the firm Goodwin Procter LLP, 599 Lexington Avenue, New York, New York 10022.

Dated:   New York, New York
        April 28, 2008

                                                          _____
                                                          Honorable Denise L. Cote
                                                          U.S. District Judge

*May 5, 2008*

*The requirements in the April 19 scheduling Order of 4/25/08 are extended to May 9, 2008.*

*/s/ Denise Cote*
*May 5, 2008*

461124.1 DocsNY