UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SHEA DEVELOPMENT CORP., BRAVERA, INC., :
and IP HOLDING OF NEVADA CORP., :
:
               Plaintiffs, : Civil Action No. 07-CV-11201 (DLC)
:
     v. :
:
CHRISTOPHER WATSON and ELIZABETH :
ANNE CONLEY, :
:
               Defendants. :
:
------------------------------------------------------------X

## SECOND SUPPLEMENTAL DECLARATION OF DEFENDANT CHRISTOPHER WATSON

CHRISTOPHER WATSON, the undersigned, hereby declares and says:

1. I am Christopher Watson and have been named as a Defendant in this action.

2. I have been a resident of Florida since 2005, when I moved to St. Augustine. I moved to Key West in May of 2007. I now reside at 3910 South Roosevelt, Key West, Florida 33040. I am registered to vote in Florida, although I have not yet voted in Florida. I also have a Florida driver's license. I have purchased renter's insurance for my apartment in Key West.

3. My children live with my wife in Daniel Island, South Carolina. I try and spend as much time with my children as possible and be an active part of their lives. I also maintain an apartment in South Carolina at 300 Bucksley Lane, #305, Daniel Island, SC.

4. In addition, I have significant business contacts in South Carolina. I currently own two businesses with significant contacts to South Carolina: Daniel Island Partners LLC and Intellectus LLC. Daniel Island Partners LLC is a South Carolina limited liability company that holds my real estate investments in that State. Intellectus, LLC, is a Florida limited liability

company with its principle place of business in South Carolina. I maintain an office in South Carolina and employ a secretary there.

5. I maintain my primary personal bank accounts in South Carolina with a large multi-state bank.

6. I spend a significant portion of the year outside Florida in other locations including the States of; Virginia, South Carolina, California, and Maryland. A review of my calendar for the years of 2006 and 2007 indicates the following in regards to my travel schedule.

   a) I was in South Carolina approximately 130 days in 2006, and 122 days in 2007.

   b) I was in Virginia approximately 137 days in 2006, and 118 days in 2007

   c) I was in California approximately 30 days in 2006 and 32 days in 2007.

   d) I was in other locations in the United States accounted for approximately 18 days in 2006 and 42 days in 2007

   e) I was outside of the United States approximately 39 days in 2006 and 5 days in 2007.

   f) I was in Florida approximately 11 days in 2006 and 46 days in 2007.

7. Even though I maintain my primary residence in Florida, I intend to continue spending a significant amount of time in South Carolina for the foreseeable future because that is where my children live. Accordingly, I do not object to the characterization of South Carolina as my domicile for purposes of Federal diversity jurisdiction.

I declare that the foregoing is correct under the penalties of perjury. Executed this _12th_ day of May 2008.

*Christopher Watson*

## AFFIDAVIT OF SERVICE VIA FACSIMILE & REGULAR MAIL

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK   )

  **Regina Cajigas**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at Brooklyn, NEW YORK.

  That on the 12th day of May, 2008, deponent served the within **SECOND SUPPLEMENTAL DECLARATION OF DEFENDANT CHRISTOPHER WATSON**

upon

    **VIA FACSIMILE - 212-661-7769**
    Thomas V. Marino, Esq.
    Dunnington Bartholow & Miller LLP
    1359 Broadway
    New York, NY 10018

attorneys in this action, at the addresses designated by said attorneys for that purpose by transmitting a copy to the above-named person(s) by FACSIMILE at said fax number;

    SAME AS ABOVE

the remaining attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

               _____
                REGINA CAJIGAS

Sworn to before me this
12th day of May, 2008

_____
Notary

LAURIE EGAN
Notary Public, State of New York
No. 01EG5062768
Qualified in Orange County
Commission Expires Aug. 7, 2010

461914.1 DocsNY