USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SHEA DEVELOPMENT CORP., BRAVERA, INC.,  :
and IP HOLDING OF NEVADA CORP.,         :
                          Plaintiffs,   :    07 Civ. 11201 (DLC)
                                        :
             -v-                        :    ORDER
                                        :
CHRISTOPHER WATSON and ELIZABETH ANNE   :
CONLEY,                                 :
                          Defendants.   :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    Defendant Christopher Watson moved on January 14, 2008 to dismiss this action for lack of subject matter jurisdiction, claiming that plaintiffs and he were all residents of Florida and therefore that diversity was lacking. By letter dated May 12, 2008, Watson requested withdrawal of the motion and indicated that he had no objection to plaintiffs' claim that this Court has subject matter jurisdiction based on diversity of citizenship. In connection with the May 12 letter, Watson submitted an affidavit, attesting that although he maintains his primary residence in Florida, he "intend[s] to continue spending a significant amount of time in South Carolina for the foreseeable future because that is where [his] children live." Accordingly, it is hereby

    ORDERED that defendant's January 14 motion to dismiss is

denied as moot.

SO ORDERED:

Dated:  New York, New York
        May 13, 2008

_____
DENISE COTE
United States District Judge

2