Andrew J. Frackman
Brendan J. Dowd
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Telephone:    (212) 326-2000
Facsimile:    (212) 326-2061
afrackman@omm.com
bdowd@omm.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
SHEA DEVELOPMENT CORP., BRAVERA, :
INC., and IP HOLDING OF NEVADA CORP., :
                              Plaintiffs, :
                                                     07-CV-11201 (DLC) (GWG)
CHRISTOPHER WATSON and ELIZABETH :
ANNE CONLEY, :
                              Defendants. :
------------------------------------------------------------x

## MOTION OF PLAINTIFFS SHEA DEVELOPMENT CORP., BRAVERA, INC., AND IP HOLDING OF NEVADA CORP., TO SUBSTITUTE COUNSEL OF RECORD

Plaintiffs Shea Development Corp., Bravera, Inc., and IP Holding of Nevada Corp., respectfully move to substitute Andrew J. Frackman and Brendan J. Dowd, of O'Melveny & Myers LLP for Thomas V. Marino of Dunnington, Bartholow & Miller LLP, as counsel of record for Plaintiffs in this action. The reasons for this motion are expressed in the accompanying Declaration of Brendan J. Dowd submitted in compliance with Rule 1.4 of the Local Civil Rules of this Court.

WHEREFORE, Shea Development Corp., Bravera, Inc., and IP Holding of Nevada Corp., respectfully move to substitute its counsel of record as described above.

Dated: New York, New York
       May 9, 2008

O'MELVENY & MYERS LLP

By: _____
    Andrew J. Frackman
    Brendan J. Dowd

Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2000
afrackman@omm.com
bdowd@omm.com


DUNNINGTON, BARTHOLOW & MILLER LLP

By: _____
    Thomas V. Marino

1359 Broadway
New York, New York 10018
(212) 682-8811
tmarino@dunnington.com

Attorneys for Shea Development Corp., Bravera, Inc., and IP Holding of Nevada Corp.,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
SHEA DEVELOPMENT CORP., BRAVERA, :
INC., and IP HOLDING OF NEVADA CORP., :
:
                      Plaintiffs, :
: 07-CV-11201 (DLC) (GWG)
CHRISTOPHER WATSON and ELIZABETH :
ANNE CONLEY, :
                      Defendants. :
:
------------------------------------------------------------------x

## [PROPOSED] ORDER

      Considering the foregoing motion and the Declaration of Brendan J. Dowd submitted in support of the motion:

      IT IS ORDERED that the motion of Plaintiffs Shea Development Corp., Bravera, Inc., and IP Holding of Nevada Corp., to substitute Andrew J. Frackman and Brendan J. Dowd of O'Melveny & Myers LLP for Dunnington, Bartholow & Miller LLP as counsel of record in this action is GRANTED.

      New York, New York
      May ___, 2008

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Brendan J. Dowd, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 14th day of May, 2008, I served a true and correct copy of the Motion of Plaintiffs Shea Development Corp., Bravera, Inc., and IP Holding of Nevada Corp. to Substitute Counsel of Record, on counsel for defendant Christopher Watson, James Davies of Landsman Corsi Ballaine & Ford P.C., 120 Broadway, New York, New York, 10271-0079, Via ECF and Federal Express.

Brendan J. Dowd