UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
SHEA DEVELOPMENT CORP., BRAVERA, :
INC., and IP HOLDING OF NEVADA CORP., :
:
                      Plaintiffs, :
:    07-CV-11201 (DLC) (GWG)
CHRISTOPHER WATSON and ELIZABETH :
ANNE CONLEY, :
                      Defendants. :
:
------------------------------------------------------------------x

## DECLARATION OF BRENDAN J. DOWD

Brendan J. Dowd declares, pursuant to 28 U.S.C. § 1746:

1) I am counsel at O'Melveny & Myers LLP, proposed counsel of record for Plaintiffs Shea Development Corp., Bravera, Inc., and IP Holding of Nevada Corp. I am a member in good standing of the bar of the State of New York and the bar of this Court. Pursuant to Local Civil Rule 1.4, I submit this declaration in support of plaintiffs' motion to substitute counsel of record.

2) Plaintiffs have retained O'Melveny & Myers LLP to represent them in this litigation to efficiently litigate this lawsuit through discovery and trial.

3) Substitution of O'Melveny & Myers LLP as counsel of record will cause no substantial delay in the progress of this case because the lawsuit is in its early stages and O'Melveny & Myers LLP is already familiar with the parties' factual disputes.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of May, 2008.

                                                        _____
                                                        Brendan J. Dowd

## CERTIFICATE OF SERVICE

I, Brendan J. Dowd, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 14th day of May, 2008, I served a true and correct copy of the Declaration of Brendan J. Dowd in support of Motion of Shea Development Corp., Bravera, Inc., and IP Holding of Nevada Corp. to Substitute Counsel of Record, on counsel for defendant Christopher Watson, James Davies of Landman Corsi Ballaine & Ford, P.C., 120 Broadway, New York, New York, 10271-0079 Via ECF and Federal Express.

_____
Brendan J. Dowd