## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

**RYAN NEW**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at NEW YORK, NEW YORK.

That on the 30th day of May, 2008, deponent served the within **ANSWER** upon:

> Thomas V. Marino, Esq.
> Dunnington Bartholow & Miller LLP
> 1359 Broadway
> New York, NY 10018
>
> O'MELVENY & MYERS LLP
> Brendan J. Dowd. (Bd )
> Attorneys for Plaintiffs
> Times Square Tower
> 7 Times Square
> New York, New York 10036

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

_____
Ryan New

Sworn to before me this
30th day of May, 2008

_____
Notary

JAMES HEFFLER
Notary Public, State of New York
No. 01HE6032393
Qualified in Queens County
Commission Expires November 1, 20 09

461009.1 DocsNY