

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | NEWPORT BEACH |
| BRUSSELS | 7 Times Square | SAN FRANCISCO |
| CENTURY CITY | New York, New York 10036 | SHANGHAI |
| HONG KONG | TELEPHONE (212) 326-2000 | SILICON VALLEY |
| LONDON | FACSIMILE (212) 326-2061 | TOKYO |
| LOS ANGELES | www.omm.com | WASHINGTON, D.C. |

**MEMO ENDORSED**

May 15, 2008



OUR FILE NUMBER
781,750-999

**BY HAND DELIVERY**

WRITER'S DIRECT DIAL
(212) 326-2101

Hon. Denise L. Cote
United States District Court
500 Pearl Street
New York, New York 10007

WRITER'S E-MAIL ADDRESS
bdowd@omm.com

Re:   *Shea Development Corp., et al. v. Watson, 07-CV-11201 (DLC)(GWG)*

Dear Judge Cote:

Pursuant to the Court's Individual Practices in Civil Cases, enclosed are two courtesy copies of (i) plaintiffs' Motion to Substitute Counsel of Record, and (ii) Declaration of Brendan J. Dowd in support of the motion. We served and filed these papers via ECF yesterday evening.

Thank you for your consideration in this matter.

Very truly yours,

Brendan J. Dowd
for O'MELVENY & MYERS LLP

cc:   James Davies, Esq. (via e-mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

Denied. Entry of O'Melveny as counsel for one of the parties will require this Court to recuse itself.

Denise Cote
June 2, 2008