AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

Shea Development Corp., et al.,

        Plaintiffs,

v.

Christopher Watson, et al.,

        Defendants.

**APPEARANCE**

Case Number: 1:07-cv-11201 (DMC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs Shea Development Corp.; Bravera, Inc.; and IP Holding of Nevada Corp.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/24/2008 | Twomey, Hoppe & Gallanty, LLP |
| Date | Signature |
| | Michael E. Twomey     MT-7839 |
| | Print Name     Bar Number |
| | 757 Third Avenue, 7th Floor |
| | Address |
| | New York     NY     10017 |
| | City     State     Zip Code |
| | (212) 688-0400     (212) 688-1929 |
| | Phone Number     Fax Number |