USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

Cases.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEA DEVELOPMENT CORP., et al.,

   Plaintiffs,

v.           1:07-CV-11201 (DMC) (DLC)

CHRISTOPHER WATSON, et al.,

   Defendants.

### STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEY OF RECORD PURSUANT TO LOCAL CIVIL RULE 1.4

The undersigned counsel of record for and the proposed substituted counsel of record for Plaintiffs, Shea Development Corp., Bravera, Inc. and IP Holding of Nevada Corp. (the "Plaintiffs"), stipulate and agree and declare, under the penalties of perjury in accordance with 28 U.S.C. § 1746, and in accordance with Local Civil Rule 1.4, as follows:

  1.  Dunnington, Bartholow & Miller, LLP ("Dunnington") has served as counsel for Plaintiffs in this action since its commencement in the United States District Court for the Southern District of New York.

  2.  Plaintiffs have informed Dunnington that they wish Dunnington to discontinue its representation of Plaintiffs and withdraw as counsel of record for Plaintiffs herein and that the firms of Twomey, Hoppe & Gallanty, LLP ("THG") and Williams Mullen, A Professional Corporation ("Williams Mullen") be substituted as counsel of record for Plaintiffs. See attached Declaration of Joe Vitetta, representative for Plaintiffs. THG and Williams Mullen represent to the Court that Michael E. Twomey of THG is a member of the Bar of this Court and simultaneously herewith are filing THG's appearance as counsel on behalf of Plaintiffs in this

action. THG also is filing its Motion to Admit Stephen E. Baril and Monica McCarroll of Williams Mullen pro hac vice.

3. The posture of this case is that the remaining defendant, Christopher Watson, has filed an Answer. Pursuant to the Pretrial Scheduling Order entered on April 14, 2008, Fact Discovery closes on October 31, 2008 and a Joint Pretrial Order is due by November 11, 2008.

4. The undersigned respectfully request that, pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, that an order be entered allowing the withdrawal of the Dunnington firm as counsel of record for Plaintiffs, and the substitution of THG and Williams Mullen as counsel of record for Plaintiffs.

Dated: New York, NY
June 24, 2008

Dunnington, Bartholow & Miller, LLP

By: _____
Thomas Vito Marino (TM 7397)
Withdrawing Attorneys for Plaintiffs
1359 Broadway, 6th Floor
New York, NY 10018
Tel: 212-682-8811
Fax: 212-661-7769

Twomey, Hoppe & Gallanty, LLP

By: _____
Michael E. Twomey (MT 7839)
Substituted Attorneys for Plaintiffs
757 Third Avenue
New York, NY 10017
Tel: 212-688-0400
Fax: 212-688-1929

Williams Mullen, PC

By: _____
Stephen E. Baril
Monica McCarroll
Substituted Attorneys for Plaintiffs
1021 East Cary Street, 17th Floor
Richmond, VA 23219
Tel: 804.643.1991
Fax: 804.783.6507

Approved on condition that the substitution does not affect the schedule.

SO ORDERED:
_____
Hon. Denise L. Cote
United States District Judge

June 25, 2008

2