UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEA DEVELOPMENT CORP., *et al.*,            )
                                              )
         Plaintiffs,                          )
                                              )
v.                                            )    1:07-CV-11201 (DLC)
                                              )
CHRISTOPHER WATSON, *et al.*,                 )
                                              )
         Defendants.                          )

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael E. Twomey, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Applicant's Name:   Stephen E. Baril
    Firm Name:   Williams Mullen, PC
    Address:   1021 East Cary Street, 17th Floor
    City/State/Zip:   Richmond, Virginia 23219
    Phone Number:   804.643.1991
    Fax Number:   804.783.6507

Stephen E. Baril is a member in good standing of the Bar of the Commonwealth of Virginia. There are no pending disciplinary proceedings against Stephen E. Baril in any State or Federal court.

    Dated: New York, NY
           June 24, 2008


        Respectfully submitted,

        */s/ Michael E. Twomey*
        Michael E. Twomey (MT 7839)
        Twomey, Hoppe & Gallanty, LLP
        757 Third Avenue
        New York, NY 10017
        Tel:  212-688-0400
        Fax:  212-688-1929

        *Attorneys for Plaintiffs*

To:

James E. Davies, Esq.
Landman Corsi Ballaine & Ford, PC
120 Broadway, 27th Floor
New York, NY 10271

   *Attorneys for Defendant Christopher Watson*

1622709v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEA DEVELOPMENT CORP., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER WATSON, *et al.*, ) <br> ) <br> Defendants. ) | 1:07-CV-11201 (DLC) |

### AFFIDAVIT OF MICHAEL E. TWOMEY IN
### SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

STATE OF NEW YORK      )
COUNTY OF NEW YORK  ) ss.:

Michael E. Twomey, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Twomey, Hoppe & Gallanty, LLP, counsel for plaintiffs, Shea Development Corp., Bravera, Inc. and IP Holding of Nevada Corp. (the "Plaintiffs"), in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiffs' motion to admit Stephen E. Baril as counsel pro hac vice to represent plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1975. I also am admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have worked with Williams Mullen, a Richmond, Virginia, law firm, on other matters, including matters in this Court, for many years.

4. Stephen E. Baril is a partner at Williams Mullen.

5. I have found Mr. Baril to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Stephen E. Baril, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Stephen E. Baril, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Stephen E. Baril, pro hac vice, to represent Plaintiffs, Shea Development Corp., *et al.*, in the above captioned matter, be granted.

Michael E. Twomey (MT 7839)

Sworn to before me this
24th day of June, 2008

Notary Public

GARY HOPPE
1622724v Notary Public, State of New York
No. 31-4754194
Qualified in New York County
Commission Expires July 31, 2009

2

# VIRGINIA STATE BAR



## CERTIFICATE OF GOOD STANDING

This is to certify that **STEPHEN EARL BARIL** is an active member of the Virginia State Bar in good standing.

**MR. BARIL** was licensed to practice law in Virginia on **MAY 13, 1980**, after successfully passing the bar examination given by the Virginia Board of Bar Examiners.

Issued June 23, 2008

Karen A. Gould
Executive Director and
Chief Operating Officer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEA DEVELOPMENT CORP., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 1:07-CV-11201 (DLC) |
| | ) |
| CHRISTOPHER WATSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER FOR ADMISSON PRO HAC VICE ON WRITTEN MOTION

Upon the motion and affidavit of Michael E. Twomey, attorney for plaintiffs, Shea Development Corp., *et al.*, and sponsor attorney,

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Stephen E. Baril |
| Firm Name: | Williams Mullen, PC |
| Address: | 1021 East Cary Street, 17th Floor |
| City/State/Zip: | Richmond, Virginia 23219 |
| Phone Number: | 804-643-1991 |
| Fax Number: | 804-783-6507 |
| Email Address: | sbaril@williamsmullen.com; mmccarroll@williamsmullen.com |

is admitted to practice pro hac vice as counsel for plaintiffs, Shea Development Corp., *et al.*, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, NY
       June ___, 2008

_____
United States District/Magistrate Judge

1622727v1