SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEA DEVELOPMENT CORP., *et al.*,

    Plaintiffs,

v.

CHRISTOPHER WATSON, *et al.*,

    Defendants.

1:07-CV-11201 (DLC)

#53

Granted.
[signature]
June 30, 2008

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael E. Twomey, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Applicant's Name: Monica McCarroll
    Firm Name: Williams Mullen, PC
    Address: 1021 East Cary Street, 17th Floor
    City/State/Zip: Richmond, Virginia 23219
    Phone Number: 804.643.1991
    Fax Number: 804.783.6507

Monica McCarroll is a member in good standing of the Bar of the Commonwealth of Virginia. There are no pending disciplinary proceedings against Monica McCarroll in any State or Federal court.

    Dated: New York, NY
              June 24, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

Respectfully submitted,

*[signature]*

Michael E. Twomey (MT 7839)
Twomey, Hoppe & Gallanty, LLP
757 Third Avenue
New York, NY 10017
Tel: 212-688-0400
Fax: 212-688-1929

*Attorneys for Plaintiffs*

To:

James E. Davies, Esq.
Landman Corsi Ballaine & Ford, PC
120 Broadway, 27th Floor
New York, NY 10271

    *Attorneys for Defendant Christopher Watson*

1623556v1