```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SHEA DEVELOPMENT CORP., BRAVERA, INC.,  :
and IP HOLDING OF NEVADA CORP.,         :
                        Plaintiffs,     :     07 Civ. 11201 (DLC)
                                        :
            -v-                         :     ORDER OF
                                        :     DISCONTINUANCE
CHRISTOPHER WATSON and ELIZABETH ANNE   :
CONLEY,                                 :
                        Defendants.     :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty days.

SO ORDERED:

Dated:   New York, New York
         July 14, 2008

                              _____
                                       DENISE COTE
                              United States District Judge