UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08
```

-----------------------------------------------------------X

SHEA DEVELOPMENT CORP., BRAVERA, INC.
and IP HOLDING OF NEVADA CORP.,

                Plaintiffs,

      -against-

CHRISTOPHER WATSON and ELIZABETH
ANNE CONLEY,

                Defendants.

-----------------------------------------------------------X

**DEFENDANT'S ORDER TO SHOW CAUSE FOR AN ORDER ENFORCING THE TERMS OF THE JULY 10, 2008 SETTLEMENT AND AWARDING DEFENDANT WATSON COSTS AND ATTORNEYS FEES**

Civil Action No. 07 Civ. 11201(DLC)

*[handwritten: and following a telephone conference with the parties on August 18,]*

Upon the declaration of Christopher Watson, sworn to August 14, 2008, the declaration of James Davies, sworn to August 15, 2008, the Memorandum of Law dated August 15, 2008, the Complaint herein and all the exhibits annexed thereto, and good cause appearing therefore, it is hereby

ORDERED that Plaintiffs Shea Development Corp, Bravera, Inc. and IP Holding of Nevada Corp. (hereinafter "Plaintiffs") show cause before the Hon. ~~Denise L. Cote, United States District Judge, at ____ .m. on the ____ day of August, 2008, in Room _____ of the United States Courthouse, 500 Pearl Street, New York, New York~~ *Gabriel Gorenstein* why the Court should not issue an Order enforcing the terms of the July 10, 2008 settlement of the above named matter pursuant to the Federal Rules of Civil Procedure and awarding Defendant Christopher Watson costs and attorneys fees incurred since July 11, 2008 pursuant to 28 U.S.C. § 1927 and the Court's inherent power; and it is further

ORDERED, that this Order together with the papers upon which it is based, including the

466862.1 DocsNY

all relevant declarations, shall be served upon Plaintiffs by overnight mail delivery at or before 5 p.m. on August 14, 2008, which shall be deemed sufficient service thereof;

AND IT IS FURTHER ORDERED, that Plaintiffs' opposition papers, if any, shall be served upon Defendant by overnight delivery of copies to Landman Corsi Ballaine & Ford P.C., 120 Broadway, 27th Floor, New York, New York 10271, Defendant's attorneys, at or before 5:00 p.m. on the 29th day of August, 2008.

AND IT IS FURTHER ORDER, that Defendant's reply papers, if any, shall be served upon Plaintiffs by overnight mail delivery at or before 5 p.m. on September 8, 2008, which shall be deemed sufficient service thereof;

Issued at _____

August 18, 2008

*The cross motion shall be served on August 29, with opposition due September 8, and reply due September 12, 2008*

_____
UNITED STATES DISTRICT JUDGE