```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
SHEA DEVELOPMENT CORP., BRAVERA, INC., and
IP HOLDING OF NEVADA CORP.,
                         Plaintiffs,

              -v-                                    07 Civ. 11201
                                                     (DLC)(GWG)

CHRISTOPHER WATSON and ELIZABETH ANNE                ORDER OF
CONLEY,                                              REFERENCE TO A
                         Defendants.                 MAGISTRATE JUDGE
-----------------------------------------X

DENISE COTE, District Judge:

   The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute*
_____
_____

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:
_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____
_____

___ Habeas Corpus

___ Social Security

_X_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: Motion(s) to enforce settlement

        SO ORDERED:
Dated:   New York, New York
         August 18, 2008

                                         _____
                                              DENISE COTE
                                    United States District Judge