```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
SHEA DEVELOPMENT CORP., BRAVERA, INC.,:
and IP HOLDING OF NEVADA CORP.,      :
                         Plaintiffs, :    07 Civ. 11201 (DLC)
                                     :
            -v-                      :         ORDER
                                     :
CHRISTOPHER WATSON and ELIZABETH ANNE :
CONLEY,                              :
                         Defendants. :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/09

DENISE COTE, District Judge:

On June 10, 2009, defendant Christopher Watson brought an application for an Order to Show Cause ("OTSC") seeking an order finding plaintiffs in contempt of court, a temporary restraining order, a preliminary injunction, and a permanent injunction. On June 17, 2009, the Honorable Colleen McMahon, as Part I Judge, scheduled a conference for 12:00 p.m. on July 8, 2009 to address Watson's application. On June 30, CAMOFI Master LDC and CAMHZN Master LCD filed a motion to intervene in this action. It is hereby

ORDERED that this action shall be referred to Magistrate Judge Gabriel W. Gorenstein for all further proceedings.

IT IS FURTHER ORDERED that the July 8 conference shall be rescheduled from 12:00 p.m. to 4:00 p.m. The parties shall

appear before Magistrate Judge Gorenstein at that time.

SO ORDERED:

Dated:   New York, New York
         July 2, 2009

                                     _____
                                            DENISE COTE
                                     United States District Judge

2