UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHEA DEVELOPMENT CORP et al.,          :

           Plaintiffs,          : ORDER

  -v.-                                                                :
                                           07 Civ. 11201 (DLC) (GWG)
WATSON et al.,                                           :

           Defendants.        :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      It is hereby ORDERED that a conference to discuss the status of this matter will be held on September 24, 2009 at 11:00 a.m. in Courtroom 17-A, 500 Pearl Street, New York, New York. Counsel for each party to this action must attend.

      SO ORDERED.

Dated: September 3, 2009
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

1