'UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHEA DEVELOPMENT CORP et al.,          :

            Plaintiffs,          : ORDER

  -v.-          :
               07 Civ. 11201 (DLC) (GWG)
WATSON et al.,          :

            Defendants.          :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      As reflected at a conference held today, and on consent of defendant Christopher Watson, the application for relief made by Order to Show Cause filed June 17, 2009 (Docket # 86) is deemed withdrawn.

      SO ORDERED.

Dated: September 24, 2009
       New York, New York

                                         GABRIEL W. GORENSTEIN
                                         United States Magistrate Judge

1